JOSEPH H. HUNT
Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Deputy Director
LINDSAY M. VICK (MA 685569)
Trial Attorneys
450 5th Street, N.W., Rm 5223
Washington, D.C.  20530
Telephone: (202) 532-4023
Facsimile: (202) 305-7000
lindsay.vick@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No. 5:19-CV-01546 JGB (SHKx) <br><br> **ORDER RE: JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO SEVER AND DISMISS PLAINTIFFS' CLAIMS, ALTERNATIVELY TRANSFER ACTIONS, AND MOTION TO STRIKE PORTIONS OF THE COMPLAINT [DKT. # 54] AND MOTION FOR RECONSIDERATION [DKT. # 52]** <br><br> **Before The Honorable Jesus G. Bernal** <br> **Hearing Date:** February 24, 2020 <br> **Hearing Time:** 9:00 a.m. |

| | |
|---|---|
| 1 | This matter having come before this Court upon the Parties' Joint Stipulation |
| 2 | to Modify Briefing Schedule Re: Defendants' Motion to Sever and Dismiss |
| 3 | Plaintiffs' Claims, Alternatively Transfer Actions, and Motion to Strike Portions of |
| 4 | the Complaint [Dkt. #54] and Motion for Reconsideration [Dkt. # 52], and good |
| 5 | cause having been shown, IT IS HEREBY ORDERED: |
| 6 | The Parties' Joint Stipulation is GRANTED. Plaintiffs' Opposition Brief is |
| 7 | due January 20, 2020. Defendants' Reply Brief is due on February 10, 2020 |

Dated: December 11, 2019

The Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE