# EXHIBIT 1

## DECLARATION OF ERIC ILARRAZA

I, Eric ILarraza, pursuant to 28 U.S.C. § 1746, and based on my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, declare under penalty of perjury the following:

1. I am a Deportation Officer employed by the Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I am the Deportation Officer assigned to Mr. Edilberto GARCIA- Guerrero. I am making this declaration in my capacity as a Deportation Officer, based on my personal knowledge and information known to me and made known to me from official records that I reasonably rely upon during my employment.

2. Mr. Garcia-Guerrero was medically cleared to depart.

3. Mr. Garcia-Guerrero voluntarily departed to Mexico through EL Paso, Texas on January 7, 2020.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

_02/10/2020_
Date

Eric ILarraza
Deportation Officer
Department of Homeland Security
U.S. Immigration and Customs Enforcement

1