Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
Maria del Pilar Gonzalez Morales
(CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel:  (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
*lisa.graybill@splcenter.org*
Jared Davidson*
*jared.davidson@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel:  (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel:  (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE EMERGENCY MOTION FOR PROVISIONAL CLASS CERTIFICATION WITH WAIVER OF LOCAL RULE 7-3**<br><br>Date: March 24, 2020 |

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
Jake Routhier (CA Bar 324452)
*jrouthier@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Tel:  (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
*mjohnson1@willkie.com*
Dania Bardavid**
*dbardavid@willkie.com*
Jessica Blanton**
*jblanton@willkie.com*
Joseph Bretschneider**
*jbretschneider@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
*maia.fleischman@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel:  (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel:  (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
*mmermelstein@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel:  (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
*lcoutoumanos@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel:  (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
*shalini.agarwal@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel:  (850) 521-3024
Fax: (850) 521-3001

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

Plaintiffs respectfully move for leave to file an emergency motion for provisional class certification prior to waiting seven days following the parties' meet and confer as prescribed by C.D. Cal. Local Rule 7-3 (L.R. 7-3). The emergency motion seeks provisional certification on behalf of two subclasses of medically vulnerable people in ICE custody. Plaintiffs have moved for preliminary injunctive relief in response to exigent circumstances arising from the lethal and imminent threat of the COVID-19 pandemic.

Local Rules are established to promote the Court's efficiency, and the Courts have broad discretion in their application. *Threshold Media Corp. v. Relatively Media, LLC*, CV 10-09318 DMG (AJWx), 2013 WL 12331550, *1 (C.D. Cal. March 19, 2013) (citation omitted) ("Decisions from the Central District of California reflect a flexible approach to the application of Local Rule 7-3"). Local Rule 7-3's objective is for counsel to discuss "the substance of the contemplated motion" so that that a resolution may be reached, eliminating the "necessity for a hearing." *Id.* at *2.

On March 20, 2020, Plaintiffs e-mailed Defendants' counsel to inform them of the serious concerns regarding ICE's inadequate response to the COVID-19 pandemic. Decl. of Jared Davidson ¶ 3, attached as Exhibit A. Defendants responded later that day referring Plaintiffs to ICE's guidelines regarding COVID-19. Davidson Decl. ¶ 4. On March 23, 2020, Plaintiffs notified Defendants of their intention to file a motion for emergency relief in light of Defendants' ongoing failure to adequately respond to the threat of COVID-19 as well as an emergency motion for class certification. Davidson Decl. ¶ 5. Plaintiffs also requested that Defendants waive the meet and confer requirement or, in the alternative, waive the seven-day waiting period following a meet and confer. *Id*. The Defendants responded that they were willing to meet and confer that same day, which occurred. Davidson Decl. ¶ 6. On March 24, 2020, Plaintiffs followed up to inquire

**3**

Pls.' Motion For Leave

whether Defendants were willing to waive the seven-day notice requirement. Davidson Decl. ¶ 7. Defendants responded that they do not object to waiving the 7-day waiting period. *Id.*

Plaintiffs satisfied the substance of L.R. 7-3 by notifying Defendants of their intention to file an emergency class certification motion and meeting and conferring with Defendants. Further, Defendants have indicated that they do not object to waiver of the seven-day waiting period. Given the critical and immediate threat of COVID-19, a seven-day delay will exponentially increase the risk of harm, even death, facing Plaintiffs and the subclass.

For all these reasons, Plaintiffs respectfully request that this Court exercise its broad discretion, for good cause shown, to grant the Plaintiffs' unopposed motion for leave to waive the seven-day period and allow Plaintiffs to file their emergency motion for class certification. A proposed order is attached.

Dated: March 24, 2020                             Respectfully submitted,

/s/ Timothy P. Fox
Timothy P. Fox
Elizabeth Jordan
Maria del Pilar Gonzalez Morales
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER

 /s/ Stuart Seaborn
Stuart Seaborn
Christina Brandt-Young
Melissa Riess
DISABILITY RIGHTS
ADVOCATES

/s/ William F. Alderman
William F. Alderman
Mark Mermelstein
Jake Routhier
ORRICK, HERRINGTON &
SUTCLIFFE LLP

Attorneys for Plaintiffs

/s/ Michael W. Johnson
Michael W. Johnson
Dania Bardavid
Leigh Coutoumanos
Jessica Blanton
Joseph Bretschneider
WILLKIE FARR &
GALLAGHER LLP

 /s/ Lisa Graybill
Lisa Graybill
Shalini Goel Agarwal
Jared Davidson
Maia Fleischman
SOUTHERN POVERTY LAW
CENTER

**4**