1  Timothy P. Fox (CA Bar 157750)
   *tfox@creeclaw.org*
2  Elizabeth Jordan*
   *ejordan@creeclaw.org*
3  CIVIL RIGHTS EDUCATION AND
   ENFORCEMENT CENTER
4  1245 E. Colfax Avenue, Suite 400
5  Denver, CO 80218
   Tel:  (303) 757-7901
6  Fax: (303) 872-9072

7  Lisa Graybill*
   *lisa.graybill@splcenter.org*         Stuart Seaborn (CA Bar 198590)
8  Jared Davidson*                        *sseaborn@dralegal.org*
   *jared.davidson@splcenter.org*         Melissa Riess (CA Bar 295959)
9  SOUTHERN POVERTY LAW                   *mriess@dralegal.org*
   CENTER                                 DISABILITY RIGHTS ADVOCATES
10 201 St. Charles Avenue, Suite 2000     2001 Center Street, 4th Floor
11 New Orleans, Louisiana 70170           Berkeley, California 94704
   Tel:  (504) 486-8982                   Tel:  (510) 665-8644
12 Fax: (504) 486-8947                    Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No.: 19-cv-01546-JGB(SHKx) <br><br> **PLAINTIFFS' NOTICE OF MOTION AND EMERGENCY MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORIES** <br><br> **ORAL ARGUMENT REQUESTED** <br><br> Date: March 31, 2020 |

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
Jake Routhier (CA Bar 324452)
*jrouthier@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
*mjohnson1@willkie.com*
Dania Bardavid**
*dbardavid@willkie.com*
Jessica Blanton**
*jblanton@willkie.com*
Joseph Bretschneider**
*jbretschneider@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
*maia.fleischman@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel: (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
*mmermelstein@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
*lcoutoumanos@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
*shalini.agarwal@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel: (850) 521-3024
Fax: (850) 521-3001

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel: (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

# NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that on March 31, 2020 at 2:00 PM or at such other time as the Court may set the matter for hearing, Plaintiffs Faour Fraihat, Jimmy Sudney, Aristoteles Sanchez Martinez, Alex Hernandez, and Martin Munoz on behalf of themselves an all others similarly situated, will and hereby do move for an order granting a class-wide preliminary injunction[1] requiring Defendants to:

(i) identify all people in ICE custody with one or more Risk Factors as defined in Plaintiffs' motion;

(ii) conduct a comprehensive, evidence-based assessment of medically necessary precautions that should be implemented to ensure the health and safety of such persons during the COVID-19 pandemic, including assurance that all such persons have timely access to competent, sufficient, and appropriately qualified staffing, medical care, screening, social distancing measures, sanitation methods, education, equipment, hospitals and all other medically necessary protective measures;;

(iii) promptly (within 48 hours) effectuate the release of individuals with one or more Risk Factors if medically necessary safeguards cannot be immediately (within 24 hours) provided to ensure health and safety, and absent an individualized finding of dangerousness to community;

(iv) modify its existing COVID-19 protocols to remediate all Protocol

---

[1] Although Local Rule 7-3 does not require a meet and confer for motions for preliminary injunctions, Plaintiffs' counsel conferred with Defendants' counsel regarding this motion on March 23, 2020. *See* Declaration of Jared Davidson in Support of Plaintiffs' Motion for Leave to File Emergency Motion for Provisional Class Certification.

PLAINTIFF'S EMG MOTION FOR PRELIM INJ.

**3**

Deficiencies;

(v) the appointment of a Special Master to oversee this process.

Due to the rapidly evolving COVID-19 pandemic and the risk it poses to people in ICE custody with one or more Risk Factors, Plaintiffs, on behalf of themselves and all those similarly situated, respectfully request this Court to schedule a hearing as soon as possible, and no later than March 31, 2020, via teleconference.[2]

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the supporting declarations, proposed order, all pleadings and papers filed in this action, and such additional papers and arguments as may be presented at or in connection with the hearing.

Dated: March 24, 2020                          Respectfully Submitted,

 /s/ Timothy P. Fox
Timothy P. Fox
Elizabeth Jordan
Maria del Pilar Gonzalez Morales
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER

 /s/ Stuart Seaborn
Stuart Seaborn
Christina Brandt-Young
Melissa Riess
DISABILITY RIGHTS
ADVOCATES

 /s/ William F. Alderman
William F. Alderman
Mark Mermelstein
Jake Routhier
ORRICK, HERRINGTON &
SUTCLIFFE LLP

 /s/ Michael W. Johnson
Michael W. Johnson
Dania Bardavid
Leigh Coutoumanos
Jessica Blanton
Joseph Bretschneider
WILLKIE FARR &
GALLAGHER LLP

 /s/ Lisa Graybill
Lisa Graybill
Shalini Goel Agarwal
Jared Davidson
Maia Fleischman
SOUTHERN POVERTY LAW
CENTER

Attorneys for Plaintiffs

---

[2] Notice from Clerk stating: "In civil cases, no hearings will go forward except for emergency time-sensitive matters, such as requests for temporary restraining orders and preliminary injunctions, as ordered by the assigned judicial officer. Any hearings on emergency civil matters will proceed telephonically only." Effective, March 23, 2020.

PLAINTIFF'S EMG MOTION FOR PRELIM INJ.

**4**

4127-9590-1219.3

1