Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel: (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
*lisa.graybill@splcenter.org*
Jared Davidson*
*jared.davidson@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel: (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**Declaration of Mikhail Solomonov in Support of Motion for Preliminary Injunction and Class Certification**<br><br>Date: March 24, 2020 |

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
Jake Routhier (CA Bar 324452)
*jrouthier@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
*mjohnson1@willkie.com*
Dania Bardavid**
*dbardavid@willkie.com*
Jessica Blanton**
*jblanton@willkie.com*
Joseph Bretschneider**
*jbretschneider@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
*maia.fleischman@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel: (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
*mmermelstein@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
*lcoutoumanos@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
*shalini.agarwal@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel: (850) 521-3024
Fax: (850) 521-3001

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel: (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

# DECLARATION OF MIKHAIL SOLOMONOV

I, Mikhail Solomonov, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and am competent to make this Declaration. I make this Declaration based on personal knowledge. I read and write in English and Russian.
2. I am in the custody of Immigration and Customs Enforcement (ICE) and am currently being detained at Aurora Contract Detention Facility (Aurora). I have been at Aurora since January 2020.

**Background**

3. Prior to being detained, I was a medical doctor and practiced in New Jersey. I had medical licenses in New York and New Jersey and practiced anesthesiology and pain management.

**Experiences at Aurora**

4. We have been seeing information about novel COVID-19 on television for a few weeks. Aurora has taken no steps to prepare us except for distributing limited information. I am extremely worried about this. It's business as usual in here, and I am afraid for my life and that of other detained people.
5. A week ago, some GEO lieutenants came in to the dorm and gave us a little lecture on what they are doing to screen people, primarily taking their temperature, and telling us to wash our hands for 20 seconds. They gave us CDC printouts about handwashing in English and Spanish. The medical staff did not attend that meeting. In my opinion, based on my medical training, the screening process they described is insufficient because it does not account for asymptomatic people. I filed a grievance about this with GEO.
6. Aurora brought in five new people to my dorm yesterday, six new people the day before, and two people the day before that. To my knowledge, the new people were not tested for COVID-19. Some told me that they had come to a jail where someone had symptoms, but had not been tested. They had their

temperature taken and filled out a questionnaire. We are up to 80 people in a dorm with capacity of 82 people, and it is impossible to stay away from other people in here.

7. We do not have access to hand sanitizer. No one in my dorm has been tested for COVID-19. The process for cleaning our dorm has not changed, and earlier this week we did not have enough rags to clean all of the surfaces in the dorm, like the tables in the day room. We have no access to masks. We do not have enough disinfectant to clean our dorms ourselves any additional amount.

8. Aside from the sinks in our cells, there is only one sink for the entire dorm. The water pressure on these sinks is very low, and the water only stays on for a few seconds after you turn it on. It is very difficult under these circumstances to wash my hands for 20 seconds as health authorities recommend.

9. I have filed multiple complaints with GEO about the inadequate procedures and protections for COVID-19 based on my medical training and experiences. My most recent grievance was signed by 65 people in my dorm. I have spoken to the warden, and they tell me they will be bringing us more supplies, but nothing has been brought to us. They are doing nothing to ensure sanitation in our dorm, which is probably the most critical area of the facility to keep clean, given that we are in four- or eight-man cells in a dorm of 80 people and we cannot leave or spread out.

10. I am also worried that they are not taking any steps to protect people who are at elevated risk for a COVID-19 infection with serious adverse effects. For example, my bunkmate is very old and has clear breathing issues. They have not come to visit him or screened him in any way that I have observed.

11. On March 20, 2020, a lieutenant and male nurse came to see us again. They told us we have no coronavirus cases in the facility, told us to wash our hands, and told us about the booklet. I brought up that they brought in new people from a jail and that they should stop bringing in new people to the dorm. They told me that they were screening people by taking temperature

and doing a screening questionnaire. I reiterated my earlier complaint that this is not enough to protect us.

12. It would be my strong preference to be home with my family sheltering in place and practicing social distancing.
13. Aurora's lack of preparedness is making me extremely worried for my safety and that of other detained people.
14. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
15. I have authorized attorney Elizabeth Jordan to sign this declaration on my behalf after she reviewed it with me over the telephone given the difficulty of arranging visitation and travel due to the current COVID-19 pandemic. If required to do so, I will provide a signature when I am able to do so.

Signature: *[signature]*   Elizabeth Jordan for Mikhail Solomonov
Date: 3/21/2020
Location: Aurora, Colorado

I, Elizabeth Jordan, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a licensed attorney in good standing in Louisiana and New York. I am an attorney of record in *Fraihat v. ICE*, Case 5:19-cv-01546 (C.D. Cal.).
2. I interviewed and prepared a declaration for declarant Mikhail Solomonov with the consent of his immigration attorney. Out of necessity in light of the COVID-19 pandemic, I signed the attached declaration on Mikhail Solomonov's behalf with his express consent.
3. ICE is now requiring legal visitors to provide and wear personal protective equipment, including disposable vinyl gloves, surgical masks, and eye protection while visiting any detention facility. These supplies are not easily accessible, given the increase in demand. Any available supplies are prioritized to hospitals and other medical facilities that are experiencing dangerous shortages. As such, it is nearly impossible to arrange an in-person legal visit while this policy is in effect.
4. There are documented cases of COVID-19 in all fifty U.S. states and most inhabited U.S. territories. The Center for Disease Control and Protection (CDC) issued statements warning that individuals are at a higher risk of infection when traveling. Mr. Solomonov is detained at the Aurora Detention Center, in Aurora, Colorado, while I live in Denver, Colorado. Colorado has been under a state of emergency since March 10 and recommends avoiding non-essential travel. Moreover, the Aurora Detention Center has restricted contact legal visits and locked at least 10 detained people into quarantine due to possible community exposure.

5. In light of the above, to protect public health, I am not able to travel to Aurora Detention Center to obtain Mr. Solomonov's signature.
6. I spoke with Mr. Solomonov over the phone, interviewed him for a declaration, prepared the declaration, and then read the declaration to him and confirmed the accuracy of the information therein. Mr. Solomonov has confirmed that I can sign on his behalf as reflected in his declaration.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and that this declaration was executed on March 22, 2020 in Denver, Colorado.

*/s/ Elizabeth Jordan*

Elizabeth Jordan

5