Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel:  (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
*lisa.graybill@splcenter.org*
Jared Davidson*
*jared.davidson@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel:  (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel:  (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**Declaration of Linda Corchado in Support of Motion for Preliminary Injunction and Class Certification**<br><br>Date: March 24, 2020 |

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
Jake Routhier (CA Bar 324452)
*jrouthier@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
*mjohnson1@willkie.com*
Dania Bardavid**
*dbardavid@willkie.com*
Jessica Blanton**
*jblanton@willkie.com*
Joseph Bretschneider**
*jbretschneider@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
*maia.fleischman@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel: (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
*mmermelstein@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
*lcoutoumanos@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
*shalini.agarwal@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel: (850) 521-3024
Fax: (850) 521-3001

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel: (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

## DECLARATION OF LINDA CORCHADO, LEGAL DIRECTOR, LAS AMERICAS IMMIGRANT ADVOCACY CENTER

1. I, Linda Corchado, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.  If called as a witness, I could and would testify as follows.

2. I am an attorney licensed to practice law in New York.  Since May 2019, I have been the Legal Director at Las Americas Immigrant Advocacy Center ("Las Americas").  As Legal Director, I engage in direct representation of noncitizen clients and also supervise attorneys and other staff at Las Americas who represent individuals detained during immigration proceedings.

3. I have been practicing law since 2015.  I have focused my practice on immigration law, with a particular focus on asylum and the detention of asylum seekers.  Prior to joining Las Americas, I worked as a private immigration attorney for four years.

**Las Americas' Mission and Scope**

4. Las Americas is a nonprofit legal services organization based in El Paso, Texas, dedicated to serving the legal needs of low-income asylum seekers and other low-income noncitizens in West Texas and New Mexico.

5. Las Americas' legal staff consists of six attorneys, two non-attorney representatives accredited by the Board of Immigration Appeals to represent noncitizens in immigration matters before the Department of Homeland Security ("DHS") and in immigration court, and six paralegals.

6. A central part of Las Americas' mission is providing consultation and legal services to asylum seekers detained while in the expedited removal process.

7. Las Americas also represents detained asylum seekers in other procedural settings, such as in connection with bond and parole requests, and on the merits of their asylum applications in regular removal proceedings in immigration court.

8. Our goal in all of our work with asylum seekers is to ensure that detained low-income individuals have a fair opportunity to establish their eligibility for protection and are not wrongfully removed to persecution or torture. Reaching and effectively representing asylum seekers during the expedited removal process is absolutely essential to our mission of ensuring that they have a chance to fully develop and present their claims.

9. Although our work generally does not include providing representation to the following areas, given the severity of COVID-19, and ICE's continued transfer of individuals from facility to facility, we have begun to take on cases of individuals detained at the El Paso Service Processing Center ("ESPC"), Joe Corley Detention Facility ("Conroe"), and South Louisiana Ice Processing Center ("South Louisiana"). Since the outbreak of COVID-19, Las Americas has not been able to visit individuals inside of ICE detention facilities and has instead spoken by phone to individuals inside of the facilities. The information we have obtained from our clients demonstrates ICE's failure to protect individuals in its custody during this pandemic. Below are but a few of the horrific conditions that clients have expressed in the past two weeks.

**South Louisiana Ice Processing Center**

10. Another client detained in South Louisiana told me they have no access to soap, hand sanitizer, that the guards had run out of gloves and toilet paper is extremely limited and that multiple people in her barrack were coughing.

11. One HIV positive woman was still working in the kitchen up until March 20, 2020.

12. HIV positive, and otherwise immunocompromised, clients are being transferred through various detention centers (that means getting on and off multiple buses and flights). For example, 4 clients (2 HIV positive) are scheduled to be transferred into a detention facility where an HIV positive woman has already been exposed to COVID19 in court.

13. We have multiple cases of individuals who are parole-eligible and have family in the U.S. and ICE is refusing to even adjudicate paroles (several have been pending for 3 weeks.)

**El Paso Service Processing Center**

14. ICE has made very little effort to accommodate access to counsel amid COVID-19. Legal calls at ESPC have been coordinated from the barracks where we can clearly hear other detained individuals and guards in the background. Other legal calls are held from "processing" where guards are supposedly "out of earshot" but can be heard in the background – we had one client tell us she didn't feel comfortable talking on the phone at all during the legal call.

15. These legal calls are not fully confidential, which makes it extremely difficult for Las Americas to advocate for our clients and to protect them from COVID-19 – especially medically vulnerable clients who, for instance, cannot comfortably share the details of their conditions in detention.

16. A member of my team asked a guard at EPPC on 3/17/2020 about COVID protocols and he told them that they had not received any special training on how to keep themselves or detained individuals safe during the pandemic, and then said "if it happens, it happens."

**Joe Corley Detention Facility**

Instructive Client Concerns

17. We have received a number of disturbing complaints coming from clients in the Joe Corley Detention Facility in Conroe, Texas, which seems to be stemming from concerns (or lack thereof) regarding coronavirus. In addition to ICE's failure to provide medical treatment for each of these medically vulnerable clients generally, to my knowledge, they also have not conducted any evaluation of their underlying health conditions to determine whether any additional precautionary measures should be taken to protect them from COVID-19.

18. Client 1: There was a three-day long strike among cafeteria workers regarding lack of precautions taken for COVID-19. During those three days, access to food was disrupted. His third night at the facility, he suffered an epileptic seizure. The facility is only giving him epilepsy medication every other day.

19. Client 2 reports that there are three people in his barracks that are sick with what seems like the flu but might be COVID-19. All three have requested to be sent into medical, and all three have been denied.

20. Client 3 has asthma and has not received an inhaler. He had an asthma attack 5 days go, which he credits to the crowded confinement, musty air, and poor conditions.

21. Client 4 also has asthma and has not received an inhaler. Respiratory problems put people at higher risk of contracting respiratory illnesses. Additionally, Client 4 has two bullets in his legs, and is not receiving pain medication.

<u>General Concerns</u>

22. All clients inform us that Conroe places 36 people in each barrack. At such close proximity, they are at extreme risk of contracting COVID-19. As previously stated, people displaying symptoms of coronavirus, and people who have conditions that put them at higher risk for contracting and suffering deadly consequences from COVID-19, are not being taken to medical. This seems like an intentional abandonment of responsibility and is impermissibly reckless.

23. Deportation Officers have explicitly told all but one of our clients in Conroe that they will not consider their paroles because they were formerly in MPP and not parole eligible. In El Paso, persons formerly placed in Migrant Protection Protocols ("MPP") but then removed from MPP after passing a non-refoulement interview, are eligible for parole. Humanitarian parole is

generally available to individuals in ICE custody – including for medical vulnerability – and ICE has granted our clients such parole in the past. ICE is now taking an excessively hard line on humanitarian parole, which appears to not encompass concerns over a global pandemic.

_____
Linda Corchado

Executed this 23rd day of March 2020