Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel: (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
*lisa.graybill@splcenter.org*
Jared Davidson*
*jared.davidson@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel: (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**Declaration of Francis L. Conlin in Support of Motion for Preliminary Injunction and Class Certification**<br><br>Date: March 24, 2020 |

William F. Alderman (CA Bar 47381)
walderman@orrick.com
Jake Routhier (CA Bar 324452)
jrouthier@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Tel:  (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
mjohnson1@willkie.com
Dania Bardavid**
dbardavid@willkie.com
Jessica Blanton**
jblanton@willkie.com
Joseph Bretschneider**
jbretschneider@willkie.com
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
maia.fleischman@splcenter.org
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel:  (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
cbrandt-young@dralegal.org
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel:  (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
mmermelstein@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel:  (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
lcoutoumanos@willkie.com
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel:  (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
shalini.agarwal@splcenter.org
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel:  (850) 521-3024
Fax: (850) 521-3001

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel:  (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

# DECLARATION OF FRANCIS L. CONLIN

I, Francis L. Conlin, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. My name is Francis L. Conlin. I am the Chairperson for Friends of Miami-Dade Detainees (FOMDD). FOMDD is a 501(c)(3) non-profit organization that advocates for immigrants. Our mission is to end isolation, curb abuse, spread awareness, and end immigrant detention. We accomplish our mission by operating visitation programs that offer friendship, a link to legal representation, phone time, books, and other support to immigrants in detention.

2. FOMDD operates visitation programs at Krome Service Processing Center (Krome) in Miami, Florida, Broward Transitional Center (BTC) in Pompano Beach, Florida, and Glades County Jail (Glades) in Moore Haven, Florida. FOMDD has operated visitation programs for over six years and has conducted over 3,000 visits to people in detention.

3. Since the outbreak of the COVID-19 pandemic, FOMDD volunteers have been in continuous contact with detained individuals at the three facilities we serve and have reported their findings to me.

4. All community visitation has been suspended at the three facilities since March 13, 2020. Only legal visits are allowed until further notice. We are not permitted to bring in cleaning supplies, masks, gloves, or hand sanitizer.

5. Based on FOMDD's knowledge and understanding, ICE and its contractors have not effectively disseminated vital information about COVID-19 to individuals in the following detention centers: Krome, BTC, and Glades. The lack of information has heightened fear and anxiety amongst the detained populations and led to a rampant spread of unverified information throughout all three facilities. FOMDD has heard from several detained individuals about their increased anxiety and fear that COVID-19 will spread throughout the facilities. The only education that detained individuals have received on COVID-19 has been informative flyers posted at Krome.

1

6. Based on FOMDD's knowledge and understanding, there has been no material change in protocols or procedures in place in light of COVID-19 at Krome, BTC, or Glades

7. At all three facilities, we have heard that staff are wearing surgical masks, but surgical masks have not been provided to the detained population. Detained individuals at all three facilities report not being provided extra soap, extra cleaning supplies, or hand sanitizer.

8. FOMDD has heard reports from people detained at Krome that guards are reluctant to report to work for fear they will not be allowed to leave, and for their own well-being and safety. We heard there had been a decrease in contracted staff to a "skeleton crew" that would potentially stay on-site 24/7.

9. FOMDD has not heard of a change in the number of staff at either BTC or Glades.

10. Detained individuals from all three detention centers report being sick or witnessing other people with coughs, chills, fevers, and other symptoms and report that they were receiving minimal to no medical treatment.

11. One individual with a work assignment that requires being in contact with the food trays reported feeling ill. He went to the medical unit to report his illness and was not provided with adequate medical care. He ultimately decided not to continue his work assignment because he was afraid to expose other detained individuals to his illness, and he was not being provided with extra sanitizing materials.

12. The quarantines in place result in a large number of individuals being placed together in a crowded and cramped area without space necessary for social distancing. The quarantines combined with the lack of information that ICE and its contractors at both Glades and Krome have failed to provide resulted in detained individuals contacting FOMDD to tell us that there are several cases of COVID-19 at the two facilities.

13. FOMDD has documented ICE indiscriminately transferring people from Krome Service to other detention centers during this pandemic. Individuals are not being screened or getting their temperature checked before being transferred.

14. FOMDD has heard from detained individuals that Krome, BTC, and Glades continue to accept dozens of new transfers into the facilities' custody with only cursory screening.

15. FOMDD is aware of dozens of people detained at Krome, Glades, and BTC who are elderly or immunocompromised due to diabetes, high blood pressure, and other underlying medical conditions that put them at high risk of contracting and suffering deadly consequences from COVID-19.

16. I, along with the other members at FOMDD, are terrified for the safety and well-being of the detained individuals at the three facilities. We are deeply frustrated and horrified by the lack of efforts ICE and its contractors have made to prevent COVID-19 from spreading throughout these three detention centers. We fear that its actions are putting hundreds of individuals at serious risk of harm or death.

I declare under penalty of perjury and under the laws of the United States, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, memory, and belief.

Executed on the 23st day of March, in the year 2020, in the city of Key Largo, Florida.

*Francis L. Conlin*

Francis L. Conlin
Friends of Miami-Dade Detainees
3900 Hollywood Blvd., Ste. 103
Hollywood, FL 33021
T: 305.394.7461
colinbud@gmail.com

3