Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel:  (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
*lisa.graybill@splcenter.org*
Jared Davidson*
*jared.davidson@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel:  (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel:  (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**Declaration of Elissa Steglich in Support of Motion for Preliminary Injunction and Class Certification**<br><br>Date: March 24, 2020 |

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
Jake Routhier (CA Bar 324452)
*jrouthier@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Tel:  (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
*mjohnson1@willkie.com*
Dania Bardavid**
*dbardavid@willkie.com*
Jessica Blanton**
*jblanton@willkie.com*
Joseph Bretschneider**
*jbretschneider@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
*maia.fleischman@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel:  (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel:  (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
*mmermelstein@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel:  (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
*lcoutoumanos@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel:  (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
*shalini.agarwal@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel:  (850) 521-3024
Fax: (850) 521-3001

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel:  (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

## DECLARATION OF ELISSA STEGLICH

I, Elissa Steglich, hereby declare the following:

1. My name is Elissa Steglich. I am a licensed attorney in good standing. I have been practicing immigration law since 2001, and I have represented immigrants in detention in Illinois, New York, New Jersey and Texas. I have visited and/or toured over a dozen immigration detention centers in those areas.
2. I currently serve as Clinical Professor and Co-Director of the Immigration Clinic at the University of Texas School of Law. The Clinic represents low-income individuals and families before the immigration courts, Board of Immigration Appeals, federal courts and US Citizenship and Immigration Services.
3. I am writing this declaration to provide information regarding the response of Immigration and Customs Enforcement ("ICE") and its contractors to the COVID-19 pandemic at the South Texas Detention Center (STDC) located in Pearsall, Texas.
4. On Tuesday, March 17, 2020, I was present at STDC, an ICE detention center managed by Geo Group. In addition to holding both male and female detainees, the facility houses the Pearsall Immigration Court consisting of an administrative area with filing window and four courtrooms with staff and judges of the Department of Justice's Executive Office for Immigration Review located at the facility. ICE Office of Chief Counsel (OCC) staff and attorneys also have an office inside STDC. OCC attorneys appear before the Pearsall Immigration Court. Finally, officers with ICE Enforcement and Removal Operations (ERO) have offices at STDC.
5. On March 17, 2020, we met with at least six individuals detained at STDC. We spoke with both men and women about information and education they had been provided about COVID-19 at STDC and any changes in policy or practice at the facility they had witnessed or were made aware of. They were scared and concerned, recognizing that their health was in the hands of their jailers. The lack of information increased their anxiety.
6. No one reported having received any information in writing or otherwise about COVID-19 from the facility. Two individuals reported that the news programs being shown inside the dorms were the only source of information on the novel coronavirus. One individual reported learning from a contracted guard that family visitation was being stopped due to the COVID-19 crisis. No one reported medical staff providing education or materials about symptoms or precautionary measures that detainees should be taking. One person was very concerned that no medical professional had come to talk to the dorm.
7. Based on our conversations, no gloves or masks or other protective gear was made available. No known testing for COVID-19 was being performed. One individual was extremely worried by the continuing steam of new arrivals at the facility and to the dorm, without information as to whether the new arrivals had been screened or tested for COVID-19. No one reported screening for high-risk or medically vulnerable people. No one reported temperature checks.

1

8. Based on our conversations, no additional supplies of soap have been made available. Two individuals reported soap being in short supply and having to use shampoo. Another questioned the quality of the soap, sharing that it was the cheapest and lowest quality available. No hand sanitizer or disinfectant wipes were available in the dorms.
9. No one reported any significant changes in cleaning the dorms and other areas of the facility.
10. I also observed three of the court rooms functioning as normal. Social distancing practices were not in place. Judges, attorneys, court staff and respondents were all in close proximity to each other. Respondents were sitting within three feet, if not much closer, to each other on benches in the court rooms.
11. Respondents are held in a closed holding cell before and after their hearing in the court rooms. On that day, the holding cell was overly crowded with people standing and sitting shoulder-to-shoulder.

I, Elissa Steglich, declare under pains and penalty of perjury that the foregoing statement is true and correct.

Signed this 21st day of March, 2020

_____
Elissa Steglich

2