Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
Maria del Pilar Gonzalez Morales
(CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel:  (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
*lisa.graybill@splcenter.org*
Jared Davidson*
*jared.davidson@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel:  (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel:  (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**CORRECTED DECLARATION OF JARED DAVIDSON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE**<br><br>Date: March 24, 2020 |

33870051.1

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
Jake Routhier (CA Bar 324452)
*jrouthier@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Tel:  (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
*mjohnson1@willkie.com*
Dania Bardavid**
*dbardavid@willkie.com*
Jessica Blanton**
*jblanton@willkie.com*
Joseph Bretschneider**
*jbretschneider@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
*maia.fleischman@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel:  (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel:  (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
*mmermelstein@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel:  (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
*lcoutoumanos@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel:  (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
*shalini.agarwal@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel:  (850) 521-3024
Fax: (850) 521-3001

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

# DECLARATION OF JARED DAVIDSON

1. My name is Jared Davidson, and I am amongst the counsel for Plaintiffs in the above-referenced case. I am submitting this Declaration in support of Plaintiffs' Motion for Leave to File an Emergency Motion for Provisional Class Certification prior to waiting seven days following the parties' meet and confer as prescribed by Local Rule 7-3.

2. In this case, Plaintiffs allege, *inter alia*, that Defendants fail to provide adequate medical care in detention facilities run by Immigration and Customs Enforcement ("ICE"), thereby placing Plaintiffs and similarly situated people at a substantial risk of serious harm. Accordingly, Plaintiffs' counsel has been carefully monitoring the spread of COVID-19, its implications for Plaintiffs and the putative class, and ICE's response.

3. On March 20, 2020, Plaintiffs e-mailed Defendants' counsel to inform them of Plaintiffs' serious concerns regarding ICE's inadequate response to the COVID-19 pandemic for people in ICE custody. In that communication, Plaintiffs specifically identified numerous deficiencies in ICE's protocols, including inadequate screening, failure to protect medically vulnerable people, and failures to address pre-existing inadequacies concerning staffing and access to medical care.

4. On the same day, Defendants' counsel responded. In that email, Defendants' merely referred Plaintiffs to a website operated by ICE describing ICE's guidance. Defendants failed to address Plaintiffs' serious concerns regarding ICE's inadequate responses, as reflected in their guidance.

5. On March 23, 2020, Plaintiffs notified Defendants via e-mail that they intended to file a motion for emergency relief in light of Defendants' ongoing failure to adequately respond to the threat of COVID-19. Plaintiffs also informed Defendants that they would file an emergency motion for class certification on behalf of medically vulnerable people in ICE custody. Plaintiffs inquired whether Defendants would stipulate to class certification or any Fed. R. Civ. P. 23 requirements. Plaintiffs also requested that Defendants waive the meet and confer requirement or, in the alternative, waive the seven-day waiting period following a meet and confer.

6. On March 23, 2020, Defendants responded via e-mail that they would be willing to meet and confer the same day. The parties thereafter met and conferred. Plaintiffs again requested that Defendants stipulate to class certification or, in the alternative, to any of the requirements of Rule 23.

Defendants declined to do so at that time. Plaintiffs also requested that Defendants waive the 7-day waiting period following the meet and confer in light of the emergent issues. Defendants' counsel represented that they would inquire with their client.

7.  On March 24, 2020, Plaintiffs inquired via e-mail whether Defendants' counsel had conferred with their clients to determine whether they would be willing to waive the 7-day notice requirement. Defendants responded that they do not object to waiving the 7-day notice requirement.

8.  Attached hereto as Exhibit A is copy of the above-described e-mail exchanges between the parties.

9.  Due to the real and growing threats of COVID-19, Plaintiffs fear that any additional delay will magnify the risk of harm—and even death—facing Plaintiffs and the subclass.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and that this declaration was executed on March 24, 2020 in New Orleans, Louisiana.

Jared Davidson
Attorney for Plaintiffs
Southern Poverty Law Center
T: 504.526.1510
Jared.Davidson@splcenter.org

# EXHIBIT A

**TO DECLARATION OF JARED DAVIDSON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE**

| From: | Jared Davidson |
|---|---|
| To: | Vick, Lindsay (CIV); Sarkany, Sergio F. (CIV); Robins, Jeffrey (CIV); Dichter, Anna L. (CIV) |
| Cc: | Tim Fox; Elizabeth Jordan; Lisa Graybill; Stuart Seaborn; William Alderman |
| Subject: | RE: 5:19-cv-01546-JGB-SHK Fraihat et al. v. ICE et al.: Notice of Urgent Concerns re COVID-19 |
| Date: | Tuesday, March 24, 2020 3:23:00 PM |
| Importance: | High |

Counsel,

Thank you for your email. We have previously reviewed the Rivera Declaration and this Order. Unfortunately, neither extinguishes our very serious concerns about ICE's ongoing failure to adequately address COVID-19, especially for medically vulnerable people. We appreciate your willingness to waive the 7-day requirement. We will note that our Motion for Leave is unopposed and also note that Defendants do not object to our filing before the 7-day period. Please let me know as soon as possible if you object to this framing.

