| | |
|---|---|
| 1  Timothy P. Fox (CA Bar 157750) | |
|    *tfox@creeclaw.org* | |
| 2  Elizabeth Jordan* | |
|    *ejordan@creeclaw.org* | |
| 3  Maria del Pilar Gonzalez Morales | |
|    (CA Bar 308550) | |
| 4  *pgonzalez@creeclaw.org* | |
| 5  CIVIL RIGHTS EDUCATION AND | |
|    ENFORCEMENT CENTER | |
| 6  1245 E. Colfax Avenue, Suite 400 | |
|    Denver, CO 80218 | |
| 7  Tel: (303) 757-7901 | |
|    Fax: (303) 872-9072 | |
| 8  | Stuart Seaborn (CA Bar 198590) |
|    Lisa Graybill* | *sseaborn@dralegal.org* |
| 9  *lisa.graybill@splcenter.org* | Melissa Riess (CA Bar 295959) |
|    Jared Davidson* | *mriess@dralegal.org* |
| 10 *jared.davidson@splcenter.org* | DISABILITY RIGHTS ADVOCATES |
|    SOUTHERN POVERTY LAW CENTER | 2001 Center Street, 4th Floor |
| 11 201 St. Charles Avenue, Suite 2000 New | Berkeley, California 94704 |
|    Orleans, Louisiana 70170 | Tel: (510) 665-8644 |
| 12 Tel: (504) 486-8982 | Fax: (510) 665-8511 |
|    Fax: (504) 486-8947 | |

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, | Case No.: 19-cv-01546-JGB(SHKx) |
| Plaintiffs, | |
| v. | DECLARATION OF MICHAEL W. JOHNSON IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR CLASS CERTIFICATION |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | Date: March 24, 2020 |

DECLARATION OF MICHAEL W. JOHNSON ISO
EMERGENCY MOTION FOR CLASS CERTIFICATION

William F. Alderman (CA Bar 47381)
walderman@orrick.com
Jake Routhier (CA Bar 324452)
jrouthier@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
mjohnson1@willkie.com
Dania Bardavid**
dbardavid@willkie.com
Jessica Blanton**
jblanton@willkie.com
Joseph Bretschneider**
jbretschneider@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
maia.fleischman@splcenter.org
SOUTHERN POVERTY LAW CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel: (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
cbrandt-young@dralegal.org
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
mmermelstein@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
lcoutoumanos@willkie.com
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
shalini.agarwal@splcenter.org
SOUTHERN POVERTY LAW CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel: (850) 521-3024
Fax: (850) 521-3001

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

**DECLARATION OF MICHAEL W. JOHNSON**

I, Michael W. Johnson, declare as follows:

1. I am a partner in the New York office of Willkie Farr & Gallagher LLP ("Willkie") and make this declaration in support of Willkie's application to be named as co-counsel for the Plaintiff Class in the above action. This declaration is based upon my personal knowledge and is true to the best of my knowledge and belief.

2. I received my undergraduate degree from Rensselaer Polytechnic Institute in 1998 and graduated from the University of Notre Dame Law School in 2001.

3. I am admitted to practice law in the state of New York, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Federal Circuit. I have also been admitted to appear *pro hac vice* in specific cases by numerous other district courts throughout the country.

4. My principle area of practice focuses on complex civil litigation with an emphais on intellectual property litigation and a particular focus on patent litiagtion in the pharmaceutical and biotechnology industries. I have nearly twenty years of experience working on complex legal and scientific issues in some of the most signficant pharmaceutical patent litigations. Additionally, I have considerable experience working with some of the leading scientific and medical experts in most of these litigations.

5. My colleagues at Willkie also have extensive experience representing plaintiffs in class actions. These include (i) *Ciaramella et al v. Zucker,* No. 1:18-cv-06945 (S.D.N.Y. 2018), a class action on behalf of a class of thousands of Medicaid-eligible individuals whose expenses associated with certain medically necessary dental care are not reimbursable by New York's Medicaid program; (ii) *Diamond v. New York City Housing*, No. 153312/2018 (N.Y. Sup. Ct.), a class action on behalf of a putative class of current and former residents of public

- 3 -

DECLARATION OF MICHAEL W. JOHNSON ISO
EMERGENCY MOTION FOR CLASS CERTIFICATION

housing developments operated by the New York City Housing Authority ("NYCHA") challenging NYCHA's failure to supply adequate heat and hot water to residents during the Winter of 2017-2018; and (iii) *Alcantara v. Annucci*, No. 2534/2016 (N.Y. Sup. Ct.), a class action against New York City and New York State challenging the interpretation of a state law setting forth where sex offenders can live after being released from prison. In addition, the firm has regularly handled, and continues to handle, a substantial volume of immigration matters.

6. Willkie is a multinational law firm. Our litigators have experience in various types of litigation, including complex class actions. Willkie and I are committed to vigorously representing the Plaintiff Class and subclasses and to working collaboratively and efficiently with other class counsel. Willkie has no conflicts of interest that would prevent us from providing zealous representation to the named plaintiffs and the Plaintiff Class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2020.

By: _____
Michael W. Johnson

- 4 -

DECLARATION OF MICHAEL W. JOHNSON ISO
EMERGENCY MOTION FOR CLASS CERTIFICATION