Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel:  (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
*lisa.graybill@splcenter.org*
Jared Davidson*
*jared.davidson@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel:  (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel:  (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No.: 19-cv-01546-JGB(SHKx) <br><br> **Declaration of Lisa Graybill on Behalf of Southern Poverty Law Center** <br><br> Date: March 24, 2020 |

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
Jake Routhier (CA Bar 324452)
*jrouthier@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
*mjohnson1@willkie.com*
Dania Bardavid**
*dbardavid@willkie.com*
Jessica Blanton**
*jblanton@willkie.com*
Joseph Bretschneider**
*jbretschneider@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
*maia.fleischman@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel: (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
*mmermelstein@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
*lcoutoumanos@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
*shalini.agarwal@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel: (850) 521-3024
Fax: (850) 521-3001

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel: (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

# DECLARATION OF LISA GRAYBILL ON BEHALF OF SOUTHERN POVERTY LAW CENTER

I, Lisa Graybill, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Texas and am one of the counsel of record for Plaintiffs in the above-captioned case. This declaration is based upon my personal knowledge and is true to the best of my knowledge and belief.

2. I submit this declaration in support of Plaintiffs' Emergency Motion for Provisional Class Certification.

**Qualifications of Proposed Class Counsel**

3. I am Deputy Legal Director of the Southern Poverty Law Center ("SPLC"). I oversee SPLC's litigation team on this matter. Prior to my job at SPLC, I was a Visiting Professor and then Assistant Professor of the Practice of Law at the University of Denver Sturm College of Law. Prior to that, I was Legal Director of the American Civil Liberties Union (ACLU) of Texas and a Trial Attorney in the Special Litigation Section of the Civil Rights Division at the United States Department of Justice. I clerked for Stephen M. Orlofsky, U.S. District Court for the District of New Jersey.

4. I received my undergraduate degree with highest honors from Smith College in 1991, and graduated from the University of Texas School of Law with honors in 1999. I am a member of the State Bar of Texas and retired (inactive) from the State Bar of Massachusetts. I am admitted to practice in multiple U.S. district courts and in the U.S. Court of Appeals for the Fifth Circuit Court.

5. In addition to myself, SPLC's litigation team in this matter consists of several members. Shalini Goel Agarwal is a Senior Supervising Attorney at SPLC with extensive litigation experience, including class actions. Ms. Agarwal graduated from UC Berkeley Law School in 2006, was a member of the Order of the Coif, and previously clerked for Judge David Tatel, U.S.

Court of Appeals for the District of Columbia. Jared Davidson is a Senior Staff Attorney at SPLC. Mr. Davidson also holds extensive litigation experience, including class actions. Mr. Davidson graduated with honors from NYU School of Law in 2013 and previously clerked on the U.S. Court of Appeals for the Fifth Circuit. Maia Fleischman is a Law Fellow with SPLC and graduated from the University of Miami School of Law in 2018 with honors.

6. SPLC has served as class counsel in more than 30 cases, many of which include challenges to conditions of confinement. Some of the cases in which SPLC has served as class counsel include: Alexander v. Sandoval, 532 U.S. 275 (2001); Paradise v. Allen, 480 U.S. 149 (1987); Dothard v. Rawlinson, 433 U.S. 321 (1977); Pugh v. Locke, 559 F.2d 283 (11th Cir. 1977); Smith v. YMCA, 462 F.2d 634 (5th Cir. 1972); Braggs v. Dunn, 2:14cv601-MHT (M.D. Ala.); Dockery v. Fischer, No. 3:13-cv-326, 2015 WL 5737608 (S.D. Miss. Sept. 29, 2015); Moodie v. Kfowah Island Inn Co., 309 F.R.D. 370 (D.S.C. 2015); P B. v. Pastorek, No. 2: 10-cv-04049 (E.D. La.); Wilson v. Gordon, No. 3-14- 1492, 2014 WL 4347585 (M.D. Tenn. Sept. 2, 2014); Hughes v. Judd, No. 8:12-CV-568, 2013 WL 1810808 (M.D. Fla. Apr. 30, 2013); J W. v. Binningham Bd. of Educ., No. 2:10-CV-033140-AKK, 2012 WL 3849032 (Aug. 31, 2012); J H. v. Hinds Cty., Miss., No. 3:11-cv-00327 (S.D. Miss.); DePriest v. Epps, No. 3:10-cv-00663 (S.D. Miss.); Nunag-Tanedo v. E. Baton Rouge Parish Sch. Bd., No. LA CV 10-01172-JAK (MLGx), 2011 WL 7095434 (C.D. Cal. Dec. 12, 2011); Perez-Benites v. Candy Brand, LLC, 267 F.R.D. 242, 248 (W.D. Ark. 2010); Troupe v. Barbour, No. 3: 10-cv-153 HTW-LRA (S.D. Miss.); D. W. v. Harrison County, No. 1:09-cv-267 LG-RHN (S.D. Miss.); Rosiles-Perez v. Superior Forestry Service, Inc., 250 F.R.D. 332, 344 (M.D. Tenn. 2008); Recinos Recinos v. Express Forestry, 233 F.R.D. 472 (E.D. La. 2006); De Leon Granados v. Eller and Sons Trees, Inc., No. 1:05-CV-1473-CC , 2006 U.S.

Dist. LEXIS 73781, at *43 (N.D. Ga. Sept. 28, 2006); Gaddis v. Campbell, No. 03-T-390-N (M.D. Ala. 2003); Baker v. Campbell, No. CV-03-1114-M (N.D. Ala. 2003); Brown v. James, No. 98-T-663-N (M.D. Ala. 1998); Austin v. James, 15 F. Supp. 2d 1220 (M.D. Ala. 1998); Harris v. Janies, No. 94- 1422-N (M.D. Ala. 1994); Southern Christian Leadership Conference v. Evans, 785 F. Supp. 1469 (M.D. Ala. 1992); Bradley v. Haley, No. 92-A-70-N (M.D. Ala. 1992); R.C. v. Fuller, No. 88-D-1170-N (M.D. Ala. 1988); Nowak v. Foster, No. 84-0057-P (W.D. Ky. 1984); Wyatt v. Sawyer, No. CV-70-3195 (M.D. Ala. 1970), and Nixon v. Brewer, No. CV-3017-N (M.D. Ala. 1970).

7. SPLC is committed to advocate vigorously on behalf of the Plaintiff class and subclass. SPLC has the resources required to litigate this matter in a zealous and thorough manner. SPLC is also committed to working zealously, effectively, and collaboratively with the other proposed class counsel.

8. To my knowledge, SPLC has no conflicts of interests that would prevent the organization from providing zealous representation of the named Plaintiffs and the class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *[signature]*   Lisa Graybill
Date: 3/22/2020
Location: San Antonio, Texas