Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel: (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
*lisa.graybill@splcenter.org*
Jared Davidson*
*jared.davidson@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel: (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**Declaration of Timothy P. Fox in Support of Plaintiffs' Motion for Class Certification**<br><br>Date: March 24, 2020 |

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
Jake Routhier (CA Bar 324452)
*jrouthier@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
*mjohnson1@willkie.com*
Dania Bardavid**
*dbardavid@willkie.com*
Jessica Blanton**
*jblanton@willkie.com*
Joseph Bretschneider**
*jbretschneider@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
*maia.fleischman@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel: (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
*mmermelstein@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
*lcoutoumanos@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
*shalini.agarwal@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel: (850) 521-3024
Fax: (850) 521-3001

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel: (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

I, Timothy P. Fox, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am counsel of record for Plaintiffs in the above-captioned case. This declaration is based upon my personal knowledge. If called to testify, I could testify competently to the facts described in this declaration.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. I am a Co-Executive Director of the Civil Rights Education and Enforcement Center ("CREEC"), proposed class counsel in this case. I oversee CREEC's litigation team on this matter.

4. CREEC is a civil rights non-profit headquartered in Denver, Colorado, with offices in Berkeley and Los Angeles, California, and Nashville, Tennessee. I co-founded CREEC in 2013, after co-managing the law firm Fox & Robertson, P.C. ("F&R") from 1996 to 2013. Both as F&R and as CREEC, our practice has been devoted to civil rights, with a focus on disability rights and class action litigation.

5. I received a B.A. from the University of Denver in 1988 and a J.D. from Stanford Law School in 1991, where I was a member of the Stanford Law Review. In 2018, my co-founder and I received the ACLU of Colorado's Carle Whitehead Memorial award, recognizing lifetime commitment to protecting and extending civil rights and civil liberties. CREEC has also be recognized by The Center on Colfax, Colorado's largest LGBTQ community center, and the Denver Metro Fair Housing Center. In 2013, I was elected to the Board of Directors of the ACLU – National and was recently elected to that body's Executive Committee. My co-founder and I jointly received the 2012 Award of Excellence from the Colorado Chapter of the American College of Trial Lawyers. In 2008, I received The Colorado Bar Association Award of Merit. In addition, our law firm, Fox &

Robertson, was recognized with the 2007 Impact Fund Award, and the Colorado Trial Lawyers Association Case of the Year award in 2006. I have been honored as Fellows of the Colorado Bar Foundation, a designation bestowed upon no more than five percent of the lawyers in Colorado for "outstanding dedication to the welfare of the community, the traditions of the profession and the maintenance and advancement of the objectives of the Colorado Bar Association."

6. CREEC Attorneys Elizabeth Jordan and Maria del Pilar Gonzalez Morales are also working with me on this case.

7. Ms. Jordan is the Director of CREEC's Immigration Detention Accountability Project. She received a B.A. *cum laude* with distinction from Yale University in 2006 and a J.D. *summa cum laude* from the New York University School of Law in 2013, where she was awarded the Order of the Coif and an Arthur Garfield Hayes Civil Liberties Fellow. Ms. Jordan was a Fulbright Scholar to Spain in 2009-2010 studying international human rights law. For two years prior to joining CREEC as its first CREEC Fellow, Ms. Jordan represented unaccompanied minors in their removal proceedings and applications for relief in New York Immigration Court. She has also interned with the Legal Aid Society's Immigration Law Unit working on the detained docket.

8. Ms. Gonzalez Morales is a Senior Staff Attorney at CREEC. She received a B.A. in Political Science and Developmental Studies from the University of California, Berkeley and a J.D. and L.L.M. in International Law from Duke University School of Law. Prior to joining CREEC, Ms. Gonzalez Morales worked as a disability rights attorney for five years, representing people with disabilities in administrative proceedings, state and federal court. Ms. Gonzalez Morales also investigated conditions at several ICE detention centers and Office of Refugee Resettlement (ORR) facilities in California. Prior to that, Ms. Gonzalez

Morales worked in the private sector for three years as a foreign attorney in Costa Rica.

