1  Timothy P. Fox (CA Bar 157750)
   *tfox@creeclaw.org*
2  Elizabeth Jordan*
   *ejordan@creeclaw.org*
3  CIVIL RIGHTS EDUCATION AND
   ENFORCEMENT CENTER
4  1245 E. Colfax Avenue, Suite 400
5  Denver, CO 80218
   Tel: (303) 757-7901
6  Fax: (303) 872-9072

7  Lisa Graybill*
   *lisa.graybill@splcenter.org*          Stuart Seaborn (CA Bar 198590)
8  Jared Davidson*                        *sseaborn@dralegal.org*
   *jared.davidson@splcenter.org*         Melissa Riess (CA Bar 295959)
9  SOUTHERN POVERTY LAW                   *mriess@dralegal.org*
   CENTER                                 DISABILITY RIGHTS ADVOCATES
10 201 St. Charles Avenue, Suite 2000     2001 Center Street, 4th Floor
11 New Orleans, Louisiana 70170           Berkeley, California 94704
   Tel: (504) 486-8982                    Tel: (510) 665-8644
12 Fax: (504) 486-8947                    Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No.: 19-cv-01546-JGB(SHKx) <br><br> **Declaration of Alex Hernandez in Support of Motion for Preliminary Injunction and Class Certification** <br><br> Date: March 24, 2020 |

William F. Alderman (CA Bar 47381)
walderman@orrick.com
Jake Routhier (CA Bar 324452)
jrouthier@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
mjohnson1@willkie.com
Dania Bardavid**
dbardavid@willkie.com
Jessica Blanton**
jblanton@willkie.com
Joseph Bretschneider**
jbretschneider@willkie.com
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
maia.fleischman@splcenter.org
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel: (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
cbrandt-young@dralegal.org
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
mmermelstein@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
lcoutoumanos@willkie.com
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
shalini.agarwal@splcenter.org
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel: (850) 521-3024
Fax: (850) 521-3001

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel: (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

# DECLARATION OF ALEX HERNANDEZ

I, Alex Hernandez, declare the following is true to the best of my knowledge:

1. I am at least 18 years of age and am competent to sign this declaration. I am originally from Honduras. I am currently detained in ICE custody at the Etowah County Detention Center (Etowah) in Gadsden, Alabama. I have been in ICE custody since approximately October 2016.

2. I am 49 years old and have several medical conditions that I worry make me vulnerable to COVID-19. I have hypertension, which puts me at a higher risk for contracting COVID-19. I also have Barrett's esophagus, which puts me at a higher risk for cancer. I have not had an endoscopy or biopsy since being in ICE custody, which is meant to be conducted yearly to monitor my Barrett's esophagus and detect potentially cancerous cells. I am also recovering from a recent surgery. I am still experiencing pain, weakness, and inflammation from the surgery.

3. I have not received any formal education about COVID-19 from any ICE officers or Etowah officers. In my dorm, there is one informative flyer that has been posted by the elevator. The informative flyer is only in English, even though a large number of individuals in the unit do not speak English. Most of the education about COVID-19 I have received has been from the television news, and I do not know how to identify the symptoms myself. I have not had my body temperature checked, nor have I seen other detained individuals get their temperature taken.

4. To my understanding and knowledge, there has been no change in protocols or procedures in place in light of COVID-19 at Etowah. To my knowledge, there has not been an increase in cleaning supplies or access to hand sanitizer since the outbreak of COVID-19. There is no access to soap beside the soap available for purchase in the commissary. I have not seen any officers wearing gloves or masks. I have not witnessed any changes in the medical staff at Etowah County Detention Center in light of COVID-19, such as increased staffing.

5. People continue to come into Etowah regularly—both guards and new detained people. I am scared that they may be introducing COVID-19 here.

6. On Friday, March 20, 2020, three new transfers arrived at Etowah. The three men were not given anything beyond a cursory screening. One of those men told me he was not feeling sick and asked for medical attention. He went to

1

medical, where the medical staff asked him a few questions, and then he returned to our unit. Medical staff did not take the individual's temperature or provide any other health care. The individual was quarantined into his cell when he returned to the unit. These events created despair and fear among the individuals in our unit (Unit 9). Individuals in the unit were begging Etowah staff not to accept the transfers. When the staff did not comply, two individuals tied nooses around their neck and stepped on the railings of the second floor, threatening to jump off and commit suicide unless the new transfers were removed from Etowah. Finally, the three new transfers were removed. After this incident, all detained individuals in the unit were provided one surgical mask each.

7. Since the March 20th incident, my housing unit has been on lockdown. Our unit is not allowed to participate in programs, and we are only allowed two half-hour increments daily to shower and make phone calls. I do not believe the unit is under quarantine because medical has not evaluated anyone in the unit, including taking our body temperatures.

8. Despite my vulnerabilities to COVID-19, no member of the medical staff has evaluated my conditions or well-being to determine whether any additional precautionary measures are necessary to protect me from the illness. I am scared for my life.

9. As a named plaintiff, to the best of my ability, I have been working with my lawyers to help them prepare and work on this case. I will continue to do so. I am available to them to assist with the case, and they are available to me to answer questions and to explain and keep me updated on the litigation. I regularly speak with my attorneys and their staff to prove them information in support of this lawsuit. I have responded and will continue to respond to the lawyers' requests for information about adequate health care and other conditions of confinement to the best of my ability. I intend to continue working zealously with my attorneys on behalf of other individuals detained in ICE custody nationwide as long as I am a named plaintiff.

10. I seek only declaratory and injunctive relief on behalf of the subclass I am not seeking monetary damages, and I understand that this civil case will not result in the dismissal of my civil immigration proceedings against me or others.

11. I have authorized my attorney to sign on my behalf, given the difficulty of arranging visitation and travel in light of the current COVID-19 pandemic. If required to do so, I will provide a signature when I am able to do so.

2

1
2  I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

3

4

5  *Maia Fleischman*

6  Maia Fleischman Signed on Behalf of Alex Hernandez

I, Maia Fleischman, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Maia Fleischman. I am a licensed attorney in good standing in the state of Florida. I am an attorney of record in *Fraihat v. ICE*, Case 5:19-cv-01546 (C.D. Cal.).

2. I represent the declarant, Alex Hernandez. Out of necessity in light of the COVID-19 pandemic, I signed Alex Hernandez's declaration on his behalf with his express consent.

3. ICE is now requiring legal visitors to provide and wear personal protective equipment, including disposable vinyl gloves, surgical masks, and eye protection while visiting any detention facility. These supplies are not easily accessible, given the increase in demand. Any available supplies are prioritized to hospitals and other medical facilities that are experiencing dangerous shortages.

4. There are documented cases of COVID-19 in all fifty U.S. states and most inhabited U.S. territories. The Center for Disease Control and Protection (CDC) issued statements warning that individuals are at a higher risk of infection when traveling. I have Immunoglobin A Deficiency, an immune system disorder, and asthma, which put me at a higher-risk for COVID-19 complications.

5. In light of the above, to protect public health, I am not able to travel to Gadsden, Alabama, to obtain my clients' signatures.

6. I spoke with Alex Hernandez over the phone and read the declarations to him and confirmed the accuracy of the information therein. Alex Hernandez has confirmed that I can sign on his behalf, as reflected in his declaration.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and that this declaration was executed on March 23, 2020 in Miami, Florida.

_____

*Maia Fleischman*

Maia Fleischman
Attorney for Plaintiffs
Southern Poverty Law Center
T: 786.390.3839
Maia.fleischman@splcenter.org

4