Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
Maria del Pilar Gonzalez Morales
(CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel:  (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
*lisa.graybill@splcenter.org*
Jared Davidson*
*jared.davidson@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel:  (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel:  (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**DECLARATION OF ARISTOTELES SANCHEZ MARTINEZ**<br><br>Date: March 24, 2020 |

33870051.1

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
Jake Routhier (CA Bar 324452)
*jrouthier@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Tel:  (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
*mjohnson1@willkie.com*
Dania Bardavid**
*dbardavid@willkie.com*
Jessica Blanton**
*jblanton@willkie.com*
Joseph Bretschneider**
*jbretschneider@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
*maia.fleischman@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel:  (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel:  (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
*mmermelstein@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel:  (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
*lcoutoumanos@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel:  (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
*shalini.agarwal@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel:  (850) 521-3024
Fax: (850) 521-3001

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

33870051.1

# DECLARATION OF ARISTOTELES SANCHEZ MARTINEZ

I, Aristoteles Sanchez Martinez, declare the following is true to the best of my knowledge:

1. I am at least 18 years of age and am competent to sign this declaration. I am originally from Venezuela. I have been in ICE custody since approximately September 2018. I was transferred to Stewart Detention Center in Lumpkin, Georgia, on March 23, 2020, from the Houston Contract Detention Facility ("HCDF") in Houston, Texas. I had been at HCDF since about January 10, 2020. Before HCDF, I was at Stewart Detention Center ("Stewart"). Previously, I was at Folkston ICE Processing Center in Folkston, Georgia.

## Medical Vulnerability

2. I am 47 years old and have several medical conditions that make me vulnerable to COVID-19. I have Type II diabetes and hypertension, which both put me at a higher risk for contracting COVID-19. Since I have been in ICE custody, my hemoglobin A1C levels and sugar levels have been dangerously high, at times at 9.7 and 345, respectively.

3. I am recovering from a hernia repair surgery that occurred on or around March 11, 2020. The surgeon removed a large right flank hernia on my abdomen, which had grown substantially since being in ICE custody. Despite instructions from a surgeon that I would have to remain in intensive care after the surgery, I was brought back to the ICE facility within one day of the surgery. I am still experiencing pain, weakness, and inflammation from the surgery. I also have neuropathy, a bone spur on my left foot, Charcot foot, avascular necrosis, non-palpable pulses in lower extremities, and venous insufficiency. I am currently in a wheelchair due to my conditions.

4. I worry that each of these conditions puts me at a higher risk for contracting COVID-19.

## Houston Contract Detention Facility

5. While I was detained at HCDF, no member of the medical staff evaluated my conditions or well-being to determine whether any additional precautionary measures are necessary to protect me from COVID-19.

33870051.1

6. I did not receive any formal education about COVID-19 from any ICE officers or HCDF officers. I learned about COVID-19 prevention and detection mostly from my teenage daughter and the news. Because of the lack of information provided to us, I did not know how widespread and dangerous this virus has become. Until recently, I had thought that within the United States, the disease existed only in New York City and in Miami.

7. To my understanding and knowledge, there had been no change in HCDF's protocols or procedures in light of COVID-19. To my knowledge, there was no increase in cleaning supplies since the outbreak of COVID-19 necessary to follow the hand-washing techniques. We were not provided with additional cleaning supplies or extra soap. Hand sanitizer was recently placed outside of my unit but was only available when I exited to go to medical. Individuals with work assignments that involve cleaning were not given additional cleaning supplies or provided additional protection. They continued to mop and sweep the units without wearing gloves or other protective equipment. I did not see any officers wearing gloves or masks.

8. I did not witness any changes in the medical staff at HCDF in light of COVID-19, such as increased staffing.

9. Concerning educational materials, I had seen only two flyers in my dorm about COVID-19. The information was only available in English and Spanish. The first flyer provided advice on washing our hands for at least twenty seconds. The second flyer was about staying away from people who exhibit symptoms of the virus, but it did not say what those symptoms are.

10. Social distancing was not possible at HCDF. I slept in an "open dorm," where there are many other detainees in adjacent bunk beds. In total, there were about 40 detainees in my dorm. The distance between the bunkbeds was approximately four feet, just enough to fit my wheelchair.

11. Last week, a number of detainees were transferred into HCDF from an ICE facility in Otay Mesa. This added to my fear of contracting COVID-19.

