Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
Maria del Pilar Gonzalez Morales (CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel: (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
*lisa.graybill@splcenter.org*
Jared Davidson*
*jared.davidson@splcenter.org*
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel: (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**Declaration of Jimmy Sudney in Support of Motion for Preliminary Injunction and Class Certification**<br><br>Date: March 24, 2020 |

| | |
|---|---|
| William F. Alderman (CA Bar 47381) *walderman@orrick.com* Jake Routhier (CA Bar 324452) *jrouthier@orrick.com* ORRICK, HERRINGTON & SUTCLIFFE LLP 405 Howard Street San Francisco, CA 94105 Tel: (415) 773-5700 Fax: (415) 773-5759 | Mark Mermelstein (CA Bar 208005) *mmermelstein@orrick.com* ORRICK, HERRINGTON & SUTCLIFFE LLP 777 South Figueroa Street Suite 3200 Los Angeles, CA 90017 Tel: (213) 629-2020 Fax: (213) 612-2499 |
| Michael W. Johnson** *mjohnson1@willkie.com* Dania Bardavid** *dbardavid@willkie.com* Jessica Blanton** *jblanton@willkie.com* Joseph Bretschneider** *jbretschneider@willkie.com* WILLKIE FARR & GALLAGHER LLP 787 Seventh Avenue New York, NY 10019 Tel: (212) 728-8000 Fax: (212) 728-8111 | Leigh Coutoumanos** *lcoutoumanos@willkie.com* WILLKIE FARR & GALLAGHER LLP 1875 K Street NW, Suite 100 Washington, DC 20006 Tel: (202) 303-1000 Fax: (202) 303-2000 |
| Maia Fleischman* *maia.fleischman@splcenter.org* SOUTHERN POVERTY LAW CENTER 2 South Biscayne Boulevard Suite 3750 Miami, FL 33131 Tel: (786) 347-2056 Fax: (786) 237-2949 | Shalini Goel Agarwal (CA Bar 254540) *shalini.agarwal@splcenter.org* SOUTHERN POVERTY LAW CENTER 106 East College Avenue Suite 1010 Tallahassee, FL 32301 Tel: (850) 521-3024 Fax: (850) 521-3001 |
| Christina Brandt-Young* *cbrandt-young@dralegal.org* DISABILITY RIGHTS ADVOCATES 655 Third Avenue, 14th Floor New York, NY 10017 Tel: (212) 644-8644 Fax: (212) 644-8636 | Maria del Pilar Gonzalez Morales (CA Bar 308550) *pgonzalez@creeclaw.org* CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER 1825 N. Vermont Avenue, #27916 Los Angeles, CA 90027 Tel: (805) 813-8896 Fax: (303) 872-9072 |

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

# DECLARATION OF JIMMY SUDNEY

I, Jimmy Sudney, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and am competent to make this Declaration. I make this Declaration on personal knowledge. I read and write in English. I am originally from Haiti.

2. I am in the custody of Immigration and Customs Enforcement ("ICE") and am currently being detained at Adelanto ICE Processing Center. I have been in ICE custody at Adelanto since on or around May 11, 2018. I have also been detained at Maricopa County Jail in Phoenix, Arizona, and state prison in Tucson, Arizona.

**Medical Vulnerability**

3. I have several medical conditions that make me vulnerable to COVID-19.

4. I have hypertension and I have needed to take medicine to control it for years. Even with medicine it is hard to control. I am also prediabetic.

5. I also have a heart murmur and chest pain and have to take medicine to control the pain. I ran out of my medicine about three weeks ago and submitted multiple requests for refills but did not get a refill. About a ten days ago, I had chest pain all night, so I went to medical in the morning and they told me that I had an abnormal EKG and sent me to the Emergency Room. I received a refill of my medicine that day. I have been taking my medicine but still experience chest pain almost every other day.

6. I am worried that each of these conditions puts me at higher risk for contracting COVID-19.

7. I have Post-Traumatic Stress Disorder ("PTSD") and anxiety and both have been getting worse as I get more and more worried about the virus.

## Lack of Adequate Response to COVID-19 at Adelanto ICE Processing Center

8. I have not received any formal education about COVID-19 from any ICE officers or Adelanto ICE Processing Center staff, including the medical staff. Everything I have learned about COVID-19 has been from the news on the television. I have seen information on television about washing hands and staying away from others, but we don't even have enough soap and hygiene products available here. Even if they did tell us to stay away from others, it is impossible to do so in detention because there are so many people who share one dorm. I have not seen any educational materials around the facility on how to limit the spread of the virus. I also haven't heard any announcements about hygiene or distancing.

9. I have seen that people are still coming into Adelanto regularly—both guards and newly detained people. I have not had my body temperature checked, nor have I seen or heard about other detained people having their temperatures taken. I have not seen them undertake other screening measures for people coming into the facility. I am scared that new people coming into the facility may be introducing the virus here.

