Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel: (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
*lisa.graybill@splcenter.org*
Jared Davidson*
*jared.davidson@splcenter.org*
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel: (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No.: 19-cv-01546-JGB(SHKx) <br><br> **Declaration of Martin Munoz in Support of Motion for Preliminary Injunction and Class Certification** <br><br> Date: March 24, 2020 |

William F. Alderman (CA Bar 47381)
walderman@orrick.com
Jake Routhier (CA Bar 324452)
jrouthier@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Tel:  (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
mjohnson1@willkie.com
Dania Bardavid**
dbardavid@willkie.com
Jessica Blanton**
jblanton@willkie.com
Joseph Bretschneider**
jbretschneider@willkie.com
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
maia.fleischman@splcenter.org
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel:  (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
cbrandt-young@dralegal.org
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel:  (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
mmermelstein@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel:  (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
lcoutoumanos@willkie.com
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel:  (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
shalini.agarwal@splcenter.org
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel:  (850) 521-3024
Fax: (850) 521-3001

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel:  (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

# DECLARATION OF MARTIN MUÑOZ

I, Martin Munoz, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am at least 18 years of age and am competent to make this declaration. I am originally from Mexico but have lived in California for more than 30 years. I am currently detained in ICE custody at the Adelanto ICE Processing Center (Adelanto) in Adelanto, California. I read and write in Spanish.

2. I am 60 years old and am diagnosed with insulin-dependent Type 2 diabetes, high cholesterol, high blood pressure, depression, and anxiety.

3. At Adelanto, I recently switched dorms. I have received very little information about COVID-19 from ICE officers or GEO officers. I have also not received information from medical staff. In my old dorm, there was a flyer about hand-washing. The flyer is only in English. Most of the education about COVID-19 I have received has been from the news on the television. I do not know how to identify symptoms. I have not had my body temperature checked, nor have I seen other detained people get their temperature taken. I have never been given a test.

4. Newly detained people arrived to my old dorm in the last week. The dorm was nearly full and we were four people in each cell.

5. On March 20, I was moved from the dorm where I had lived for nearly three years into a new dorm. In my old dorm, there were 72 people. We were not told why we were moving. In the new one, there are 22 of us, and the youngest is 59 years old. We are two people per cell and we are less than six feet apart. I have heard that they are going to put 30 of us into this dorm. They did not take our temperature, check any other symptoms, or give us any test for COVID-19 before moving us.

6. The cleaning crews of detained people continue to clean in the same ways as before. No one is wearing masks while they clean. Detained people and guards are wearing gloves to clean.

7. Some officers wear masks or gloves, but many do not. None of the other detained people have masks, even if we have asked for them. I have not witnessed any changes in the medical staff at Adelanto during COVID-19, such as increased staffing. A nurse comes by to pass out medicine in the morning and at night. I have not seen pill pass nurses wearing masks. They are not coming more frequently.

8. I recently have started feeling a bit sick. I have been coughing and have a throat ache. I feel like I have the flu. I recently woke up at 4 a.m. because I was coughing so much and could not go back to sleep.

9. I told the pill pass nurse about my symptoms. He told me to send a request for a medical appointment. He did not write down anything about what I reported. I sent the kite asking for an appointment and telling them about my symptoms. I still have not had an appointment.

10. Several weeks ago, I asked an ICE official what the plan was for me because I am older and at risk for a bad COVID-19 infection. He laughed at me and told me I did not qualify for anything.

11. Despite my various vulnerabilities to COVID-19, no member of the medical staff has evaluated me to determine whether any additional precautionary measures are necessary to protect me from the illness. I have not seen them evaluate anyone else who is at risk either. I am scared for my life.

12. I would prefer to be home with my wife, resting and staying away from other people. It would be much easier to be safe and isolated if I were at home.

13. As a named plaintiff, to the best of my ability, I have been working with my lawyers to help them prepare and work on this case. I will continue to do so. I am available to them to assist with the case, and they are available to me to answer questions and to explain and keep me updated on the litigation. I regularly speak with my attorneys and their staff to prove them information in support of this lawsuit. I have responded and will continue to respond to the lawyers' requests for

information about adequate health care and other conditions of confinement to the best of my ability. I intend to continue working zealously with my attorneys on behalf of other individuals detained in ICE custody nationwide as long as I am a named plaintiff.

14. I seek only declaratory and injunctive relief on behalf of the subclass. I am not seeking monetary damages, and I understand this this civil case will not result in the dismissal of my civil immigration proceedings against me or others.

15. I have authorized my attorney to sign on my behalf given the difficulty of arranging visitation and travel due to the current COVID-19 pandemic. If required to do so, I will provide a signature when I am able to do so.

16. This declaration was read to me in Spanish and I was able to make changes.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

Signature *[signature: EL B]*   Elizabeth Jordan on behalf of Martin Muñoz
Date: 3/22/2020
Location: Adelanto, California

I, Elizabeth Jordan, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a licensed attorney in good standing in Louisiana and New York. I am an attorney of record in *Fraihat v. ICE*, Case 5:19-cv-01546 (C.D. Cal.).
2. I represent the declarant Martin Munoz. Out of necessity in light of the COVID-19 pandemic, I signed the attached declaration on Martin Munoz's behalf with his express consent.
3. ICE is now requiring legal visitors to provide and wear personal protective equipment, including disposable vinyl gloves, surgical masks, and eye protection while visiting any detention facility. These supplies are not easily accessible, given the increase in demand. Any available supplies are prioritized to hospitals and other medical facilities that are experiencing dangerous shortages. As such, it is nearly impossible to arrange an in-person legal visit while this policy is in effect.
4. There are documented cases of COVID-19 in all fifty U.S. states and most inhabited U.S. territories. The Center for Disease Control and Protection (CDC) issued statements warning that individuals are at a higher risk of infection when traveling. Mr. Munoz is detained at Adelanto Detention Facility in Adelanto, California, while I live in Denver, Colorado. Colorado has been under a state of emergency since March 10 and recommends avoiding non-essential travel.
5. In light of the above, to protect public health, I am not able to travel to Adelanto to obtain Mr. Munoz's signature.
6. I spoke with Mr. Munoz over the phone. While we were speaking, I simultaneously translated the declaration into Spanish for Mr. Munoz's

> review for accuracy, confirmation of the contents, and approval. I am a non-native fluent Spanish speaker. Mr. Munoz has confirmed that I can sign on his behalf as reflected in his declaration.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and that this declaration was executed on March 22, 2020 in Denver, Colorado.

*[signature]*

Elizabeth Jordan

5