# EXHIBIT 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    *Defendants*. | Case No. 5:19-CV-01546 JGB (SHKx) |

### DECLARATION OF DR. ADA RIVERA

I, Dr. Ada Rivera make the following statements under oath and subject to the penalty of perjury:

1. I am currently the Deputy Assistant Director for Clinical Services/Medical Director of the ICE Health Service Corps (IHSC) of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement (ICE). I have held this position since July 2017.

2. In my current position, I oversee and monitor all clinical services at IHSC-staffed facilities that house ICE detainees.

3. IHSC provides direct medical, dental, and mental health patient care to approximately 13,500 detainees housed at 20 IHSC-staffed facilities throughout the nation.

4. IHSC comprises a multidisciplinary workforce that consists of U.S. Public Health Service Commissioned Corps (USPHS) officers, federal civil servants, and contract health professionals.

5. Since the onset of reports of Coronavirus Disease 2019 (COVID-19), ICE epidemiologists have been tracking the outbreak, regularly updating infection prevention and control protocols, and issuing guidance to IHSC staff for the screening and management of potential exposure among detainees.

6. Moreover, ICE has maintained a pandemic workforce protection plan since February 2014, which was last updated in May 2017. This plan provides specific guidance for biological

    threats such as COVID-19. ICE instituted applicable parts of the plan in January 2020 upon the discovery of the potential threat of COVID-19.

7. Also, IHSC has been in contact with relevant offices within the Department of Homeland Security (DHS), and in January 2020, the DHS Workforce Safety and Health Division provided DHS components additional guidance to address assumed risks and interim workplace controls, including the use of masks, available respirators, and additional personal protective equipment.

8. As a precautionary measure, ICE has temporarily suspended social visitation in all detention facilities.

9. In testing for COVID-19, IHSC is also following guidance issued by the Centers for Disease Control to safeguard those in its custody and care.

10. IHSC has issued recommendations to the field units at detention centers, which it updates and shares on a real-time basis.

11. IHSC has also shared its guidance and resources regarding COVID-19 with medical leadership at all contract facilities. Medical leadership at contract facilities report to the Field Medical Coordinators (FMCs) on any detainee who they identify as meeting the CDC requirements for cohorting, monitoring, or isolation. The FMCs then provides updates on a daily basis as needed.

12. In summary, during intake medical screenings, detainees are assessed for fever and respiratory illness, based on comprehensive health assessments or detainee complaints. Detainees are also asked to confirm if they have had close contact with a person with laboratory-confirmed COVID-19 in the past 14 days, and whether they have traveled from or through area(s) with sustained community transmission in the past two weeks.

13. The detainee's responses and the results of these assessments will dictate whether to monitor, isolate, or cohort the detainee. Those detainees that present symptoms compatible with COVID-19 will be placed in isolation, where they will be tested. If testing is positive, they will remain isolated and treated. In case of any clinical deterioration, they will be referred to a local hospital.

14. In cases of known exposure to a person with confirmed COVID-19, asymptomatic detainees are placed in cohorts with restricted movement for the duration of the most recent incubation period (14 days after most recent exposure to an ill detainee) and are monitored daily for fever and symptoms of respiratory illness. Those that show onset of fever and/or respiratory illness are referred to a medical provider for evaluation. Cohorting is discontinued when the 14-day incubation period completes with no new cases.

15. In the case of exposure to a person with fever or symptoms being evaluated or under investigation for COVID-19 but not confirmed, the process is the same except that

    cohorting is discontinued if the index patient receives an alternate diagnosis excluding COVID-19.

16. Detainees are reassessed for temperature and/or symptoms during their physical exam, any sick call requests, or requests for emergency care.

17. Field units have also been instructed to educate detainees to include the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, and requesting sick call if they feel ill.

18. A positive medical staff member at the Elizabeth detention facility has tested positive for COVID-19 and there has been a positive detainee at the Bergen County facility. No cohorting or contact investigation was needed at the Elizabeth facility. Exposed detainees from the Bergen County Facility are currently cohorted and are being monitored for the next 14 days.

19. As of today IHSC has received three positive COVID-19 results from IHSC staffed ICE facilities. Contact investigations are being researched and implemented based on potential for exposure.

20. ICE is requiring all IHSC staffed and non-IHSC staffed facilities to implement staff and visitor screening prior to entering the building. A temperature is taken and symptoms are self-reported. Any individual with a temperature of 100.4 or higher is not permitted to enter the facility.

DATED: March 31, 2020

    Dr. Ada Rivera  
    Deputy Assistant Director for Clinical Services/Medical Director  
    ICE Health Service Corps  
    Enforcement and Removal Operations  
    U.S. Immigration and Customs Enforcement