JOSEPH H. HUNT
Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Deputy Director
LINDSAY M. VICK (MA 685569)
ANNA L. DICHTER (NJ 304442019)
Trial Attorneys
450 5th Street, N.W., Rm 5223
Washington, D.C. 20530
Telephone: (202) 532-4023
Facsimile: (202) 305-7000
lindsay.vick@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    *Defendants*. | Case No. 5:19-CV-01546 JGB (SHKx)<br><br>**ORDER RE: JOINT EX PARTE APPLICATION TO EXCEED PAGE LIMIT FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Before The Honorable Jesus G. Bernal**<br>**Hearing Date:** April 13, 2020<br>**Hearing Time:** 9:00 a.m. |

This matter having come before this Court upon the Parties' Joint *Ex Parte* Application to Exceed Page Limit for Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and for Plaintiffs' Reply in Support of Motion for Preliminary Injunction, and good cause having been shown, IT IS HEREBY ORDERED:

The Parties' Joint *Ex Parte* Application is GRANTED. The Court hereby ORDERS that the page limit for Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction is expanded by ten (10) pages and Plaintiffs' Reply in Support of Motion for Preliminary Injunction is expanded by ten (10) pages.

Dated: April 6, 2020

_____
The Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE