LISA PENSABENE (*pro hac vice* to be filed)
lpensabene@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

STEPHEN J. MCINTYRE (S.B. #274481)
smcintyre@omm.com
MARISSA ROY (S.B. #318773)
mroy@omm.com
KEVIN KRAFT (S.B. #318170)
kkraft@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Attorneys for *Amici Curiae*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION — RIVERSIDE

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No. 5:19-cv-01546-JBG (SHKx)<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* CASA DE PAZ, CHURCH WORLD SERVICE − JERSEY CITY, CLERGY & LAITY UNITED FOR ECONOMIC JUSTICE, DETENTION WATCH NETWORK, EL REFUGIO, FIRST FRIENDS OF NEW JERSEY & NEW YORK, AND FREEDOM FOR IMMIGRANTS IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Before The Honorable Jesus G. Bernal**<br>**Hearing Date:** May 11, 2020<br>**Hearing Time:** 9:00 AM |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 11, 2020, or as soon thereafter as the matter may be heard in the United States District Court for the Central District of California, located at 3470 Twelfth Street, Riverside, California 92501, movants Casa de Paz, Church World Service – Jersey City, Clergy & Laity United for Economic Justice, Detention Watch Network, El Refugio, First Friends of New Jersey & New York, and Freedom for Immigrants (collectively, "*amici*") will, and hereby do, move for leave to file an *amici curiae* brief in support of Plaintiffs' Emergency Motion for Preliminary Injunction (Dkt. 81), which is currently under submission.

This motion is based on this Notice of Motion and Motion for Leave, the Memorandum of Points and Authorities in support thereof, and any other matter the Court may properly consider. Prior to filing this motion, counsel for *amici* contacted counsel for each party to request consent to file their brief. Plaintiffs have consented to the filing. Defendants do not consent to it.

*Amici* respectfully request that this Court grant their motion and enter an order permitting them to file a brief as *amici curiae* in support of Plaintiffs' Emergency Motion for Preliminary Injunction. *Amici*'s proposed brief is enclosed herewith as **Exhibit A**.

Dated: April 9, 2020

Respectfully submitted,

By:   */s/ Stephen J. McIntyre*
       Stephen J. McIntyre

Lisa Pensabene (*pro hac vice* to be filed)
lpensabene@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Stephen J. McIntyre (S.B. #274481)
smcintyre@omm.com
Marissa Roy (S.B. #318773)
mroy@omm.com
Kevin Kraft (S.B. #318170)
kkraft@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for *Amici Curiae*