**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION — RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Case No. 5:19-cv-01546-JBG (SHKx) <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF** |

On April 9, 2020, Casa de Paz, Church World Service - Jersey City, Clergy & Laity United for Economic Justice, Detention Watch Network, El Refugio, First Friends of New Jersey & New York, and Freedom for Immigrants filed a motion for leave to file an *amici curiae* brief in support of Plaintiffs' Emergency Motion for Preliminary Injunction (Dkt. 81).

**GOOD CAUSE** showing, the Court **GRANTS** the motion for leave.

**IT IS SO ORDERED**.

Dated: _____, 2020

_____
Honorable Jesus G. Bernal
United States District Judge

NO. 5:19-CV-01546-JBG (SHKx)