| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Christopher J. Rillo<br>Jenner & Block LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>(213) 239-2250 | |
| ATTORNEY(S) FOR: Amici Curiae Public Health Experts | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Faour Abdallah Fraihat et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:19-cv-1546-JGB-SHK |
| v. | |
| U.S. Immigration and Customs Enforcement et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Amici Curaie Public Health Experts___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | Amicus Curiae |
| Parveen Parmar | Amicus Curiae |
| Katherine P. Anderson | Amicus Curiae |
| Lilia Cervantes | Amicus Curiae |
| Annelies De Wulf | Amicus Curiae |
| Carlos Franco-Paredes | Amicus Curiae |
| Mark Earnest | Amicus Curiae |
| Matthew Gartland | Amicus Curiae |
| Marcia Glass | Amicus Curiae |
| Rohini J. Haar | Amicus Curiae |
| Danielle Loeb | Amicus Curiae |
| Jaime Moo-Young | Amicus Curiae |
| Todd Schneberk | |

| April 9, 2020 | s/ Christopher J. Rillo |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Amici Curiae Public Health Experts

Case No. 5:19-cv-1546-JGB-SHK

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**(Local Rule 7.1-1)**

(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sophie Terp | Amicus Curiae |
| Susi Vassallo | Amicus Curiae |
| Matthew Wynia | Amicus Curiae |
| Janine Young | Amicus Curiae |