Clifford W. Berlow (Ill. Bar No. 6292383)
cberlow@jenner.com
Michele L. Slachetka (Ill. Bar No. 6297640)
mslachetka@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
(*Pro Hac* Admissions forthcoming)

Faaris Akremi (Cal. Bar No. 324557)
fakremi@jenner.com
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Tel: (202) 637-6325
Fax: (202) 639-6066

Christopher J. Rillo (Cal. Bar No. 112009)
crillo@jenner.com
Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Tel: (213) 239-2250
Fax: (213) 239-5199

Counsel for *Amici Curiae*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*,<br><br>    Defendants. | Case No. 5:19-cv-1546-JGB-SHK<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF**<br><br>**Hearing**<br><br>Date:        May 4, 2020<br>Time:        9:00 a.m.<br>Courtroom:   Riverside, Courtroom 1<br>Judge:       Hon. Jesus G. Bernal |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, May 4, 2020, or as soon thereafter as the matter may be heard in the George E. Brown, Jr. Federal Building and United States Courthouse, Central District of California, located at 3470 Twelfth Street, Courtroom 1, 2d floor, Riverside, California 92501, movant Public Health Experts ("Public Health"), will, and hereby does, move for an order permitting them to file a brief as *amici curiae* on Plaintiffs' pending Motion for Preliminary Injunction (Dkt. 81), which is currently under submission with the Court.

This motion is made on the grounds that the Court has inherent authority to allow the participation of *amici curiae*. Public Health's participation as *amici curiae* would be helpful and desirable as it would facilitate a more complete understanding of the issues before the Court. More specifically, Public Health's *amici* brief, a copy of which is attached as Exhibit A, provides this Court with context about the severity of the novel coronavirus (COVID-19) and its unique dangers in the immigration detention context. This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities and all appendices and attachments thereto, all papers and pleadings on file in this action, and upon such further evidence and argument as may be presented to the Court in connection with the Motion.

Prior to filing this Motion, Public Health Experts contacted counsel for each party. Plaintiffs' gave their consent, while U.S. Immigration & Customs Enforcement, et al., informed Public Health that they oppose this application.


Dated: April 9, 2020                           Respectfully Submitted,

                                By:    /s/ *Christopher J. Rillo*
                                       Christopher J. Rillo (Cal. Bar No. 112009)
                                       crillo@jenner.com
                                       JENNER & BLOCK LLP
                                       633 West 5th Street, Suite 3600
                                       Los Angeles, CA 90071-2054
                                       Tel: (213) 239-2250
                                       Fax: (213) 239-5199

1

2       Clifford W. Berlow*
        cberlow@jenner.com
3       Michele L. Slachetka*
        mslachetka@jenner.com
4       JENNER & BLOCK LLP
        353 North Clark Street
5       Chicago, Illinois 60654
        Tel: (312) 222-9350
6       Fax: (312) 527-0484
        (*Pro Hac Admissions forthcoming)
7
        Faaris Akremi (Cal. Bar No. 324557)
8       fakremi@jenner.com
        JENNER & BLOCK LLP
9       1099 New York Avenue NW, Suite 900
        Washington, DC 20001
10      Tel: (202) 637-6325
        Fax: (202) 639-6066
11
        *Counsel for Amici Curiae*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, I filed the foregoing document via the Court's CM/ECF system. The document will be served electronically on counsel of record for the parties.

/s/ *Christopher J. Rillo*
Christopher J. Rillo

Clifford W. Berlow (Ill. Bar No. 6292383)
cberlow@jenner.com
Michele L. Slachetka (Ill. Bar No. 6297640)
mslachetka@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
(*Pro Hac* Admissions forthcoming)

Faaris Akremi (Cal. Bar No. 324557)
fakremi@jenner.com
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Tel: (202) 637-6325
Fax: (202) 639-6066

Christopher J. Rillo (Cal. Bar No. 112009)
crillo@jenner.com
Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Tel: (213) 239-2250
Fax: (213) 239-5199

Counsel for *Amici Curiae*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*,<br><br>                    Defendants. | Case No. 5:19-cv-1546-JGB-SHK<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF**<br><br>**Hearing**<br><br>Date:          May 4, 2020<br>Time:          9:00 a.m.<br>Courtroom:  Riverside, Courtroom 1<br>Judge:        Hon. Jesus G. Bernal |

