NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Stephen McIntyre
Marissa Roy
Kevin Kraft
O'Melveny & Myers LLP
400 S. Hope Street, 18th Floor
Los Angeles, CA 90071

ATTORNEY(S) FOR: Amici Curiae Immigration Advocacy Organizati

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Faour Abdullah Fraihat et al.,

Plaintiff(s),

v.

U.S. Immigration and Customs Enforcement, et al.,

Defendant(s)

CASE NUMBER:

5:19-cv-01546-JGB(SHKx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Amici Curiae Immigration Advocacy Organizations
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Casa de Paz | Amicus Curiae |
| Chruch World Service - Jersey City | Amicus Curiae |
| Clergy & Laity United for Economic Justice | Amicus Curiae |
| Detention Watch Network | Amicus Curiae |
| El Refugio | Amicus Curiae |
| First Friends of New York & New Jersey | Amicus Curiae |
| Freedom for Immigrants | Amicus Curiae |

April 10, 2020
Date

/s/ Stephen McIntyre
Signature

Attorney of record for (or name of party appearing in pro per):

Amici Curiae Immigration Advocacy Organizations