Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel:  (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
*lisa.graybill@splcenter.org*
Jared Davidson*
*jared.davidson@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel:  (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel:  (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**Declaration of Timothy P. Fox in Support of Plaintiffs' *Ex Parte* Application for Order Requiring Issuance of Notice to Class Members of the Preliminary Injunction Order, and to Obtain Information and Documents from Defendants Necessary to Monitor Compliance with that Order**<br><br>Date: April 24, 2020 |

William F. Alderman (CA Bar 47381)
walderman@orrick.com
Jake Routhier (CA Bar 324452)
jrouthier@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Tel:  (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
mjohnson1@willkie.com
Dania Bardavid**
dbardavid@willkie.com
Jessica Blanton**
jblanton@willkie.com
Joseph Bretschneider**
jbretschneider@willkie.com
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
maia.fleischman@splcenter.org
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel:  (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
cbrandt-young@dralegal.org
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel:  (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
mmermelstein@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel:  (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
lcoutoumanos@willkie.com
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel:  (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
shalini.agarwal@splcenter.org
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel:  (850) 521-3024
Fax: (850) 521-3001

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel:  (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

I, Timothy Fox, declare as follows:

      1.    Attached hereto are true and correct copies of email correspondence between Plaintiffs' counsel and Defendants' counsel concerning attempts to meet and confer as to Plaintiffs' *Ex Parte* Application for Order Requiring Issuance of Notice to Class Members of the Preliminary Injunction Order, and to Obtain Information and Documents from Defendants Necessary to Monitor Compliance with that Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 24, 2020 in Denver, Colorado.

Timothy Fox

**1**

*Fraihat v. ICE,* Case No. 19-cv-01546-JGB(SHKx)
**Declaration of Timothy Fox**

# EXHIBIT A

| | |
|---|---|
| **From:** | Jared Davidson |
| **To:** | Vick, Lindsay (CIV); Tim Fox; Elizabeth Jordan; lisa.graybill@splcenter.org; Stuart Seaborn; walderman@orrick.com |
| **Cc:** | Robins, Jeffrey (CIV); Dichter, Anna L. (CIV) |
| **Subject:** | RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx) |
| **Date:** | Wednesday, April 22, 2020 12:50:22 PM |

Counsel,

We are in receipt of your request for an extension to reply to the Complaint. Plaintiffs propose that the parties immediately meet and confer to discuss your request, as well as requests by Plaintiffs for information in connection with Defendants' implementation of the Court's order and also to ensure that notice is provided to Class members. Can Defendants be available tomorrow afternoon?

Sincerely,

 **Jared Davidson**  he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Wednesday, April 22, 2020 11:40 AM
**To:** 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>; Jared Davidson <Jared.Davidson@splcenter.org>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

We are reaching out for your position on a 30-day extension of time under Local Rule 8-3 for Defendants to answer the Complaint. We seek this extension in light of the length of your complaint, and in consideration of the Court's recent orders granting Plaintiffs' preliminary injunction and class certification motions – which require Defendants' attention while also responding to a Complaint. Under this stipulation, Defendants' answer will be due Friday, May 29, 2020. Please let us know if you will stipulate to such an extension.

Thank you,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

**Exhibit A**
**3**

## Tim Fox

| | |
|---|---|
| **From:** | Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov> |
| **Sent:** | Wednesday, April 22, 2020 1:37 PM |
| **To:** | jared.davidson@splcenter.org; Tim Fox; Elizabeth Jordan; lisa.graybill@splcenter.org; Stuart Seaborn; walderman@orrick.com |
| **Cc:** | Robins, Jeffrey (CIV); Dichter, Anna L. (CIV) |
| **Subject:** | RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx) |

Jared,

With respect to the extension of time for Defendants' answer, we need to know Plaintiffs' position today given the local rules if we have to file an opposed motion. We can also tentatively schedule a meet and confer regarding the other issues for tomorrow afternoon. Defendants are generally available from 3:00-4:00pm and 5:00-6:00pm ET tomorrow.

