JOSEPH H. HUNT
Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Deputy Director
LINDSAY M. VICK (MA 685569)
ANNA L. DICHTER (NJ 304442019)
Trial Attorneys
450 5th Street, N.W., Rm 5223
Washington, D.C. 20530
Telephone: (202) 532-4023
Facsimile: (202) 305-7000
lindsay.vick@usdoj.gov
anna.l.dichter@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> *Defendants*. | Case No. 19-CV-01546-JGB(SHKx) <br><br> **NOTICE OF SUPPLEMENTAL DECLARATION** <br><br> **Before The Honorable Jesus G. Bernal** <br> **Hearing Date:** May 5, 2020 <br> **Hearing Time:** 2:00 p.m. |

# NOTICE OF SUPPLEMENTAL DECLARATION

Defendants respectfully submit the following supplemental Declaration of Russell Hott, Acting Assistant Director for the Custody Management Division of U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations. Defendants submit this declaration to update the Court as to ICE's position on Plaintiffs' requested class notice, if ordered. *See* ECF No. 136, Pls.' *Ex Parte* Application for Order Requiring Issuance of Notice to Class Members of the Preliminary Injunction Order, and to Obtain Information and Documents from Defendants Necessary to Monitor Compliance with that Order. Further, the declaration provides the status of ICE's compliance with the Court's preliminary injunction order, ECF No. 132, and support for why the discovery Plaintiffs seek is unnecessary, *see* ECF No. 136.

DATED: May 5, 2020            Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
ANNA L. DICHTER
Trial Attorney

*/s/ Lindsay M. Vick*
LINDSAY M. VICK
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
Tel.: (202) 532-4023
Fax: (202) 305-7000

Email: Lindsay.Vick@usdoj.gov

*Counsel for Defendants*