1  Timothy P. Fox (CA Bar 157750)
   *tfox@creeclaw.org*
2  Elizabeth Jordan*
   *ejordan@creeclaw.org*
3  CIVIL RIGHTS EDUCATION AND
   ENFORCEMENT CENTER
4  1245 E. Colfax Avenue, Suite 400
   Denver, CO 80218
5  Tel: (303) 757-7901
6  Fax: (303) 872-9072

7  Lisa Graybill*
   *lisa.graybill@splcenter.org*           Stuart Seaborn (CA Bar 198590)
8  Jared Davidson*                          *sseaborn@dralegal.org*
   *jared.davidson@splcenter.org*           Melissa Riess (CA Bar 295959)
9  SOUTHERN POVERTY LAW                     *mriess@dralegal.org*
   CENTER                                   DISABILITY RIGHTS ADVOCATES
10 201 St. Charles Avenue, Suite 2000       2001 Center Street, 4th Floor
   New Orleans, Louisiana 70170             Berkeley, California 94704
11 Tel: (504) 486-8982                      Tel: (510) 665-8644
12 Fax: (504) 486-8947                      Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No.: 19-cv-01546-JGB(SHKx) <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO STRIKE PLAINTIFFS' RESPONSE TO DECLARATION OF RUSSELL HOTT** |

| | |
|---|---|
| William F. Alderman (CA Bar 47381) | Mark Mermelstein (CA Bar 208005) |

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
Jake Routhier (CA Bar 324452)
*jrouthier@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
*mjohnson1@willkie.com*
Dania Bardavid**
*dbardavid@willkie.com*
Jessica Blanton**
*jblanton@willkie.com*
Joseph Bretschneider**
*jbretschneider@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
*maia.fleischman@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel: (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
*mmermelstein@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
*lcoutoumanos@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
*shalini.agarwal@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel: (850) 521-3024
Fax: (850) 521-3001

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel: (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

At the outset of the May 5 hearing on Plaintiffs' *ex parte* application for an order requiring notice to the certified subclasses and seeking information necessary to monitor Defendants' compliance with the PI Order, the Court noted that Defendants had filed a Declaration of Russell Hott (ECF No. 144-1) less than 100 minutes prior to the hearing. The Court asked Plaintiffs' counsel for an initial response and, at the end of the hearing, invited them to file a further response. Plaintiffs timely filed that response on May 8 (ECF No. 146).

Defendants now ask the Court to strike it (ECF No 148). They don't object to anything in the substance of the response. Instead, they say: "To the extent the Court invited Plaintiffs to respond to [the Hott Declaration], such response was supposed to be part of the parties' meet and confer and joint filing" (Appl. at 1:12-15).

Defendants' claim that Plaintiffs' response to the Hott Declaration was supposed to be part of the parties' joint filing is false. The Court's invitation came after it had directed the parties to meet and confer and file a joint report, and after it had asked Defendants' counsel a separate question to confirm their willingness to provide notice to the certified subclasses. Nothing said at the hearing supports Defendants' made-up claim that Plaintiffs' response to the Hott Declaration was supposed to be part of the parties' joint report or part of their meet-and-confer process.[1]

Defendants' misstatement of the Court's invitation is compounded by irony. While Plaintiffs' response was specifically directed at the Hott Declaration and specifically invited by the Court, the stand-alone Hott Declaration itself was untethered to Plaintiffs' pending *ex parte* application, uninvited by the Court,

---

[1] Of course, even if Defendants had been correct that the response should have been part of one document instead of another, the Court could simply direct that it be viewed that way.  Nothing of substance is implicated by Defendants' claim.

**1**

*Fraihat v. ICE*, Case No. 19-cv-01546-JGB(SHKx)
**Plaintiffs' Opposition to Defendants' *Ex Parte* Application to Stike Plaintiffs' Response to Declaration of Russell Holt**

and—in what has now become a pattern—filed only moments before the hearing. And Defendants' last-minute insistence that yet another Hott Declaration be appended to the parties' joint report (ECF No. 147, Ex. 1)—even though equally unresponsive to Plaintiffs' *ex parte* application or the parties' meet-and-confer process—only amplifies the irony.

Defendants' frivolous *ex parte* application should be rejected out of hand.

DATED: May 12, 2020.

Respectfully submitted,

/s/ Jared Davidson
Jared Davidson
Lisa Graybill
Shalini Goel Agarwal
Maia Fleischman
SOUTHERN POVERTY LAW CENTER

/s/ Timothy P. Fox
Timothy P. Fox
Elizabeth Jordan
Maria del Pilar Gonzales Morales
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER

/s/ Stuart Seaborn
Stuart Seaborn
Christina Brandt-Young
Melissa Riess
DISABILITY RIGHTS ADVOCATES

/s/ William F. Alderman
William F. Alderman
Mark Mermelstein
Jake Routhier
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Michael W. Johnson
Michael W. Johnson
Dania Bardavid
Leigh Coutoumanos
Jessica Blanton
Joseph Bretschneider
WILLKIE FARR & GALLAGHER LLP

Attorneys for Plaintiffs

2
*Fraihat v. ICE*, Case No. 19-cv-01546-JGB(SHKx)
**Plaintiffs' Opposition to Defendants' *Ex Parte* Application to Stike Plaintiffs' Response to Declaration of Russell Holt**