1  JOSEPH H. HUNT
   Assistant Attorney General
2  U.S. Department of Justice
   Civil Division
3  WILLIAM C. PEACHEY
   Director
4  Office of Immigration Litigation
   District Court Section
5  JEFFREY S. ROBINS
   Deputy Director
6  LINDSAY M. VICK (MA 685569)
   Trial Attorneys
7  450 5th Street, N.W., Rm 5223
   Washington, D.C.  20530
8  Telephone: (202) 532-4023
   Facsimile: (202) 305-7000
9  lindsay.vick@usdoj.gov
10 Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FAOUR ABDALLAH FRAIHAT, *et al.*, | Case No. 5:19-CV-01546 JGB (SHKx) |
|---|---|
| *Plaintiffs*, | **ORDER RE: STIPULATION TO EXTEND TIME TO PRODUCE INITIAL RESPONSES AFTER ENTRY OF THE PROTECTIVE ORDER PURSUANT TO ECF NO. 150** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| *Defendants*. | **Before The Honorable Jesus G. Bernal** |

1 | This matter having come before this Court upon the Parties' Stipulation to
2 | Extend Time to Produce Initial Responses After Entry of the Protective Order
3 | Pursuant to ECF No. 150, and good cause having been shown, IT IS HEREBY
4 | ORDERED:
5 | The Parties' Stipulation is GRANTED. Defendants' initial production is due
6 | on June 5, 2020, with additional production deadlines calculated therefrom.

Dated: June 5, 2020

_____
The Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE