JOSEPH H. HUNT
Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Deputy Director
HANS H. CHEN (NY 4278123)
LINDSAY M. VICK (MA 685569)
ANNA L. DICHTER (NJ 304442019)
Trial Attorneys
450 5th Street, N.W., Rm 5223
Washington, D.C. 20530
Telephone: (202) 532-4023
Facsimile: (202) 305-7000
lindsay.vick@usdoj.gov
anna.l.dichter@usdoj.gov

*Attorneys for Defendants-Respondents*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants, | Case No. 5:19-CV-01546 JGB (SHKx) <br><br> **NOTICE OF APPEAL** <br><br> Hon. Jesus G. Bernal |

1

Defendants U.S. Immigration and Customs Enforcement, *et al.* ("Defendants"), by and through undersigned counsel, hereby appeal the Court's Order dated April 20, 2020, ECF No. 132, ordering a preliminary injunction against Defendants in the above-captioned case and the Order dated April 20, 2020, ECF No. 133, provisionally certifying a class in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

DATED: June 19, 2020

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
HANS H. CHEN
Trial Attorney
ANNA L. DICHTER
Trial Attorney

*/s/ Lindsay M. Vick*
LINDSAY M. VICK
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Washington, D.C. 20044
Tel.: (202) 532-4023
Fax: (202) 305-7000
Email: Lindsay.Vick@usdoj.gov

*Counsel for Defendants*