Timothy P. Fox (CA Bar 157750)
tfox@creeclaw.org
Elizabeth Jordan*
ejordan@creeclaw.org
Maria del Pilar Gonzalez Morales
(CA Bar 308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel: (303) 757-7901
Fax: (303) 872-9072

Lisa Graybill*
lisa.graybill@splcenter.org
Jared Davidson*
jared.davidson@splcenter.org
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 486-8982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
sseaborn@dralegal.org
Melissa Riess (CA Bar 295959)
mriess@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel: (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME AND SETTING BRIEFING SCHEDULE; MEMORANDUM; DECLARATION OF WILLIAM F. ALDERMAN** |

William F. Alderman (CA Bar 47381)
walderman@orrick.com
Jake Routhier (CA Bar 324452)
jrouthier@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson**
mjohnson1@willkie.com
Dania Bardavid**
dbardavid@willkie.com
Jessica Blanton**
jblanton@willkie.com
Joseph Bretschneider**
jbretschneider@willkie.com
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Maia Fleischman*
maia.fleischman@splcenter.org
SOUTHERN POVERTY LAW
CENTER
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Tel: (786) 347-2056
Fax: (786) 237-2949

Christina Brandt-Young*
cbrandt-young@dralegal.org
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636

Mark Mermelstein (CA Bar 208005)
mmermelstein@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
Fax: (213) 612-2499

Leigh Coutoumanos**
lcoutoumanos@willkie.com
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

Shalini Goel Agarwal
(CA Bar 254540)
shalini.agarwal@splcenter.org
SOUTHERN POVERTY LAW
CENTER
106 East College Avenue
Suite 1010
Tallahassee, FL 32301
Tel: (850) 521-3024
Fax: (850) 521-3001

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
pgonzalez@creeclaw.org
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel: (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

*Fraihat, et al. v. ICE, et al.*, Case No. 19-cv-01546-JGB(SHKx)
Pls.' Unopposed *Ex Parte* Application

Pursuant to Local Rule 7.19, Plaintiffs apply *ex parte* for an unopposed order shortening time to permit Plaintiffs' Motion to Enforce the April 20, 2020 Preliminary Injunction Order (the "Motion") to be heard on July 13, 2020, with the Motion to be filed on June 24, 2020, Defendants' opposition to be filed on or before July 6, 2020, and Plaintiffs' Reply to be filed on or before July 9, 2020.

Good cause exists to shorten the time for briefing and hearing the Motion in light of the ongoing COVID-19 crisis, the rapid spead of the virus in ICE detention facilities, and the urgent neet to achieve rapid monitoring and enforcement of Defendants' compliance with the Court's April 20, 2020 preliminary injunction (ECF 132).

The attached Declaration of William F. Alderman pursuant to Local Rule 7-19.1 confirms Plaintiffs' efforts to contact Defendants' counsel regarding this application and Defendants' stipulation to the briefing and hearing schedule requested in the application. Defendants' counsel is Lindsay M. Vick, P.O. Box 868 Ben Franklin Station, Washington, D.C. 20044, Telephone 202-532-4023, email Lindsay.Vick@usdoj.gov.

## MEMORANDUM IN SUPPORT

Local Rule 6-1 provides that the Court may shorten the time for hearing a motion. The normal 28-day period for noticing a motion would require a motion served on June 24 to be heard no earlier than July 22. Plaintiffs here request that the normal time be shortened by nine days and heard on July 13, 2020. The shortened time is justified by the ongoing COVID-19 crisis, by the rapid spread of the virus in ICE detention facilities, by the urgent need to achieve rapid monitoring and enforcement of Defendants' compliance with the Court's April 20, 2020 PI Order (ECF 132), and by Defendants' Stipulation to the requested relief.

Dated: June 23, 2020

Respectfully submitted,

/s/ Timothy P. Fox
Timothy P. Fox
Elizabeth Jordan
Maria del Pilar Gonzalez Morales
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER

/s/ Stuart Seaborn
Stuart Seaborn
Christina Brandt-Young
Melissa Riess
DISABILITY RIGHTS
ADVOCATES

/s/ William F. Alderman
William F. Alderman
Mark Mermelstein
Jake Routhier
ORRICK, HERRINGTON &
SUTCLIFFE LLP

Attorneys for Plaintiffs

/s/ Michael W. Johnson
Michael W. Johnson
Dania Bardavid
Leigh Coutoumanos
Jessica Blanton
Joseph Bretschneider
WILLKIE FARR &
GALLAGHER LLP

/s/ Lisa Graybill
Lisa Graybill
Shalini Goel Agarwal
Jared Davidson
Maia Fleischman
SOUTHERN POVERTY LAW
CENTER

### DECLARATION OF WILLIAM F. ALDERMAN

I. William F. Alderman, declare as follows:

1. I am Senior Counsel at Orrick, Herrington & Sutcliffe LLP and one of the counsel of record for Plaintiffs in this action. I make this declaration in support of Plaintiffs' *Ex Parte* Application for an Order Shortening Time and Briefing Schedule. I have personal knowledge of the facts stated in this declaration and could and would testify competently to those facts if called as a witness.

