1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR AN ORDER SHORTENING TIME AND SETTING BRIEFING SCHEDULE** |

Plaintiffs' *ex parte* application for an order shortening time and setting briefing schedule is unopposed by Defendants. Good cause appearing therefor, it is ORDERED that the application is GRANTED and that:

1. Plaintiffs' Motion to Enforce the April 20, 2020 Preliminary Injunction Order shall be filed on June 24, 2020;
2. Defendants' opposition shall be filed on or before July 6, 2020;
3. Plaintiffs' reply shall be filed on or before July 9, 2020.
4. The motion shall be heard at 2:00 p.m. on July 13, 2020.

Dated: June ___, 2020

_____
United States District Judge

*Fraihat, et al. v. ICE, et al.*, Case No. 19-cv-01546-JGB(SHKx)
[Proposed] Order
4153-0947-5365.1