UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OFCALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **EDCV 19-01546-JGB (SHKx)** | Date | August 5, 2020 |
|---|---|---|---|

| Title | ***Faour Abdallah Fraihat, et al. v. U.S. Immigration and Customs Enforcement, et al.*** |
|---|---|

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Maynor Galvez/Noe U. Ponce | Phyllis A. Preston |
|---|---|
| Deputy Clerks | Court Reporter |
| **Attorney(s) Present for Plaintiff(s):** | **Attorney(s) Present for Defendant(s):** |
| Jared F. Davidson | Lindsay M. Vick |
| | Jeffrey S. Robins |

**Proceedings:    Telephone Hearing on Motion to Enforce the April 20, 2020, Preliminary Injunction Order (Dkt. No. 172) – (Held)**

Counsel make their appearance by telephone.  The Court confers with counsel and hears oral arguments.  The matter is taken under submission.

Time:  00:46
Initials of Preparer: MG/NP