Timothy P. Fox (CA Bar 157750)
*tfox@creeclaw.org*
Elizabeth Jordan*
*ejordan@creeclaw.org*
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel: (303) 757-7901
Fax: (303) 872-9072

Veronica Salama*
*veronica.salama@splcenter.org*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287 Decatur, GA, 30031
Tel: (404) 221-5825
Fax: (404) 221-5857

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
Rosa Lee V. Bichell (CA Bar 331530)
*rbichell@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel: (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No.: 19-cv-01546-JGB(SHKx) <br><br> **NOTICE OF MOTION AND MOTION IN SUPPORT OF APPOINTMENT OF A SPECIAL MASTER** <br><br> Hearing Date: February 22, 2021 <br><br> Hearing Time: 9:00 a.m. <br><br> Hon. Jesus G. Bernal |

| | |
|---|---|
| William F. Alderman (CA Bar 47381)<br>*walderman@orrick.com*<br>Jake Routhier (CA Bar 324452)<br>*jrouthier@orrick.com*<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Tel: (415) 773-5700<br>Fax: (415) 773-5759 | Mark Mermelstein (CA Bar 208005)<br>*mmermelstein@orrick.com*<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017<br>Tel: (213) 629-2020<br>Fax: (213) 612-2499 |
| Michael W. Johnson*<br>*mjohnson1@willkie.com*<br>Jessica Blanton*<br>*jblanton@willkie.com*<br>Joseph Bretschneider*<br>*jbretschneider@willkie.com*<br>WILLKIE FARR &<br>GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 728-8000<br>Fax: (212) 728-8111 | Leigh Coutoumanos*<br>*lcoutoumanos@willkie.com*<br>Timothy Ryan*<br>*tryan@willkie.com*<br>WILLKIE FARR &<br>GALLAGHER LLP<br>1875 K Street NW, Suite 100<br>Washington, DC 20006<br>Tel: (202) 303-1000<br>Fax: (202) 303-2000 |
| Benjamin R. Salk*<br>*benjamin.salk@splcenter.org*<br>SOUTHERN POVERTY LAW<br>CENTER<br>111 E. Capitol Street, Suite 280<br>Jackson, MS 39201<br>Phone: 601-948-8882<br>Fax: 601-948-8885<br>Maya Rajaratnam*<br>*maya.rajaratnam@splcenter.org*<br>400 Washington Ave,<br>Montgomery, AL 36104<br>Tel: 334-956-8307<br>Fax: 334-956-8307 | Maria del Pilar Gonzalez Morales<br>(CA Bar 308550)<br>*pgonzalez@creeclaw.org*<br>CIVIL RIGHTS EDUCATION<br>AND ENFORCEMENT CENTER<br>1825 N. Vermont Avenue, #27916<br>Los Angeles, CA 90027<br>Tel: (805) 813-8896<br>Fax: (303) 872-9072<br><br>Lisa Graybill*<br>*graybill@nilc.org*<br>NATIONAL IMMIGRATION LAW<br>CENTER<br>P.O. Box 40476<br>Austin, TX 78704 |
| Christina Brandt-Young*<br>*cbrandt-young@dralegal.org*<br>DISABILITY RIGHTS<br>ADVOCATES<br>655 Third Avenue, 14th Floor<br>New York, NY 10017<br>Tel: (212) 644-8644<br>Fax: (212) 644-8636 | |

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on February 22, 2021 at 9:00am, or at such other time as the Court may set the matter for hearing, Plaintiffs Faour Fraihat, Jimmy Sudney, Aristoteles Sanchez Martinez, Alex Hernandez, and Martin Munoz, each individually and on behalf of all others similarly situated, pursuant to Federal Rule of Civil Procedure 53 and any other applicable rule of civil procedure or law, will and hereby do move this Court for an order appointing a Special Master to ensure compliance by Defendants with the Court's Order Granting Plaintiffs' Motion for Preliminary Injunction (ECF 132) and the Court's Order Granting In Part And Denying In Part Plaintiffs' Motion to Enforce April 20, 2020 Preliminary Injunction (ECF 240).

This Motion is based on this Notice of Motion, the accompanying Memorandum in Support of Plaintiffs' Motion for Appointment of a Special Master, the supporting declarations, proposed order, all pleadings and papers filed in this action, and such additional papers and arguments as may be presented at or in connection with the hearing.

Plaintiffs have satisfied the requirements of Local Rule 7-3. The parties engaged in extensive correspondence and two telephone conferences regarding ongoing compliance issues during October, November, and December 2020. On December 16, 2020, Plaintiffs notified Defendants that they intended to seek appointment of a Special Master given ongoing compliance issues and provided Defendants with a list of proposed names. The parties met and conferred via telephone on December 23, 2020, and Defendants confirmed in writing on January 8, 2021, that the issues Plaintiffs seek to resolve through this motion could not be resolved by agreement of the parties. *See* Declaration of Rosa Lee Bichell, ¶ 3.

**1**
*Fraihat v. ICE*, Case No. 19-cv-01546-JGB(SHKx)
Notice of Motion and Motion for Appointment of Special Master

DATED: January 21, 2021

Respectfully submitted,

/s/ Benjamin Salk
Benjamin Salk
Veronica Salama
Maya Rajaratnam
SOUTHERN POVERTY LAW CENTER

/s/ Timothy P. Fox
Timothy P. Fox
Elizabeth Jordan
Maria del Pilar Gonzalez Morales
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER

/s/ Stuart Seaborn
Stuart Seaborn
Christina Brandt-Young
Melissa Riess
Rosa Lee V. Bichell
DISABILITY RIGHTS ADVOCATES

/s/ William F. Alderman
William F. Alderman
Mark Mermelstein
Jake Routhier
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Michael W. Johnson
Michael W. Johnson
Leigh Coutoumanos
Jessica Blanton
Joseph Bretschneider
Timothy Ryan
WILLKIE FARR & GALLAGHER LLP

/s/ Lisa Graybill
Lisa Graybill
NATIONAL IMMIGRATION LAW CENTER