UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | D CV 19-1546-JGB (SHKx) | Date  May 21, 2021 |
| Title | Faour Abdallah Fraihat, et al. v. U.S. Immigration and Customs Enforcement, et al. | |

Present: The Honorable   Patrick J. Walsh (Ret.), Special Master

| None | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Leigh Coutoumanos
Caroline Sprague
William Alderman
Christina Brandt-Young
Rosa Lee Bichell
Veronica Salama
Elizabeth Jordan
Pilar Gonzalez
Benjamin Salk
Susan Meyers
Michael Johnson

Attorneys Present for Defendants:

Lindsay M. Vick
Michelle M. Ramus
Nicole N. Murley
Jeffrey Robins

**Proceedings:**   Minutes of May 21, 2021 Status Conference with Special Master

On May 21, 2021, the Special Master met with counsel and discussed the government's efforts to date in complying with the Court's orders. Prior to the conference, the Special Master had provided counsel with a tentative Report and Recommendation. The Special Master allowed both sides to comment on the draft. The Special Master set a further status conference for Friday, May 28, 2021, at 11:00.

C:\Users\judge\OneDrive\Documents\Legal\Signature\Special Master-Referee\Fraihat v. ICE\MO Status Conference with Special Master 5.21.wpd

:

Initials of Preparer   pjw