UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | D CV 19-1546-JGB (SHKx) | Date | May 14, 2021 |
| Title | Faour Abdallah Fraihat, et al. v. U.S. Immigration and Customs Enforcement, et al. | | |

Present: The Honorable   Patrick J. Walsh (Ret.), Special Master

| None | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Leigh Coutoumanos | Lindsay M. Vick |
| Caroline Sprague | Michelle M. Ramus |
| William Alderman | Nicole N. Murley |
| Christina Brandt-Young | Jeffrey Robins |
| Rosa Lee Bichell | |
| Veronica Salama | |
| Elizabeth Jordan | |
| Pilar Gonzalez | |
| Benjamin Salk | |
| Susan Meyers | |
| Michael Johnson | |

**Proceedings:**   Minutes of May 14, 2021 Status Conference with Special Master

On May 14, 2021, the Special Master met with counsel and discussed the government's efforts to date in complying with the Court's orders. The Special Master set a further status conference for Friday, May 21, 2021, at 11:00.

C:\Users\judge\OneDrive\Documents\Legal\Signature\Special Master-Referee\Fraihat v. ICE\MO Status Conference with Special Master 5.14.wpd

:

Initials of Preparer   pjw