1  Hon. Patrick J. Walsh (Ret.)
   Special Master
2  Signature Resolution
   633 W. 5th Street, Ste. 1000
3  Los Angeles, CA 90071
   judgewalsh@signatureresolution.com
4  (323) 395-4970

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10
                         EASTERN DIVISION
11
   FAOUR ABDALLAH FRAIHAT, et al.,   )  ED CV 19-1546 JGB(SHKx)
12                                    )
                    Plaintiffs,       )  ORDER ACCEPTING SPECIAL MASTER'S
13                                    )  FIRST REPORT AND RECOMMENDATION
            v.                        )
14                                    )
   U.S. IMMIGRATION AND CUSTOMS,      )
15 et al.,                            )
                                      )
16                  Defendants.       )
                                      )
17

18      Before the Court are the Special Master's First Report and

19 Recommendation, Plaintiffs' motion to modify and adopt the report as

20 modified, and Defendants' objections to the Report.  The Court has

21 carefully reviewed the Report, the motion, and the objections and

22 hereby adopts the findings and recommendations as its own.  The

23 government is hereby ordered to:

24      1.   Continue its efforts to work with the Special Master and

25           Plaintiffs' counsel to confirm that all subclass members

26           have had an individualized and meaningful review to

27           determine if release is warranted and to conduct

28           redeterminations where necessary;

1    2.    Track the reasons for transfers of subclass members and

2          provide that information to the Special Master and

3          Plaintiffs' counsel biweekly, (i.e., every other week); and

4    3.    Make vaccinations available to all subclass members within

5          30 days of today.[1]

6

7    DATED: __June 23, 2021_____

8                                          _____

9                                          HON. JESUS G. BERNAL
                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    _____

28        [1]  For those detainees receiving the two-shot protocol, it will
      be sufficient if they receive the first shot within 30 days.

                                      2