BRIAN M. BOYNTON
Acting Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Deputy Director
JAMES WALKER
Senior Litigation Counsel
LINDSAY M. VICK (MA 685569)
MICHELLE RAMUS (DC 1617481)
ANNA L. DICHTER (NJ 304442019)
Trial Attorneys
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2405
Facsimile: (202) 305-7000
Anna.l.dichter@usdoj.gov
*Attorneys for Defendants-Respondents*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, | Case No. 5:19-CV-01546 JGB (SHKx) |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | Hon. Jesus G. Bernal |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants, | |

1

Defendants U.S. Immigration and Customs Enforcement, *et al.* ("Defendants"), by and through undersigned counsel, hereby appeal the Court's Order dated June 23, 2021, ECF No. 318, accepting the Special Master's First Report and Recommendation in the above-captioned case.

DATED: August 23, 2021    Respectfully Submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Deputy Director
JAMES WALKER
Senior Litigation Counsel
LINDSAY M. VICK
MICHELLE RAMUS
Trial Attorneys

*/s/ Anna L. Dichter*
ANNA L. DICHTER
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Washington, D.C. 20044
Tel.: (202) 353-2405
Fax: (202) 305-7000
Email: Anna.l.dichter@usdoj.gov

*Counsel for Defendants*