Elizabeth Jordan*
*ejordan@creeclaw.org*
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel: (303) 757-7901
Fax: (303) 872-9072

Veronica Salama*
*veronica.salama@splcenter.org*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287 Decatur, GA, 30031
Tel: (404) 221-5825
Fax: (404) 221-5857

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
Rosa Lee V. Bichell (CA Bar 331530)
*rbichell@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel: (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No.: 19-cv-01546-JGB(SHKx) <br><br> **Suggestion of Death** <br><br> **September 30, 2021** |

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel.: (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson*
*mjohnson1@willkie.com*
Heather M. Schneider*
*hschneider@willkie.com*
Joseph Bretschneider*
*jbretschneider@willkie.com*
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 728-8000
Fax: (212) 728-8111

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel.: (212) 644-8644
Fax: (212) 644-8636

Benjamin R. Salk*
*benjamin.salk@splcenter.org*
SOUTHERN POVERTY LAW CENTER
111 E. Capitol Street, Suite 280
Jackson, MS 39201
Phone: 601-948-8882
Fax: 601-948-8885
Maya Rajaratnam
*maya.rajaratnam@splcenter.org*
400 Washington Ave,
Montgomery, AL 36104
Tel: 334-956-8307
Fax: 334-956-8307

Susan M. Meyers*
*susan.meyers@splcenter.org*
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 486-8982
Fax: (504) 486-8947

Leigh Coutoumanos*
*lcoutoumanos@willkie.com*
Timothy Ryan*
*tryan@willkie.com*
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel.: (202) 303-1000
Fax: (202) 303-2000

Lisa Graybill* (TX Bar 24054454)
*graybill@nilc.org*
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 40476
Austin, TX 78704

Maria del Pilar Gonzalez Morales (CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel.: (805) 813-8896
Fax: (303) 872-9072

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice

## SUGGESTION OF DEATH

The undersigned, counsel of record for Plaintiffs, suggest upon the record, pursuant to Rule 25(a)(1), the death of Edilberto García Guerrero during the pendency of this action. FED. R. CIV. P. 25(a)(1). To the best of counsel's knowledge, Mr. García Guerrero died on March 8, 2020 in Mexico due to cranioencephalic trauma. *See infra* Exhibit A: Death Certificate & Translation. Counsel attaches Mr. García Guerrero's death certificate, as well as its translation from Spanish to English, for the benefit of the Court and Defense counsel.

This suit seeks declaratory and injunctive relief on behalf of a putative class. Therefore, pursuant to Rule 25(a)(2), we request that the death "be noted on the record" while the action "proceeds in favor of or against the remaining parties." FED. R. CIV. P. 25(a)(2).

DATED: September 30, 2021

Respectfully submitted,

/s/ Elizabeth Jordan
Elizabeth Jordan
CIVIL RIGTHS EDUCATION AND
ENFORCEMENT CENTER

# EXHIBIT A



FOLIO
1265291



# Estados Unidos Mexicanos

## Acta de Defunción

**Identificador Electrónico**
08017000120210002815

Clave Única de Registro de Población
**GAGE720224HGRRRD07**

N° de Certificado de Defunción de la SSA
**200098570**

Entidad de Registro
**CHIHUAHUA**

Municipio de Registro
**CUAUHTEMOC**

| Oficialía | Libro | Acta | Fecha de Registro |
|---|---|---|---|
| 1 | 181 | 354 | 15/03/2020 |

### Datos de la Persona Fallecida:

| Nombre(s): | Primer Apellido: | Segundo Apellido: |
|---|---|---|
| EDILBERTO | GARCIA | GUERRERO |

| Sexo: | Estado Civil: | Fecha de Nacimiento: |
|---|---|---|
| HOMBRE | SOLTERO(A) | 24/02/1972 |

| Lugar de Nacimiento: | Entidad de Registro de Nacimiento: | Nacionalidad: |
|---|---|---|
| GENERAL HELIODORO CASTILLO, GUERRERO | GUERRERO | MEXICANA |

### Datos de la Defunción:

| Fecha: | Hora: | Lugar: | Destino del Cadáver: |
|---|---|---|---|
| 08/03/2020 | 12:00:00 | CARR. KM. 68+200 MADERA-EJIDO EL | INHUMACION |

*.-TRAUMATISMO CRANEOENCEFÁLICO, MINUTO

**Causas de la Defunción:**

**Anotaciones Marginales:**
Sin anotaciones marginales

**Certificación:**
Se extiende la presente copia certificada, con fundamento en los artículos 35 y 49 del Código Civil de Chihuahua; 30 fracciones I, V y VIII del Reglamento Interior de la Secretaría General de Gobierno de Chihuahua y 2, 9 fracciones I, IV, VI y 34 del Reglamento Interior del Registro Civil de Chihuahua. La Firma Electrónica con la que cuenta es vigente a la fecha de expedición, tiene validez jurídica y probatoria de acuerdo a las disposiciones legales en la materia.

A LOS 03 DÍAS DEL MES DE SEPTIEMBRE DE 2021 DOY FE.

