Hon. Patrick J. Walsh (Ret.)
Special Master
Signature Resolution
633 W. 5th Street, Ste. 1000
Los Angeles, CA 90071
judgewalsh@signatureresolution.com
(323) 395-4970

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, et al., | ED CV 19-1546 JGB(SHKx) |
| Plaintiffs, | SPECIAL MASTER'S FIFTH BILLING STATEMENT |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS, et al., | |
| Defendants. | |

This billing statement is submitted pursuant to the Court's Order appointing the Special Master. In September 2021, I spent 10.5 hours on this case at an hourly rate of $800, as reflected in the attached invoices. I seek a total of $8,400.

DATED: October 13, 2021.

HON. PATRICK J. WALSH (Ret.)
Special Master