**FILED**

UNITED STATES COURT OF APPEALS

NOV 17 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT; MARCO MONTOYA AMAYA; RAUL ALCOCER CHAVEZ; JOSE SEGOVIA BENITEZ; HAMIDA ALI; MELVIN MURILLO HERNANDEZ; JIMMY SUDNEY; JOSE BACA HERNANDEZ; EDILBERTO GARCIA GUERRERO; MARTIN MUNOZ; LUIS MANUEL RODRIGUEZ DELGADILLO; RUBEN DARIO MENCIAS SOTO; ALEX HERNANDEZ; ARISTOTELES SANCHEZ MARTINEZ; SERGIO SALAZAR ARTAGA; INLAND COALITION FOR IMMIGRANT JUSTICE; AL OTRO LADO, <br><br>Plaintiffs-Appellees, <br><br>v. <br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO N. MAYORKAS; TAE D. JOHNSON; STEVE K. FRANCIS; COREY PRICE; PATRICK J. LECHLEITNER; STEWART D. SMITH; JACKI BECKER KLOPP; DAVID P. PEKOSKE, <br><br>Defendants-Appellants. | No. 20-55634 <br><br>D.C. No. 5:19-cv-01546-JGB-SHK Central District of California, Riverside <br><br>ORDER |

Before: BERZON, MILLER, and BRESS, Circuit Judges.

Appellee's unopposed motion for an extension of time to file a petition for rehearing is GRANTED. *See* Dkt. No. 85. Any petition shall be filed on or before February 4, 2022.