Elizabeth Jordan*
*ejordan@creeclaw.org*
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel.: (303) 757-7901
Fax: (303) 872-9072

Benjamin R. Salk*
*benjamin.salk@splcenter.org*
SOUTHERN POVERTY LAW CENTER
111 E. Capitol Street, Suite 280
Jackson, MS 39201
Tel: 601-948-8882
Fax: 601-948-8885

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Rosa Lee V. Bichell (CA Bar 331530)
*rbichell@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel.: (510) 665-8644
Fax: (510) 665-8511

Attorneys for Plaintiffs (continued on next page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHKx)<br><br>**JOINT STATUS REPORT**<br><br>Date: December 6, 2021 |

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel.: (805) 813-8896
Fax: (303) 872-9072

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel.: (415) 773-5700
Fax: (415) 773-5759

Michael W. Johnson*
*mjohnson1@willkie.com*
Heather M. Schneider*
*hschneider@willkie.com*
Joseph Bretschneider*
*jbretschneider@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 728-8000
Fax: (212) 728-8111

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
Chloe Holzman*
*cholzman@dralegal.org*
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel.: (212) 644-8644
Fax: (212) 644-8636

Susan Meyers
*susan.meyers@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: 504-486-4982
Fax: 504-486-8947

Maya Rajaratnam
SOUTHERN POVERTY LAW
CENTER
*maya.rajaratnam@splcenter.org*
400 Washington Ave,
Montgomery, AL 36104
Tel: 334-956-8307
Fax: 334-956-8307

Leigh Coutoumanos*
*lcoutoumanos@willkie.com*
Timothy Ryan*
*tryan@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel.: (202) 303-1000
Fax: (202) 303-2000

Lisa Graybill (TX Bar 24054454)
*graybill@nilc.org*
NATIONAL IMMIGRATION LAW
CENTER
P.O. Box 40476
Austin, TX 78704

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice

Brian M. Boynton
Acting Assistant Attorney General
William C. Peachey
Director
Jeffrey S. Robins
Deputy Director
*jeffrey.robins@usdoj.gov*
James Walker
Senior Litigation Counsel
*james.walker3@usdoj.gov*
Michelle M. Ramus
Trial Attorney
*Michelle.m.ramus@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
DISTRICT COURT SECTION
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 532-4023
Fax: (202) 305-7000

Attorneys for Defendants

**1**

*Fraihat v. ICE,* Case No. 19-cv-01546-JGB(SHKx)
Joint Status Report

As directed by the Court's October 6, 2021 order (ECF 347), the parties jointly report to the Court as follows:

As noted in the parties' joint motion to suspend the scheduling order (ECF 335), the parties jointly requested that the Ninth Circuit refer this case to its mediation program to mediate issues related to this Court's April 2020 preliminary injunction order as well as broader issues from the underlying and ongoing case before this Court.  The Court's October 6, 2021 order granted the motion and suspended the scheduling order for nine months.

As part of its October 20, 2021 opinion, the Ninth Circuit denied the parties' joint request for referral to its mediation program, but noted that the parties remain free to reach a private agreement (ECF 352 at 44).  Subsequently, the parties agreed to continue to seek a mediated resolution of both the issues raised by the preliminary injunction order and those raised by the broader underlying case.  They are currently in the process of exchanging their respective suggestions for selecting a mediator and expect to conclude that process imminently.  In their next report pursuant to ECF 347, due on February 4, 2022, the parties will provide an update regarding the proposed mediation; they will be happy to provide an earlier update if the Court requests it.

Following the parties' agreement to pursue mediation notwithstanding the Ninth Circuit's denial of their request to use that court's mediation program, plaintiffs-appellees filed a consent motion in the Ninth Circuit to extend by 60 days the time for appellees to petition for rehearing or rehearing en banc, noting that the parties are working to move the underlying case into mediation and that additional time to petition will help facilitate those efforts.  The Ninth Circuit granted the motion on November 17, 2021 (ECF 354), ordering that any petition be filed on or before February 4, 2022.

**1**

*Fraihat v. ICE*, Case No. 19-cv-01546-JGB(SHKx)
**Joint Status Report**

Respectfully submitted,
DATED: December 6, 2021

/s/ Benjamin Salk
Benjamin Salk
Susan Meyers
Maya Rajaratnam
SOUTHERN POVERTY LAW CENTER

/s/ Elizabeth Jordan
Elizabeth Jordan
Maria del Pilar Gonzalez Morales
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER

/s/ Stuart Seaborn
Stuart Seaborn
Christina Brandt-Young
Chloe Holzman
Rosa Lee V. Bichell
DISABILITY RIGHTS ADVOCATES

/s/ William F. Alderman
William F. Alderman
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Michael W. Johnson
Michael W. Johnson
Heather M. Schneider
Leigh Coutoumanos
Joseph Bretschneider
Timothy Ryan
WILLKIE FARR & GALLAGHER LLP

*Attorneys for Plaintiffs*

/s/ Michelle M. Ramus
Brian M. Boynton
William C. Peachey
Jeffrey S. Robins
Michelle M. Ramus
James Walker
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION

*Attorneys for Defendants*

**1**

*Fraihat v. ICE*, Case No. 19-cv-01546-JGB(SHKx)
Joint Status Report