UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | ED CV 19-1546-JGB (SHKx) | Date  December 10, 2021 |
| Title | Faour Abdallah Fraihat, et al. v. U.S. Immigration and Customs Enforcement, et al. | |

Present: The Honorable  Patrick J. Walsh (Ret.), Special Master

| None | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William Alderman | Jeffrey Robins |
| Rosa Lee Bichell | Michelle Ramus |
| Elizabeth Jordan | Shane Young |
| Susan Meyers | Jennifer Youngs |

**Proceedings:**     Minutes of December 10, 2021 Status Conferences with Special Master

    On December 10, 2021, the Special Master met with counsel and discussed various issues, including steps going forward. Counsel informed the Special Master that they are continuing their efforts to settle the case. Counsel agreed to work through various issues that have been raised (or will be raised) by Plaintiffs and inform the Special Master if they need help resolving them.

C:\Users\judge\OneDrive\Documents\Legal\Signature\Special Master-Referee\Fraihat v. ICE\MO 12.10 status conference.wpd

                                                                                                                       :

Initials of Preparer    pjw