# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-1546 JGB (SHKx) | Date | December 21, 2021 |
|---|---|---|---|
| Title | Fraihat v. ICE | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| Veronica Piper | Not Recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| Stuart Seaborn | Jeffrey Robins |

**Proceedings:**   ORDER RE: SETTLEMENT PROCEEDINGS

    1.    Judge Wilner held a video meeting with the lawyers in this action. The parties agreed upon the following schedule:

        a. Plaintiffs will present a settlement demand to the government by January 21, 2022.

        b. The government will respond by February 4.

        c. Judge Wilner will hold another all-hands video session on Thursday, February 10, at 9 a.m. PT. (Invitation link to come under separate cover.)

    2.    The parties may send their submissions to Judge Wilner at MRW_Chambers@cacd.uscourts.gov. They may also contact Judge Wilner if they would like to arrange a pregame discussion for their side.

    3.    An additional request. I'd appreciate if the government would copy me on the next every-other-week status report that it provides to Plaintiffs' lawyers. That'll help me gauge the information flow between the parties.

: 45
Initials of Preparer: vp