Hon. Patrick J. Walsh (Ret.)
Special Master
Signature Resolution
633 W. 5th Street, Ste. 1000
Los Angeles, CA 90071
judgewalsh@signatureresolution.com
(323) 395-4970

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS, et al., <br><br> Defendants. | ED CV 19-1546 JGB(SHKx) <br><br> SPECIAL MASTER'S DECEMBER 2021 BILLING STATEMENT |

    Pursuant to the Court's Order appointing the Special Master, the Special Master files this billing statement for work performed in December 2021. The Special Master seeks $800 for one hour of work at $800 an hour as reflected in the attached invoice.

DATED: January 5, 2022

*Patrick J. Walsh*

                  HON. PATRICK J. WALSH (Ret.)