UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | ED CV 19-1546-JGB (SHKx) | Date  January 13, 2022 |
| Title | Faour Abdallah Fraihat, et al. v. U.S. Immigration and Customs Enforcement, et al. | |

Present: The Honorable  Patrick J. Walsh (Ret.), Special Master

| None | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

William Alderman
Elizabeth Jordan
Benjamin Salk
Susan Meyers
Shane Young
James Granlick

Attorneys Present for Defendants:

James Walker
Ann Dichter
Jennifer Youngs
Michelle Ramus
Jeffrey Robins
Sue Wong

**Proceedings:**   Minutes of January 13, 2022 Status Conferences with Special Master

The Special Master called a status conference to address the rising rate of infections at the detention facilities, presumably the result of the Omicron variant. The government provided an update and agreed to provide Plaintiffs' counsel with additional information that they requested during the hearing. (The government later did provide that information.) The Special Master discussed future steps that could be taken to try to stem the tide of infections. The government explained that, until the mandate is issued, it will continue to abide by the district court's orders even though the Ninth Circuit Court of Appeals has reversed them but is not willing to take on any additional requests/demands/orders. The Special Master agreed to report to Judge Bernal the current uptick in infections and to continue to monitor the conditions at the facilities with the help of the government and Plaintiffs' counsel.

C:\Users\judge\OneDrive\Documents\Legal\1-Signature\Special Master-Referee\Fraihat v. ICE\MO January 13 SC.wpd

:

Initials of Preparer   pjw

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**