Elizabeth Jordan*
*ejordan@creeclaw.org*
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel.: (303) 757-7901
Fax: (303) 872-9072

Susan Meyers*
*susan.meyers@splcenter.org*
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 486-4982
Fax: (504) 486-8947

Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Rosa Lee V. Bichell (CA Bar 331530)
*rbichell@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, California 94704
Tel.: (510) 665-8644
Fax: (510) 665-8511

William F. Alderman (CA Bar 47381)
walderman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Tel.: (415) 773-5700
Fax: (415) 773-5759

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHK)<br><br>**JOINT STATUS REPORT**<br><br>Date: June 8, 2022 |

Maria del Pilar Gonzalez Morales
(CA Bar 308550)
*pgonzalez@creeclaw.org*
CIVIL RIGHTS EDUCATION
AND ENFORCEMENT CENTER
1825 N. Vermont Avenue, #27916
Los Angeles, CA 90027
Tel.: (805) 813-8896
Fax: (303) 872-9072

Michael W. Johnson*
*mjohnson1@willkie.com*
Heather M. Schneider*
*hschneider@willkie.com*
Joseph Bretschneider*
*jbretschneider@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 728-8000
Fax: (212) 728-8111

Christina Brandt-Young*
*cbrandt-young@dralegal.org*
Chloe Holzman*
*cholzman@dralegal.org*
DISABILITY RIGHTS
ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel.: (212) 644-8644
Fax: (212) 644-8636

Maya Rajaratnam*
SOUTHERN POVERTY LAW
CENTER
*maya.rajaratnam@splcenter.org*
400 Washington Ave,
Montgomery, AL 36104
Tel: 334-956-8307
Fax: 334-956-8307

Leigh Coutoumanos*
*lcoutoumanos@willkie.com*
Timothy Ryan*
*tryan@willkie.com*
WILLKIE FARR &
GALLAGHER LLP
1875 K Street NW, Suite 100
Washington, DC 20006
Tel.: (202) 303-1000
Fax: (202) 303-2000

Lisa Graybill (TX Bar 24054454)
*graybill@nilc.org*
NATIONAL IMMIGRATION LAW
CENTER
P.O. Box 40476
Austin, TX 78704

Attorneys for Plaintiffs (continued from previous page)
*Admitted Pro Hac Vice

Brian M. Boynton
Principal Deputy Assistant Attorney General
William C. Peachey
Director
Jeffrey S. Robins
Deputy Director
*jeffrey.robins@usdoj.gov*
James J. Walker
Senior Litigation Counsel
*james.walker3@usdoj.gov*
Michelle M. Ramus
Trial Attorney
*Michelle.m.ramus@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
DISTRICT COURT SECTION
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 532-4023
Fax: (202) 305-7000

Attorneys for Defendants

1

*Fraihat v. ICE*, Case No. 19-cv-01546-JGB(SHK)
Joint Status Report

As directed by the Court's October 6, 2021, order (ECF No. 347), the parties jointly report to the Court as follows:

As noted in the parties' joint motion to suspend the scheduling order (ECF No. 335), the parties jointly requested that the Ninth Circuit refer this case to its mediation program to mediate issues related to this Court's April 2020 preliminary injunction order, as well as broader issues from the underlying and ongoing case before this Court. The Court's October 6, 2021, order granted the motion and suspended the scheduling order for nine months.

In December 2021, the parties engaged Hon. Michael Wilner, Magistrate Judge of the Central District of California, to serve as mediator in the matter. The parties met jointly with Judge Wilner on February 10, March 7, and May 23, 2022. The parties' next meeting with Judge Wilner is scheduled for June 22, 2022. The parties have exchanged several draft proposals for the purpose of settling the matters covered in the preliminary injunction (PI), most recently on June 6, 2022, and it will soon be clear whether the parties are able to reach a settlement with respect to the issues the PI encompasses. They have also begun discussions on Plaintiffs' high-level proposals regarding broader issues that the underlying case presents, including health-care access, disability access, and the use of segregation, and anticipate further negotiations on these matters once the negotiations relating to the PI have concluded.

Plaintiffs-appellees filed a consent motion in the Ninth Circuit to extend by 60 days the time for appellees to petition for rehearing or rehearing en banc of the panel's decision on the PI, citing the parties' agreement to explore mediation. The Ninth Circuit granted the motion on November 17, 2021 (ECF No. 354), ordering that any petition be filed on or before February 4, 2022. Plaintiffs-appellees filed a subsequent consent motion on the same grounds, requesting an additional 60-day extension. The Ninth Circuit granted this motion on January 4, 2022 (ECF No.

363), ordering that any petition be filed on or before April 5, 2022. Plaintiffs-appellees filed a subsequent consent motion on the same grounds, requesting an additional 60-day extension. The Ninth Circuit granted this motion on March 16, 2022 (ECF No. 372), ordering that any petition be filed on or before June 6, 2022. Plaintiffs-appellees filed another consent motion seeking a final 30-day extension. The Ninth Circuit granted the motion on May 25, 2022 (ECF No. 376), ordering that any petition be filed on or before July 6, 2022.

Respectfully submitted,
DATED: June 8, 2022

/s/ Susan Meyers
Susan Meyers
Maya Rajaratnam
SOUTHERN POVERTY LAW CENTER

/s/ Elizabeth Jordan
Elizabeth Jordan
Maria del Pilar Gonzalez Morales
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER

/s/ Stuart Seaborn
Stuart Seaborn
Christina Brandt-Young
Chloe Holzman
Rosa Lee V. Bichell
DISABILITY RIGHTS ADVOCATES

*Attorneys for Plaintiffs*

/s/ William F. Alderman
William F. Alderman
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Michael W. Johnson
Michael W. Johnson
Heather M. Schneider
Leigh Coutoumanos
Joseph Bretschneider
Timothy Ryan
WILLKIE FARR & GALLAGHER LLP

/s/ James J. Walker
Brian M. Boynton
William C. Peachey
Jeffrey S. Robins
Michelle M. Ramus
James J. Walker
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION

*Attorneys for Defendants*