UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Defendants - Appellants. | No. 20-55634 <br><br> D.C. No. 5:19-cv-01546-JGB-SHK <br> U.S. District Court for Central California, Riverside <br><br> **MANDATE** |

The judgment of this Court, entered October 20, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7