Thank you,



**Jared Davidson**  he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Tuesday, March 24, 2020 3:13 PM
**To:** Jared Davidson <Jared.Davidson@splcenter.org>; Sarkany, Sergio F. (CIV) <Sergio.F.Sarkany@usdoj.gov>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Cc:** Tim Fox <tfox@creeclaw.org>; Elizabeth Jordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; Stuart Seaborn <sseaborn@dralegal.org>; William Alderman <walderman@orrick.com>
**Subject:** RE: 5:19-cv-01546-JGB-SHK Fraihat et al. v. ICE et al.: Notice of Urgent Concerns re COVID-19

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

In an effort to resolve or narrow the issues with respect to your motions, please see the attached Declaration of Dr. Ada Rivera Deputy Assistant Director for Clinical Services/Medical Director of the ICE Health Services Corps, filed last week in *Dawson v. Asher*, No. 20-0409-JLR-MAT (W.D. Wash. Mar. 18, 2020). This declaration demonstrates that ICE is far from indifferent to the issues that COVID-19 presents and that ICE policies and practices continue to be reviewed and revised as conditions change and remain very fluid. The Court in *Dawson* denied the TRO because it found that plaintiffs did not show that they were likely to succeed on the merits or that they were likely to face irreparable harm. Specifically, the court noted the lack of support for the proposition that detention becomes excessive solely due to the risk of a communicable disease, even one as serious as COVID-19. The court further found no evidence of an outbreak at the particular facility at issue or that "Defendants' precautionary measures are inadequate to contain such an outbreak or properly provide medical care should it occur." See attached Order at 6.

EXHIBIT A

Declarations similar to the one attached here are being filed in cases across the country. We wanted to bring this to your attention in order to determine whether any of your positions may change in light of our proposed evidence.

Nevertheless, with respect to the meet and confer requirement, we do not object to waiving the 7-day waiting period if we are unable to resolve or narrow any issues concerning your imminent motions.

Regards,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

---

**From:** Jared Davidson <Jared.Davidson@splcenter.org>
**Sent:** Tuesday, March 24, 2020 11:54 AM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Sarkany, Sergio F. (CIV) <ssarkany@CIV.USDOJ.GOV>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Cc:** Tim Fox <tfox@creeclaw.org>; Elizabeth Jordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; Stuart Seaborn <sseaborn@dralegal.org>; William Alderman <walderman@orrick.com>
**Subject:** RE: 5:19-cv-01546-JGB-SHK Fraihat et al. v. ICE et al.: Notice of Urgent Concerns re COVID-19

Counsel,

I am writing to follow-up on Plaintiffs' request that Defendants agree to waive the 7-day waiting period for the filing of motions following a meet and confer. We understand from our conversation yesterday that you intended to confer with your clients about this following our meet and confer. We intend to file a Motion for Leave to File an Emergency Motion for Provisional Class Certification later today, and we would like to know if we can note that Defendants agree to this waiver and therefore are unopposed to the Motion for Leave. Please let us know as soon as possible.

Sincerely,


**Jared Davidson**   he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

---

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Monday, March 23, 2020 10:20 AM
**To:** Jared Davidson <Jared.Davidson@splcenter.org>; Sarkany, Sergio F. (CIV) <Sergio.F.Sarkany@usdoj.gov>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>

EXHIBIT A

**Cc:** Tim Fox <tfox@creeclaw.org>; Elizabeth Jordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; Stuart Seaborn <sseaborn@dralegal.org>; William Alderman <walderman@orrick.com>
**Subject:** RE: 5:19-cv-01546-JGB-SHK Fraihat et al. v. ICE et al.: Notice of Urgent Concerns re COVID-19

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jared,

Defendants are not in a position to agree to Plaintiffs' requests at this time where motions to sever, transfer, and dismiss some or all of Plaintiffs' claims remain pending. Moreover, based on Plaintiffs' email below and from Friday, it is not clear what relief Plaintiffs will seek through an emergency motion or what would be the basis for such relief. Likewise, it is not clear what the class of plaintiffs would be that would form the basis for your provisional class certification motion. As a result, Defendants cannot agree to waive the meet and confer requirement, the waiting period for filing motions, or to stipulate to any of the elements for class certification.

If Plaintiffs intend to file a motion, we are available to meet and confer today at 3 p.m. ET.

Regards,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

---

**From:** Jared Davidson <Jared.Davidson@splcenter.org>
**Sent:** Sunday, March 22, 2020 2:32 PM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Sarkany, Sergio F. (CIV) <ssarkany@CIV.USDOJ.GOV>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Cc:** Tim Fox <tfox@creeclaw.org>; Elizabeth Jordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; Stuart Seaborn <sseaborn@dralegal.org>; William Alderman <walderman@orrick.com>
**Subject:** RE: 5:19-cv-01546-JGB-SHK Fraihat et al. v. ICE et al.: Notice of Urgent Concerns re COVID-19
**Importance:** High

Counsel,

I write on behalf of the Plaintiffs in the above-referenced matter regarding the issues expressed in our e-mail of March 20, 2020 (below).