9. CREEC (and before it Fox & Robertson) have litigated many class action civil rights cases, and have been appointed class counsel in the following (among others):

    a) *King v. City of Colorado Springs*, 19-cv-00829-JLK (D. Colo), *Hines v. City of Portland*, 18-cv-00869-HZ (D. Or.), *Reynoldson v. City of Seattle*, 15-cv-01608-BJR (W.D. Wash); and *Denny v. City and County of Denver*, 2016CV030247 (Denver Dist. Ct.) (all class action cases on behalf of individuals who use wheelchairs challenging noncompliant curb ramps in city sidewalks under Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131 et seq. ("Title II") and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 ("Section 504"); all resulted in settlements requiring full compliance and monitoring);

    b) *Lucas v. City and County of Denver*, 16-cv-02565-WYD-MJW, 16-cv-02931-WYD-MJW (D. Colo.) (class of patrons who use wheelchairs challenging seating policies and accommodations at a city-owned entertainment venue under Title II and Section 504; resulted in settlement reforming policies to prevent scalping of tickets for accessible seats);

    c) *Kurlander v. Kroenke Arena Co.*, 276 F. Supp. 3d 1077 (D. Colo. 2017) (class of Deaf patrons of a hockey/basketball arena challenging the lack of open captioning under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. ("Title III"); resulted in settlement requiring open captioning);

d) *Civil Rights Education and Enforcement Center v. RLJ Lodging Trust*, 15-cv-0224-YGR (N.D. Cal) and *Civil Rights Education and Enforcement Center v. Ashford Hospitality Trust*, 15-cv-00216-DMR (both class action cases challenging, under Title III, the failure of hotels to provide accessible transportation to patrons who use wheelchairs; both resulting in settlements requiring such transportation);

e) *Decoteau v. Raemisch*, 304 F.R.D. 683 (D. Colo. 2014) (class action on behalf of inmates at the Colorado State Penitentiary seeking access to outdoor exercise; resulted in settlement that required construction of and access to outdoor exercise yards at the facility);

f) *Colorado Cross-Disability Coalition v. Abercrombie & Fitch Co.*, 765 F.3d 1205 (10th Cir. 2014) (nationwide class action under Title III; ultimately resulted in settlement requiring removal of barriers at a subset of the defendant's stores nationwide);

g) *Moeller v. Taco Bell*, 2012 WL 3070863 (N.D. Cal. July 26, 2012) (statewide injunctive class action under Title III and California law; resulted in settlement requiring removal of barriers and maintenance of access at corporate restaurants statewide);

h) *Castaneda v. Burger King Corp.*, 08-cv-4262-WHA (N.D. Cal.) and *Vallabhapurapu v. Burger King Corp.*, 11-cv-00667-WHA (N.D. Cal.) (companion statewide class actions under Title III and California law resulting in injunctions to bring restaurants into compliance with Title III and over $15 million in damages to the class);

i) *Lucas v. Kmart*, 2005 WL 1648182 (D. Colo. Jul. 13, 2005) & 2006 WL 722163 (D. Colo. Mar. 22, 2006) (class action under Title III and

1  state law resulting in nationwide injunction to bring stores into
2  compliance with Title III and over $13 million in damages to the
3  class);
4  j) *Colorado Cross Disability Coalition v. City and County of Denver*,
5  06-cv-00865-MSK-BNB (D. Colo.) (class action under Title II and
6  Section 504 for accessibility barriers in the Ellie Caulkins Opera
7  House; settlement required installation of new elevator and other
8  alterations);
9  k) *Commonwealth of Mass. v. E\*TRADE Access, Inc*., 03-11206-MEL
10  (D. Mass. Dec. 7, 2007) (nationwide class action under Title III
11  seeking to make defendant's automatic teller machines accessible to
12  blind people; settlement required roll-out of accessible machines);
13  l) *Colorado Cross-Disability Coalition v. Taco Bell Corp*., 184 F.R.D.
14  354 (D. Colo. 1999) (statewide class action under Title III; settlement
15  required removal of queue line barriers to counter); and

16.  10. CREEC is committed to litigating this case vigorously on behalf of the Plaintiff class. CREEC has the resources required to litigate this matter in a cost-effective, efficient and thorough manner.

19.  11. To my knowledge, CREEC has no conflicts of interest that would prevent the firm from providing zealous representation of the named plaintiffs and the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2020 in Denver, Colorado.

/s/ Timothy P. Fox
Timothy P. Fox