**Stewart Detention Facility**

12. Despite my vulnerabilities to COVID-19, I was placed in a van to be transferred back to Stewart Detention Facility on or about Sunday, March 22, 2020. I was not given any reason for my transfer.

13. My hands and feet were shackled. I was not provided with any protective

3

33870051.1

gear, such as gloves or a surgical mask, cleaning products, or hand sanitizer. I did not see the officers wiping down the seats of the van with any disinfectant.

14. I was not provided with my prescribed pain medication. Because of my recent surgery, the shackles, and not having access to my wheelchair, I was in so much pain during the trip.

15. We made a stop at an ICE facility in Louisiana, where I used the bathroom. The bathroom did not have soap, so I had to wash my hands with water. From there, I was placed on a bus and handcuffed.

16. When I arrived at Stewart, I went through intake with approximately fifty other new transfers. From my understanding, the new transfers were arriving from different detention facilities in the country. While we were waiting for our cursory screening, we had very little space to move around and practice social distancing.

17. Many of the new transfers were ultimately placed in the same housing unit as me.  I am very nervous that I was exposed to COVID-19 since people were transferred from many facilities, and we were not properly screened by medical staff.

18. Since I have returned to Stewart, no member of the medical staff has evaluated my medical vulnerabilities to determine whether any additional precautionary measures are necessary to protect me from COVID-19. Nor have they asked me about any potential symptoms or possible exposure to COVID-19.

19. I do not know how to identify the symptoms of COVID-19. I am scared for my life.

### **Named Plaintiff**

20. As a named plaintiff, to the best of my ability, I have been working with my lawyers to help them prepare and work on this case. I will continue to do so. I am available to them to assist with the case, and they are available to me to answer questions and to explain and keep me updated on the litigation. I regularly speak with my attorneys and their staff to prove them information in support of this lawsuit. I have responded and will continue to respond to the lawyers' requests for information about adequate health care and other conditions of confinement to the best of my ability. I intend to continue

33870051.1

working zealously with my attorneys on behalf of other individuals detained in ICE custody nationwide as long as I am a named plaintiff.

21. I seek only declaratory and injunctive relief on behalf of the subclass. I am not seeking monetary damages, and I understand that this civil case will not result in the dismissal of my civil immigration proceedings against me or others.

22. I have authorized my attorney to sign on my behalf given the difficulty of arranging visitation and travel in light of the current COVID-19 pandemic. If required to do so, I will provide a signature when I am able to do so.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

Maia Fleischman
_____
Maia Fleischman Signed on Behalf of Aristoteles Sanchez Martinez

I, Maia Fleischman, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Maia Fleischman. I am a licensed attorney in good standing in the state of Florida. I am an attorney of record in *Fraihat v. ICE*, Case 5:19-cv-01546 (C.D. Cal.).

33870051.1

2. I represent the declarant, Aristoteles Sanchez Martinez. Out of necessity in light of the COVID-19 pandemic, I signed Aristoteles Sanchez Martinez's declaration on his behalf with his express consent.

3. ICE is now requiring legal visitors to provide and wear personal protective equipment, including disposable vinyl gloves, surgical masks, and eye protection while visiting any detention facility. These supplies are not easily accessible, given the increase in demand. Any available supplies are prioritized to hospitals and other medical facilities that are experiencing dangerous shortages.

4. There are documented cases of COVID-19 in all fifty U.S. states and most inhabited U.S. territories. The Center for Disease Control and Protection (CDC) issued statements warning that individuals are at a higher risk of infection when traveling. I have Immunoglobin A Deficiency, an immune system disorder, and asthma, which put me at a higher-risk for COVID-19 complications.

5. In light of the above, to protect public health, I am not able to travel to Lumpkin, Georgia, to obtain my clients' signatures.

6. I spoke with Aristoteles Sanchez Martinez over the phone and read the declarations to him and confirmed the accuracy of the information therein. Aristoteles Sanchez Martinez has confirmed that I can sign on his behalf, as reflected in his declaration.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and that this declaration was executed on March 24, 2020 in Miami, Florida.

6

33870051.1

1

2     _____          Maia Fleischman

3                                              Maia Fleischman
                                               Attorney for Plaintiffs
4                                              Southern Poverty Law Center
                                               T: 786.390.3839
5                                              Maia.fleischman@splcenter.org

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28