10. To my understanding and knowledge, the only change in protocol in response to COVID-19 at Adelanto is what a guard told me: that staff have started to keep newly detained people arrested at the border in quarantine for 14 days, but that they are not keeping newly detained people who have been in the United States for more than 14 days separate from the general population. This doesn't make sense to me since the virus is already all over the United States. I have seen newly detained people added to my dorm in the last few days and I am scared that some of them could have brought the virus in from their communities.

11. To my understanding and knowledge, there has been no change in

33870051.1

protocols or procedures in place in light of COVID-19 at Adelanto. To my knowledge, there has not been an increase in cleaning supplies or access to hand sanitizer since the outbreak of COVID-19. I have seen the same detainees that did the cleaning before the outbreak continue to do the cleaning now. I haven't seen them changing anything about how they clean since the virus started to spread. I have seen some guards wearing masks and gloves, but none have been offered to me and I am not aware of them being offered to other detained people. I have not witnessed any changes in the medical staff at Adelanto in light of COVID-19, such as increased staffing. To my knowledge, people are still allowed to go to the library and outside to the yard. I haven't heard of any changes in programming from Adelanto staff since the virus began to spread.

12.   Despite my vulnerabilities for COVID-19, the only contact I have had from medical staff since the outbreak was a visit from a doctor who told me to "stay calm" to protect myself from contracting the illness. I don't know what the medical staff would do if someone tells them they have a fever because to my knowledge there is no change in the policy requiring us to submit a kite, which may take 24 hours to review. That kind of delay is not safe for others because the virus could spread. I am scared for my life because of this.

13.   Within the last few days, a guard told me that at least four units in Adelanto have been quarantined. A guard also told me that the guards have continued to go between the quarantined and non-quarantined units to do count. I am worried that the guards could spread the virus inside the facility by going between the units.

14.   I recently learned that my daughter had to go to the hospital with asthma, and my grandmother was admitted to the hospital for a heart attack and related kidney issues. I want to be with both of them and the rest of my family during this time, so I could socially distance with them, and so they could help ensure my health and I theirs during this very scary time.

## Why I Am A Named Plaintiff

15. I am a named plaintiff in this case because I want to see that ICE takes proper steps to protect people. Our lives matter as human beings but I feel that they just bring people here without giving proper care or protection. This inadequacy in care is especially bad with coronavirus.

16. As a named plaintiff, to the best of my ability, I have been working with my lawyers to help them prepare and work on this case. I will continue to do so. I am available to them to assist with the case, and they are available to me to answer questions and to explain and keep me updated on the litigation. I regularly speak with my attorneys and their staff to provide them with information in support of this lawsuit. I have responded and will continue to respond to the lawyers' requests for information about adequate health care and other conditions of confinement to the best of my ability. I intend to continue working zealously with my attorneys on behalf of other individuals detained in ICE custody nationwide as long as I am a named plaintiff.

17. I seek only declaratory and injunctive relief on behalf of the subclass I am not seeking monetary damages, and I understand that this civil case will not result in the dismissal of my civil immigration proceedings against me or others.

18. My attorney read me this declaration over the phone and everything in it is true. I have authorized my attorney to sign on my behalf given the difficulty of arranging visitation and travel in light of the current COVID-19 pandemic. If required to do so, I will provide a signature when I am able to do so.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

33870051.1

Signature: _____

Melissa Riess on Behalf of Jimmy Sudney

Date: ____3/23/20_____

I, Melissa Riess, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Melissa Riess. I am a licensed attorney in good standing in the state of California. I am an attorney of record in *Fraihat v. ICE*, Case 5:19-cv-01546 (C.D. Cal.).

2. I represent the declarant Jimmy Sudney. Out of necessity in light of the COVID-19 pandemic, I signed Mr. Sudney's declaration on his behalf with his express consent.

3. ICE is now requiring legal visitors to provide and wear personal protective equipment, including disposable vinyl gloves, surgical masks, and eye protection while visiting any detention facility. These supplies are not easily accessible, given the increase in demand. Any available supplies are prioritized to hospitals and other medical facilities that are experiencing dangerous shortages. As such, it is nearly impossible to arrange an in-person legal visit while this policy is in effect.

4. There are documented cases of COVID-19 in all fifty U.S. states and most inhabited U.S. territories. The Center for Disease Control and Protection (CDC) issued statements warning that individuals are at a higher risk of infection when traveling. Mr. Fraihat is detained at Adelanto Detention Facilty in Adelanto, California, while I live in Richmond, California. California has been under a state of emergency since March 4 and recommends avoiding non-essential travel.

5. In light of the above, to protect public health, I am not able to travel to Adelanto ICE Processing Center to obtain my clients' signatures.

6. Under my supervision, my colleague, Rosa Lee Bichell, spoke with Mr. Sudney over the phone, read the declarations to him, and confirmed the accuracy of the information therein. Mr. Sudney has confirmed that I can sign on his behalf as reflected in his declaration.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and that this declaration was executed on March 23, 2020 in Richmond, California.

Signature: _____

Melissa Riess

Date: ____3/23/20_____