## I.      PUBLIC HEALTH EXPERTS' INTEREST IN THE CASE

*Amici curiae* are experts in infectious diseases, healthcare policy, correctional healthcare, human rights, and other related fields who have decades of cumulative experience researching infectious diseases, crafting and evaluating public policy regarding the medical care of prisoners and detained persons, and treating patients in clinical settings, including in emergency departments. Based on their experience, and their review of the available information about the COVID-19 pandemic, it is Amici's view that Plaintiffs in this action are at high risk of serious, life-threatening COVID-19 infection, and that Plaintiffs' continued confinement puts them—and the public—at a heightened risk of contracting and further spreading COVID-19.

## II.      ARGUMENT

This Court has "broad discretion" to allow the filing of *amicus curiae* briefs. *Hoptowit* v. *Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin* v. *Conner*, 515 U.S. 472 (1995). "[A]n individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable to the court," but beyond that, there are "no strict prerequisites" that must be met prior to this Court granting the application. *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991) (quoting *United States* v. *La.*, 751 F. Supp. 608, 620 (E.D. La. 1990)).

An *amicus* is particularly relevant "in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Newark Branch, N.A.A.C.P.* v. *Town of Harrison*, 940 F.2d 792, 808 (3d Cir. 1991). An *amicus* brief is normally allowed "when (1) 'a party is not represented competently or is not represented at all,' (2) 'the amicus has an interest in another case that may be affected by the holding in the present case,' or (3) 'the amicus can present unique information that can help the court in a way that is beyond the abilities the lawyers for the parties are able to provide.'" *AmeriCare MedServices, Inc.* v. *City of Anaheim*, Lead Case

No. 8:16-cv-1703-JLS-AFMx, 2017 WL 1836354, at *1 n.3 (C.D. Cal. Mar. 28, 2017) (quoting *Gabriel Techs. Corp. v. Qualcomm Inc.*, No. 08CV1992 AJB (MDD), 2012 WL 849167, at *4 (S.D. Cal. Mar. 13, 2012)). While the Federal Rules of Civil Procedure provide no guidelines for allowing or denying an *amicus* brief, the Third Circuit has interpreted the relevant Federal Rule of Appellate Procedure at length in *Neonatology Associates, P.A.* v. *C.I.R.*, 293 F.3d 128 (3d Cir. 2002). There, then-Judge Alito advocated in favor of allowing *amicus* participation. "I think that our court would be well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted. I believe that this is consistent with the predominant practice in the courts of appeals." *Id.* at 133.

Given *amici* Public Health Experts' experience and knowledge in infectious diseases, healthcare policy, correctional healthcare, human rights, and other related fields, their participation in this case is both useful and desirable. *Amici* seek to provide this Court with background and context on the complex epidemiological risk faced by Plaintiffs in this case.

## CONCLUSION

For the reasons stated above, Public Health Experts respectfully request leave to file a brief as *amici curiae* in support of Plaintiffs' pending Motion for Preliminary Injunction (Dkt. 81).

Dated:  April 9, 2020

Respectfully Submitted,

By:  /s/ *Christopher J. Rillo*
Christopher J. Rillo (Cal. Bar No. 112009)
crillo@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Tel: (213) 239-2250
Fax: (213) 239-5199

Clifford W. Berlow*
cberlow@jenner.com
Michele L. Slachetka*
mslachetka@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654

Tel: (312) 222-9350
Fax: (312) 527-0484
(*Pro Hac Admissions forthcoming)

Faaris Akremi (Cal. Bar No. 324557)
fakremi@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Tel: (202) 637-6325
Fax: (202) 639-6066

Counsel for *Amici Curiae*

Memorandum Of Points And Authorities In Support Of Motion For Leave To File *Amici Curiae* Brief
Case No. 5:19-cv-1546-JGB-SHK

3

1

**CERTIFICATE OF SERVICE**

2

3      I hereby certify that on April 9, 2020, I filed the foregoing document via the Court's

4   CM/ECF system. The document will be served electronically on counsel of record for the

5   parties.

6                                              /s/ *Christopher J. Rillo*
                                               Christopher J. Rillo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28