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

---

**From:** Jared Davidson <Jared.Davidson@splcenter.org>
**Sent:** Wednesday, April 22, 2020 2:50 PM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>
**Cc:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Subject:** RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

Counsel,

We are in receipt of your request for an extension to reply to the Complaint. Plaintiffs propose that the parties immediately meet and confer to discuss your request, as well as requests by Plaintiffs for information in connection with Defendants' implementation of the Court's order and also to ensure that notice is provided to Class members. Can Defendants be available tomorrow afternoon?

Sincerely,

**Jared Davidson**  he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**Exhibit A**
1
**4**

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Wednesday, April 22, 2020 11:40 AM
**To:** 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>; Jared Davidson <Jared.Davidson@splcenter.org>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

We are reaching out for your position on a 30-day extension of time under Local Rule 8-3 for Defendants to answer the Complaint. We seek this extension in light of the length of your complaint, and in consideration of the Court's recent orders granting Plaintiffs' preliminary injunction and class certification motions – which require Defendants' attention while also responding to a Complaint. Under this stipulation, Defendants' answer will be due Friday, May 29, 2020. Please let us know if you will stipulate to such an extension.

Thank you,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

**Tim Fox**

| | |
|---|---|
| **From:** | Jared Davidson <Jared.Davidson@splcenter.org> |
| **Sent:** | Wednesday, April 22, 2020 1:51 PM |
| **To:** | Vick, Lindsay (CIV); Tim Fox; Elizabeth Jordan; lisa.graybill@splcenter.org; Stuart Seaborn; walderman@orrick.com |
| **Cc:** | Robins, Jeffrey (CIV); Dichter, Anna L. (CIV) |
| **Subject:** | RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx) |

Counsel,

Subject to your agreement to a meet and confer tomorrow, we have no objection to the extension. We would prefer to meet at 3:00-4:00 EST. Please let us know if that works for you and we will send an invite.



**Jared Davidson**   he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Wednesday, April 22, 2020 2:37 PM
**To:** Jared Davidson <Jared.Davidson@splcenter.org>; 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jared,

With respect to the extension of time for Defendants' answer, we need to know Plaintiffs' position today given the local rules if we have to file an opposed motion. We can also tentatively schedule a meet and confer regarding the other issues for tomorrow afternoon. Defendants are generally available from 3:00-4:00pm and 5:00-6:00pm ET tomorrow.

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

**From:** Jared Davidson <Jared.Davidson@splcenter.org>
**Sent:** Wednesday, April 22, 2020 2:50 PM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>
**Cc:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Subject:** RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

Counsel,

We are in receipt of your request for an extension to reply to the Complaint. Plaintiffs propose that the parties immediately meet and confer to discuss your request, as well as requests by Plaintiffs for information in connection with Defendants' implementation of the Court's order and also to ensure that notice is provided to Class members. Can Defendants be available tomorrow afternoon?

Sincerely,



**Jared Davidson**  he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Wednesday, April 22, 2020 11:40 AM
**To:** 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>; Jared Davidson <Jared.Davidson@splcenter.org>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

We are reaching out for your position on a 30-day extension of time under Local Rule 8-3 for Defendants to answer the Complaint. We seek this extension in light of the length of your complaint, and in consideration of the Court's recent orders granting Plaintiffs' preliminary injunction and class certification motions – which require Defendants' attention while also responding to a Complaint. Under this stipulation, Defendants' answer will be due Friday, May 29, 2020. Please let us know if you will stipulate to such an extension.

Thank you,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice

P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

**Tim Fox**

| | |
|---|---|
| **From:** | Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov> |
| **Sent:** | Wednesday, April 22, 2020 5:52 PM |
| **To:** | jared.davidson@splcenter.org; Tim Fox; Elizabeth Jordan; lisa.graybill@splcenter.org; Stuart Seaborn; walderman@orrick.com |
| **Cc:** | Robins, Jeffrey (CIV); Dichter, Anna L. (CIV) |
| **Subject:** | RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx) |

Jared,

We are still reviewing some matters with our client and will be in touch in the morning about the call.