2. On June 17, 2020, my co-counsel Jared Davidson sent an email to Defendants' counsel informing them of Plaintiffs' intent to file on June 24, 2020 a

1  motion to enforce the PI Order and to request an expedited hearing on July 13,
2  2020.  The email proposed that Defendants file their response on July 6, 2020 and
3  that Plaintiffs file their reply on July 9, 2020.  Defendants' counsel Lindsay Vick
4  replied to that email on June 19, 2020, saying among other things that "we can
5  stipulate to your proposed briefing schedule for the motion to enforce."  I was
6  copied on both emails.  A true and correct copy of both emails is attached as
7  Exhibit A hereto.
8       I declare under penalty of perjury that the foregoing is true and correct and
9  that this declaration was executed at Santa Cruz, California on June 23, 2020.

                                               */s/ William F. Alderman*
                                               William F. Alderman

Pls.' Unopposed *Ex Parte* Application

Alderman, William F.
_____

**From:** Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>
**Sent:** Friday, June 19, 2020 1:53 PM
**To:** Jared Davidson; Robins, Jeffrey (CIV); Dichter, Anna L. (CIV)
**Cc:** Tim Fox; ejordan; Stuart Seaborn; Lisa Graybill; Johnson, Michael W.; Alderman, William F.
**Subject:** RE: Fraihat v. ICE: Motion to Enforce schedule and errors in Defs' production

Counsel,

Defendants are still not clear on the substance of the contemplated motion as required by Local Rule 7-3, nor do we understand how the issues you intend to raise relate to the preliminary injunction. In response to several of the issues you raised in your letters, we communicated our position that these did not relate to the preliminary injunction and were entirely new issues for which we were not required to provide a response. For example, Plaintiffs raised the issue of the overuse of medical isolation in response to COVID-19. Plaintiffs presented this as a "global issue," and you failed to present the issue with any specificity or evidence so that we could respond. Despite our position that no response was required, we asked you for specific information so that we could respond, and you have not provided that to us. These objections notwithstanding, we can stipulate to your proposed briefing schedule for the motion to enforce.

With respect to the release lists, Defendants are producing an additional release list today. Everyone on the release lists has been identified as a *Fraihat* class member and has had a custody redetermination based on the *Fraihat* risk factors. Class members who are released after a custody redetermination required by the preliminary injunction may be released through parole, bond, orders of supervision, or any other method ICE uses when releasing detainees. Further, there may be more than one reason for someone's release as a result of the custody redetermination. ICE does not have a mechanism by which to track which detainees are only released pursuant to a *Fraihat* custody redetermination.

Regards,

Lindsay M. Vick
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel: 202-532-4023

**From:** Jared Davidson <Jared.Davidson@splcenter.org>
**Sent:** Wednesday, June 17, 2020 12:01 PM
**To:** Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Dichter, Anna L. (CIV) <adichter@CIV.USDOJ.GOV>
**Cc:** Tim Fox <tfox@creeclaw.org>; ejordan <ejordan@creeclaw.org>; Stuart Seaborn <sseaborn@dralegal.org>; Lisa Graybill <Lisa.Graybill@splcenter.org>; Johnson, Michael W. <mjohnson1@willkie.com>; walderman@orrick.com
**Subject:** Fraihat v. ICE: Motion to Enforce schedule and errors in Defs' production

Counsel,

We are writing to inform you that Plaintiffs intend to file a Motion to Enforce the Preliminary Injunction Order next Wednesday, June 24. Due to the urgency of the COVID-19 pandemic and Defendants' ongoing inadequate response, we

1


EXHIBIT A

intend to request that the Court expedite a hearing on the motion and set the motion for hearing on July 13. We would propose the following briefing schedule: Defendants' response due July 6 and Plaintiffs' Reply due July 9. Will Defendants stipulate to that expedited schedule? Please let us know your position.

In addition, we wish to inform you that upon further study of Defendants' production, it appears that Defendants' *Fraihat* release list encompasses not only individuals who were released pursuant to *Fraihat* custody re-determinations but also pursuant to other means, such as parole and bond. This is inconsistent with your representation at the meet and confer that the documents show only the number of people released pursuant to *Fraihat*. It further shows that Defendants have released even fewer people pursuant to the Court's order than previously represented. It is imperative that Defendants provide Plaintiffs with accurate information reflecting the number of individuals released pursuant to *Fraihat*—and not other means—so that Plaintiffs and the Court can accurately understand Defendants' response to the PI order. We expect this to be corrected immediately and, at the very latest, in Defendants' next production.

Sincerely,

**Jared Davidson**  he/him/el
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
T  504.526.1510
jared.davidson@splcenter.org  |  www.splcenter.org
Admitted in Louisiana, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

EXHIBIT A