**Firma Electrónica:**

R0 FH RT cy MD Iy NE hH Ul JS RD A3 fE VE SU xC RV JU T3 xH QV JD SU F8 R1 VF Ul JF Uk 98 Mj A4 MD E3 MD Aw MT Iw Mj Aw MD M1 ND F8 TX wy NC 8w Mi 8x OT cy fE NI SU hV QU hV QX xu dW xs IG 51 bG wg bn Vs

Código de Verificación
20801700012020003541

Código QR

Directora del Registro Civil de Chihuahua
LIC. INES AURORA MARTINEZ BERNAL

 

**DIRECCIÓN GENERAL DEL
REGISTRO NACIONAL DE POBLACIÓN
E IDENTIFICACIÓN PERSONAL**





[graphic with Mexican Coat of Arms: "United Mexican States"]

SHEET
1265291
[barcode]

# United Mexican States

# Death Certificate

Electronic Identifier
08017000120210002815
[bar code]

| Standardized Population Registration Code |
|---|
| GAGE720224HGRRRD07 |
| [barcode] |
| Health Department Death Certificate Number |
| 200098570 |
| Registration Entity |
| CHIHUAHUA |
| Municipality of Registration |
| CUAUHTEMOC |

| Office | Book | Certificate | Registration Date |
|---|---|---|---|
| 1 | 181 | 354 | 15/MAR/2020 |

[watermark with Mexican Coat of Arms: "United Mexican States"]

| Decedent's Data: |||
|---|---|---|
| EDILBERTO | GARCIA | GUERRERO |
| First (and Middle) Name(s): | Primary Family Name | Secondary Family Name: |
| MALE | SINGLE | 24/FEB/1972 |
| Sex: | Marital Status: | Date of Birth: |
| GENERAL HELIODORO CASTILLO, GUERRERO | GUERRERO | MEXICAN |
| Place of Birth: | State where Birth is Registered: | Nationality: |

| Data on the Death: |||||
|---|---|---|---|---|
| 08/MAR/2020 | 12:00:00 | CARR KM 68+200 MADERA-EJIDO EL | | BURIAL |
| Date: | Time: | Place: | | Handling of the Body: |

CRANIOENCEPHALIC TRAUMA, MINUTE

Causes of Death

| Notes in the Margins: | Certification: |
|---|---|
| No notes in the margins | This certified copy is issued with foundation in Articles 35 and 49 of the Civil Code of Chihuahua, Article 30(I), (V), and (VIII) of the Internal Regulation of the Office of the Secretary of State of Chihuahua, and Articles 2, 9(I), (IV), and (VI) and 34 of the Internal Regulation of the Civil Registry of Chihuahua. The Electronic Signature it bears is effective as of the date of its issuance. It has legal and evidentiary validity in accordance with the legal provisions pertaining to such matters.<br><br>ON THE 3RD DAY OF THE MONTH OF SEPTEMBER OF 2021. I ATTEST. |

Electronic Signature:

R0 FH RT cy MD.ly NE hH UI JS RD A3 fE VE SU xC RV JU T3 xH QV JD SU
F8 R1 VF UI JF Dk 98 Mj A4 MD E3 MD Aw MT Iw Mj Aw MD M1 N0 F8 TX
wy NC 8w Mi 8x OT cy fE NI SU hV QU hV QX xu dW xs IG 51 bG wg 5n Vs

[QR Code]

[signature]

QR Code
[QR Code]

Verification Code
20801700012020003541
[bar code]

Director of the Civil Registry of Chihuahua
MS. INES AURORA MARTINEZ BERNAL

The content of the certificate can be verified at the following link: https://cevar.registrocivil.gob.mx/eVAR/ConsultaFolio.jsp by capturing the Electronic Identifier found in the upper righthand corner of the certificate. For its consultation on mobile devices, download a QR code reader application.%

[QR code]  **SEGOB**
DEPARTMENT OF THE INTERIOR | GENERAL DIRECTORATE OF THE NATIONAL REGISTRY OF POPULATION AND PERSONAL IDENTIFICATION


***CONAFREC***
National Council of Civil Registry Officers



# Ríos Translations

## Madeline Newman Ríos, CT, MA

492 Georgia Court, Claremont CA 91711
*Official Interpreter and Translator for the
California State and U.S. District Courts
Certified (S>E) by the American Translators Association*

## Certification of Translation

I, Madeline Newman Ríos, state that I am competent to translate from Spanish to English, am a Spanish to English Translator certified by the American Translator's Association, an Official Spanish Court Interpreter certified by the Administrative Office of the United States Courts and the Judicial Council of California, and the holder of a Master of Arts Degree in Spanish Translation and Interpreting from the University of Texas, Rio Grande Valley. I have translated the attached materials from the Spanish language into English. I declare, under penalty of perjury, that to the best of my abilities and belief, this is a true and correct translation of the same into the English language.

### DESCRIPTION OF DOCUMENT(S) OR MATERIAL(S)

Death Certificate of Edilberto Garcia Guerrero

Note that the translator only certifies the accuracy of the translation and states no opinion as to the authenticity of the Spanish language document.

Executed this 23rd day of September of 2021, in Claremont, California.

*[signature]*

**Madeline Newman Ríos**
Spanish Court Interpreter
Certified by the Administrative Office of the United States Courts
California Certified Court Interpreter I.D. No. 060898-85
American Translators Association Certified Translator No. 4278 (Spanish to English)



Verify at www.atanet.org/verify