As we explained, we are deeply troubled by Defendants' inadequate responses to the COVID-19 pandemic. Our review of ICE's guidance that you reference below does not extinguish our concerns; in fact, that guidance is inadequate for many of the same reasons we assigned in our initial email.

Accordingly, as a result of ICE's failure to adequately respond to the emergent and lethal threat of COVID-19, Plaintiffs intend to file a motion for emergency relief on behalf of medically vulnerable people and people with disabilities in ICE custody. Because these inadequacies imminently threaten not only the named Plaintiffs but also

similarly situated people, we also intend to file an emergency motion for provisional class certification.

The Local Rules generally require a meet and confer prior to the filing of a motion for class certification. We are writing to request that, in light of the urgent and life-threatening consequences of COVID-19, Defendants agree to waiving the meet and confer requirement. In the alternative, we request that Defendants meet and confer with Plaintiffs tomorrow and waive the waiting period.

In addition, Plaintiffs request that Defendants stipulate to class certification for these emergency purposes. If Defendants are unwilling to stipulate to class certification, please let us know if Defendants will stipulate to any of the underlying requirements of Rule 23, such as numerosity. In our view, these issues are not controversial given the systemic nature of Plaintiffs' suit and the generally applicable relief we seek.

Please let us know as soon as possible.

**Jared Davidson**  he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Friday, March 20, 2020 3:26 PM
**To:** Jared Davidson <Jared.Davidson@splcenter.org>; Sarkany, Sergio F. (CIV) <Sergio.F.Sarkany@usdoj.gov>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Cc:** Tim Fox <tfox@creeclaw.org>; Elizabeth Jordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; Stuart Seaborn <sseaborn@dralegal.org>; William Alderman <walderman@orrick.com>
**Subject:** RE: 5:19-cv-01546-JGB-SHK Fraihat et al. v. ICE et al.: Notice of Urgent Concerns re COVID-19

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jared,

Please review ICE's current and evolving guidance at https://www.ice.gov/covid19, last updated today. ICE continues to update its protocols to remain consistent with CDC guidance. Once you and your team review ICE's guidance, let us know if you continue to have concerns.

I hope you, your team, and your families are staying safe.

Regards,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044

EXHIBIT A

Tel: 202-532-4023

**From:** Jared Davidson <Jared.Davidson@splcenter.org>
**Sent:** Friday, March 20, 2020 2:32 PM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Sarkany, Sergio F. (CIV) <ssarkany@CIV.USDOJ.GOV>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Cc:** Tim Fox <tfox@creeclaw.org>; Elizabeth Jordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; Stuart Seaborn <sseaborn@dralegal.org>; William Alderman <walderman@orrick.com>
**Subject:** 5:19-cv-01546-JGB-SHK Fraihat et al. v. ICE et al.: Notice of Urgent Concerns re COVID-19
**Importance:** High

Counsel,

We are writing on behalf of our named Plaintiffs and the putative class they represent to notify you of our urgent concerns about ICE's response to the COVID-19 pandemic and to demand that ICE take immediate precautionary steps to protect the safety of the people in its custody.

On or about March 6, 2020, ICE Health Services Corps (IHSC) issued "Interim Reference Sheet on 2019-Novel Coronavirus (COVID-19)," which contains protocols for responses to COVID-19 in ICE facilities. Those protocols are critically deficient from a public and institutional health perspective. In particular, the protocols fail to prescribe any process for screening medically vulnerable individuals in ICE custody to assess precautionary measures—including but not limited to release—to protect health and safety. The protocols also fail to contemplate how ICE intends to ensure adequate responses to the COVID-19 epidemic notwithstanding already existing deficiencies in ICE's provision of care, including but not limited to inadequate staffing and inadequate access to qualified medical care. These omissions are all the more concerning in light of the recent announcement that staff at ICE facilities have tested positive for COVID-19, underscoring the fact that this deadly and highly infectious virus is likely already running rampant throughout ICE facilities. Further, ICE continues to conduct internal enforcement and detaining arrestees, thereby expanding the risk of community spread within facilities.

For these reasons, we demand that ICE immediately modify its protocols to assess these and any other deficiencies, including the immediate implementation of processes to conduct risk-assessments for the individuals in its custody. We further demand that ICE immediately inform us if any additional guidance, policies, or practices have been issued or implemented since the March 6 guidance or will be issued in the immediate future.

Remediating ICE's failure to adequately prepare for and respond to COVID-19 is urgent—failure to do so will cost lives in the very near future. We reserve all rights, including seeking emergency relief from the Court, if ICE does not immediately rectify these defects.

Sincerely,

**Jared Davidson**  he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

EXHIBIT A