Thanks,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

---

**From:** Jared Davidson <Jared.Davidson@splcenter.org>
**Sent:** Wednesday, April 22, 2020 3:51 PM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>
**Cc:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Subject:** RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

Counsel,

Subject to your agreement to a meet and confer tomorrow, we have no objection to the extension. We would prefer to meet at 3:00-4:00 EST. Please let us know if that works for you and we will send an invite.

**Jared Davidson**   he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

---

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Wednesday, April 22, 2020 2:37 PM
**To:** Jared Davidson <Jared.Davidson@splcenter.org>; 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>;

**Exhibit A**
**9**

Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Jared,

With respect to the extension of time for Defendants' answer, we need to know Plaintiffs' position today given the local rules if we have to file an opposed motion. We can also tentatively schedule a meet and confer regarding the other issues for tomorrow afternoon. Defendants are generally available from 3:00-4:00pm and 5:00-6:00pm ET tomorrow.

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel: 202-532-4023

---

**From:** Jared Davidson <Jared.Davidson@splcenter.org>
**Sent:** Wednesday, April 22, 2020 2:50 PM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>
**Cc:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Subject:** RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

Counsel,

We are in receipt of your request for an extension to reply to the Complaint. Plaintiffs propose that the parties immediately meet and confer to discuss your request, as well as requests by Plaintiffs for information in connection with Defendants' implementation of the Court's order and also to ensure that notice is provided to Class members. Can Defendants be available tomorrow afternoon?

Sincerely,

**Jared Davidson**  he/him/el
Senior Staff Attorney | Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

---

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Wednesday, April 22, 2020 11:40 AM
**To:** 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>;

'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>; Jared Davidson <Jared.Davidson@splcenter.org>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

We are reaching out for your position on a 30-day extension of time under Local Rule 8-3 for Defendants to answer the Complaint. We seek this extension in light of the length of your complaint, and in consideration of the Court's recent orders granting Plaintiffs' preliminary injunction and class certification motions – which require Defendants' attention while also responding to a Complaint. Under this stipulation, Defendants' answer will be due Friday, May 29, 2020. Please let us know if you will stipulate to such an extension.

Thank you,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

**Tim Fox**

| | |
|---|---|
| **From:** | Jared Davidson <Jared.Davidson@splcenter.org> |
| **Sent:** | Wednesday, April 22, 2020 6:48 PM |
| **To:** | Vick, Lindsay (CIV); Tim Fox; Elizabeth Jordan; lisa.graybill@splcenter.org; Stuart Seaborn; walderman@orrick.com |
| **Cc:** | Robins, Jeffrey (CIV); Dichter, Anna L. (CIV) |
| **Subject:** | RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx) |

Counsel,

As previously explained, Plaintiffs' agreement to your proposed extension is subject to Defendants' agreement to a meet and confer tomorrow. If you do not agree to the meet and confer, you may note our objection to the extension.



**Jared Davidson**  he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Wednesday, April 22, 2020 6:52 PM
**To:** Jared Davidson <Jared.Davidson@splcenter.org>; 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jared,

We are still reviewing some matters with our client and will be in touch in the morning about the call.

Thanks,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

**Exhibit A**
**12**

**From:** Jared Davidson <Jared.Davidson@splcenter.org>
**Sent:** Wednesday, April 22, 2020 3:51 PM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; 'Tim Fox' <tfox@creelaw.org>; ejordan <ejordan@creelaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>
**Cc:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Subject:** RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

Counsel,

Subject to your agreement to a meet and confer tomorrow, we have no objection to the extension. We would prefer to meet at 3:00-4:00 EST. Please let us know if that works for you and we will send an invite.

**Jared Davidson**  he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Wednesday, April 22, 2020 2:37 PM
**To:** Jared Davidson <Jared.Davidson@splcenter.org>; 'Tim Fox' <tfox@creelaw.org>; ejordan <ejordan@creelaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jared,

With respect to the extension of time for Defendants' answer, we need to know Plaintiffs' position today given the local rules if we have to file an opposed motion. We can also tentatively schedule a meet and confer regarding the other issues for tomorrow afternoon. Defendants are generally available from 3:00-4:00pm and 5:00-6:00pm ET tomorrow.

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

**From:** Jared Davidson <Jared.Davidson@splcenter.org>
**Sent:** Wednesday, April 22, 2020 2:50 PM

**Exhibit A**
13

**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>
**Cc:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Subject:** RE: Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

Counsel,

We are in receipt of your request for an extension to reply to the Complaint. Plaintiffs propose that the parties immediately meet and confer to discuss your request, as well as requests by Plaintiffs for information in connection with Defendants' implementation of the Court's order and also to ensure that notice is provided to Class members. Can Defendants be available tomorrow afternoon?

Sincerely,



**Jared Davidson**  he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Wednesday, April 22, 2020 11:40 AM
**To:** 'Tim Fox' <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; 'Stuart Seaborn' <sseaborn@dralegal.org>; Alderman, William F. <walderman@orrick.com>; Jared Davidson <Jared.Davidson@splcenter.org>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** Fraihat v. U.S. Immigration and Customs Enforcement, No 19-cv-01546 JGB (SHKx)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

We are reaching out for your position on a 30-day extension of time under Local Rule 8-3 for Defendants to answer the Complaint. We seek this extension in light of the length of your complaint, and in consideration of the Court's recent orders granting Plaintiffs' preliminary injunction and class certification motions – which require Defendants' attention while also responding to a Complaint. Under this stipulation, Defendants' answer will be due Friday, May 29, 2020. Please let us know if you will stipulate to such an extension.

Thank you,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044

**Exhibit A**
**14**

Tel: 202-532-4023

Exhibit A
15

**Tim Fox**

| | |
|---|---|
| **From:** | Tim Fox |
| **Sent:** | Thursday, April 23, 2020 9:22 AM |
| **To:** | Vick, Lindsay (CIV); Elizabeth Jordan; lisa.graybill@splcenter.org; Stuart Seaborn; walderman@orrick.com; jared.davidson@splcenter.org |
| **Cc:** | Robins, Jeffrey (CIV); Dichter, Anna L. (CIV) |
| **Subject:** | Fraihat: meet and confer concerning notice and information requests |
| **Attachments:** | Document information list.docx; Fraihat NOTICE.docx; Publication of notice.docx |

Lindsay,

I have attached three documents: (1) a list of information/documents we ask the Defendants to produce to allow us to monitor compliance with the Preliminary Injunction order; (2) a notice providing information to people in ICE custody of the requirements of the order; and (3) a document describing how the notice will be communicated.

As we discussed yesterday, we would like to meet and confer with Defendants on these issues. Time is of the essence, so we would like the meet and confer to happen this afternoon so that we can bring any unresolved issues to the Court.

Please let us know as soon as possible your availability for a meet and confer call today.

Thank you.

**Exhibit A**
**16**

**Tim Fox**

| | |
|---|---|
| **From:** | Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov> |
| **Sent:** | Thursday, April 23, 2020 12:04 PM |
| **To:** | Tim Fox; Elizabeth Jordan; lisa.graybill@splcenter.org; Stuart Seaborn; walderman@orrick.com; jared.davidson@splcenter.org |
| **Cc:** | Robins, Jeffrey (CIV); Dichter, Anna L. (CIV) |
| **Subject:** | RE: Fraihat: meet and confer concerning notice and information requests |

Tim,

We are in receipt of your materials and are sharing them with our client. We will not be prepared to meet and confer at 3:00 p.m. today, but we will be in touch soon.

With respect to our request to extend time to answer the complaint, the Court's preliminary injunction and class certification orders are altogether a different matter. However, if you will not stipulate under the Local Rules to a 30-day extension, we will move for an extension and note your opposition.

Regards,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

---

**From:** Tim Fox <tfox@creeclaw.org>
**Sent:** Thursday, April 23, 2020 11:22 AM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Elizabeth Jordan <ejordan@creeclaw.org>; lisa.graybill@splcenter.org; Stuart Seaborn <sseaborn@dralegal.org>; walderman@orrick.com; jared.davidson@splcenter.org
**Cc:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Subject:** Fraihat: meet and confer concerning notice and information requests

Lindsay,

I have attached three documents: (1) a list of information/documents we ask the Defendants to produce to allow us to monitor compliance with the Preliminary Injunction order; (2) a notice providing information to people in ICE custody of the requirements of the order; and (3) a document describing how the notice will be communicated.

As we discussed yesterday, we would like to meet and confer with Defendants on these issues. Time is of the essence, so we would like the meet and confer to happen this afternoon so that we can bring any unresolved issues to the Court.

**Exhibit A**
**17**

Please let us know as soon as possible your availability for a meet and confer call today.

Thank you.

**Tim Fox**

| | |
|---|---|
| **From:** | Tim Fox |
| **Sent:** | Thursday, April 23, 2020 12:12 PM |
| **To:** | Vick, Lindsay (CIV); Elizabeth Jordan; lisa.graybill@splcenter.org; Stuart Seaborn; walderman@orrick.com; jared.davidson@splcenter.org |
| **Cc:** | Robins, Jeffrey (CIV); Dichter, Anna L. (CIV) |
| **Subject:** | Re: Fraihat: meet and confer concerning notice and information requests |

We do not object to your requested extension of the deadline to answer the complaint.

The issues of class notice and production of documents and information necessary to monitor compliance or urgent. We need to have the meet and confer completed by 10 AM Eastern tomorrow, or we will submit this to the court and explain that Defendants were not able to get back to us prior to filing.

Tim

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Thursday, April 23, 2020 12:04 PM
**To:** Tim Fox <tfox@creeclaw.org>; Elizabeth Jordan <ejordan@creeclaw.org>; lisa.graybill@splcenter.org <lisa.graybill@splcenter.org>; Stuart Seaborn <sseaborn@dralegal.org>; walderman@orrick.com <walderman@orrick.com>; jared.davidson@splcenter.org <jared.davidson@splcenter.org>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** RE: Fraihat: meet and confer concerning notice and information requests

Tim,

We are in receipt of your materials and are sharing them with our client. We will not be prepared to meet and confer at 3:00 p.m. today, but we will be in touch soon.

With respect to our request to extend time to answer the complaint, the Court's preliminary injunction and class certification orders are altogether a different matter. However, if you will not stipulate under the Local Rules to a 30-day extension, we will move for an extension and note your opposition.

Regards,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

**From:** Tim Fox <tfox@creeclaw.org>
**Sent:** Thursday, April 23, 2020 11:22 AM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Elizabeth Jordan <ejordan@creeclaw.org>; lisa.graybill@splcenter.org; Stuart Seaborn <sseaborn@dralegal.org>; walderman@orrick.com; jared.davidson@splcenter.org

**Exhibit A**
1
**19**

**Cc:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Subject:** Fraihat: meet and confer concerning notice and information requests

Lindsay,

I have attached three documents: (1) a list of information/documents we ask the Defendants to produce to allow us to monitor compliance with the Preliminary Injunction order; (2) a notice providing information to people in ICE custody of the requirements of the order; and (3) a document describing how the notice will be communicated.

As we discussed yesterday, we would like to meet and confer with Defendants on these issues. Time is of the essence, so we would like the meet and confer to happen this afternoon so that we can bring any unresolved issues to the Court.

Please let us know as soon as possible your availability for a meet and confer call today.

Thank you.

**Exhibit A**
**20**

**Tim Fox**

| | |
|---|---|
| **From:** | Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov> |
| **Sent:** | Thursday, April 23, 2020 6:45 PM |
| **To:** | Tim Fox; Elizabeth Jordan; lisa.graybill@splcenter.org; Stuart Seaborn; walderman@orrick.com; jared.davidson@splcenter.org |
| **Cc:** | Robins, Jeffrey (CIV); Dichter, Anna L. (CIV) |
| **Subject:** | RE: Fraihat: meet and confer concerning notice and information requests |

Tim,

Thank you for the clarification regarding the extension of the deadline to answer the complaint. We will circulate the stipulated extension motion shortly.

We understand the urgency related to the Court's preliminary injunction order; however, we do not understand where the deadline for 10 a.m. ET tomorrow comes from and believe that a call between the parties at this point is premature. Currently, ICE is undertaking the review of your materials, which we received just this morning, in conjunction with implementation generally. We will likely not have anything to share by tomorrow morning, and therefore a call would not be productive.

Regards,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

**From:** Tim Fox <tfox@creeclaw.org>
**Sent:** Thursday, April 23, 2020 2:12 PM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Elizabeth Jordan <ejordan@creeclaw.org>; lisa.graybill@splcenter.org; Stuart Seaborn <sseaborn@dralegal.org>; walderman@orrick.com; jared.davidson@splcenter.org
**Cc:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Subject:** Re: Fraihat: meet and confer concerning notice and information requests

We do not object to your requested extension of the deadline to answer the complaint.

The issues of class notice and production of documents and information necessary to monitor compliance or urgent. We need to have the meet and confer completed by 10 AM Eastern tomorrow, or we will submit this to the court and explain that Defendants were not able to get back to us prior to filing.

Tim

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Thursday, April 23, 2020 12:04 PM
**To:** Tim Fox <tfox@creeclaw.org>; Elizabeth Jordan <ejordan@creeclaw.org>; lisa.graybill@splcenter.org <lisa.graybill@splcenter.org>; Stuart Seaborn <sseaborn@dralegal.org>; walderman@orrick.com

Exhibit A
21

<walderman@orrick.com>; jared.davidson@splcenter.org <jared.davidson@splcenter.org>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** RE: Fraihat: meet and confer concerning notice and information requests

Tim,

We are in receipt of your materials and are sharing them with our client. We will not be prepared to meet and confer at 3:00 p.m. today, but we will be in touch soon.

With respect to our request to extend time to answer the complaint, the Court's preliminary injunction and class certification orders are altogether a different matter. However, if you will not stipulate under the Local Rules to a 30-day extension, we will move for an extension and note your opposition.

Regards,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

---

**From:** Tim Fox <tfox@creeclaw.org>
**Sent:** Thursday, April 23, 2020 11:22 AM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Elizabeth Jordan <ejordan@creeclaw.org>; lisa.graybill@splcenter.org; Stuart Seaborn <sseaborn@dralegal.org>; walderman@orrick.com; jared.davidson@splcenter.org
**Cc:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Subject:** Fraihat: meet and confer concerning notice and information requests

Lindsay,

I have attached three documents: (1) a list of information/documents we ask the Defendants to produce to allow us to monitor compliance with the Preliminary Injunction order; (2) a notice providing information to people in ICE custody of the requirements of the order; and (3) a document describing how the notice will be communicated.

As we discussed yesterday, we would like to meet and confer with Defendants on these issues. Time is of the essence, so we would like the meet and confer to happen this afternoon so that we can bring any unresolved issues to the Court.

Please let us know as soon as possible your availability for a meet and confer call today.

Thank you.

**Tim Fox**

| | |
|---|---|
| **From:** | Tim Fox |
| **Sent:** | Thursday, April 23, 2020 6:59 PM |
| **To:** | Vick, Lindsay (CIV); Elizabeth Jordan; lisa.graybill@splcenter.org; Stuart Seaborn; walderman@orrick.com; jared.davidson@splcenter.org |
| **Cc:** | Robins, Jeffrey (CIV); Dichter, Anna L. (CIV) |
| **Subject:** | Re: Fraihat: meet and confer concerning notice and information requests |

Counsel,

As of tomorrow, Defendants will have less than a week to identify most detained individuals with Risk Factors. It is thus essential and urgent to promptly let class members know of their rights under the Court's order—particularly given the risks of COVID-19. Likewise, ensuring that ICE implements necessary practices to provide data to Plaintiffs given the court's deadlines is time-sensitive. Please let us know your position by tomorrow morning at 10am.

---

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Thursday, April 23, 2020 6:44 PM
**To:** Tim Fox <tfox@creeclaw.org>; Elizabeth Jordan <ejordan@creeclaw.org>; lisa.graybill@splcenter.org <lisa.graybill@splcenter.org>; Stuart Seaborn <sseaborn@dralegal.org>; walderman@orrick.com <walderman@orrick.com>; jared.davidson@splcenter.org <jared.davidson@splcenter.org>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** RE: Fraihat: meet and confer concerning notice and information requests

Tim,

Thank you for the clarification regarding the extension of the deadline to answer the complaint. We will circulate the stipulated extension motion shortly.

We understand the urgency related to the Court's preliminary injunction order; however, we do not understand where the deadline for 10 a.m. ET tomorrow comes from and believe that a call between the parties at this point is premature. Currently, ICE is undertaking the review of your materials, which we received just this morning, in conjunction with implementation generally. We will likely not have anything to share by tomorrow morning, and therefore a call would not be productive.

Regards,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

---

**From:** Tim Fox <tfox@creeclaw.org>
**Sent:** Thursday, April 23, 2020 2:12 PM

**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Elizabeth Jordan <ejordan@creeclaw.org>; lisa.graybill@splcenter.org; Stuart Seaborn <sseaborn@dralegal.org>; walderman@orrick.com; jared.davidson@splcenter.org
**Cc:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Subject:** Re: Fraihat: meet and confer concerning notice and information requests

We do not object to your requested extension of the deadline to answer the complaint.

The issues of class notice and production of documents and information necessary to monitor compliance or urgent. We need to have the meet and confer completed by 10 AM Eastern tomorrow, or we will submit this to the court and explain that Defendants were not able to get back to us prior to filing.

Tim

---

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Thursday, April 23, 2020 12:04 PM
**To:** Tim Fox <tfox@creeclaw.org>; Elizabeth Jordan <ejordan@creeclaw.org>; lisa.graybill@splcenter.org <lisa.graybill@splcenter.org>; Stuart Seaborn <sseaborn@dralegal.org>; walderman@orrick.com <walderman@orrick.com>; jared.davidson@splcenter.org <jared.davidson@splcenter.org>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>
**Subject:** RE: Fraihat: meet and confer concerning notice and information requests

Tim,

We are in receipt of your materials and are sharing them with our client. We will not be prepared to meet and confer at 3:00 p.m. today, but we will be in touch soon.

With respect to our request to extend time to answer the complaint, the Court's preliminary injunction and class certification orders are altogether a different matter. However, if you will not stipulate under the Local Rules to a 30-day extension, we will move for an extension and note your opposition.

Regards,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: 202-532-4023

---

**From:** Tim Fox <tfox@creeclaw.org>
**Sent:** Thursday, April 23, 2020 11:22 AM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Elizabeth Jordan <ejordan@creeclaw.org>; lisa.graybill@splcenter.org; Stuart Seaborn <sseaborn@dralegal.org>; walderman@orrick.com; jared.davidson@splcenter.org
**Cc:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Subject:** Fraihat: meet and confer concerning notice and information requests

Lindsay,

**Exhibit A**

25

I have attached three documents: (1) a list of information/documents we ask the Defendants to produce to allow us to monitor compliance with the Preliminary Injunction order; (2) a notice providing information to people in ICE custody of the requirements of the order; and (3) a document describing how the notice will be communicated.


As we discussed yesterday, we would like to meet and confer with Defendants on these issues. Time is of the essence, so we would like the meet and confer to happen this afternoon so that we can bring any unresolved issues to the Court.


Please let us know as soon as possible your availability for a meet and confer call today.


Thank you.

**Exhibit A**
**26**