BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Deputy Director
JAMES WALKER
Senior Litigation Counsel
MICHELLE RAMUS (DC 1617481)
Trial Attorney
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 532-4525
Fax: (202) 305-7000
Email: michelle.m.ramus@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, )<br><br>*Defendants*. ) | Case No. 5:19-CV-01546-JGB(SHK)<br><br>**Before The Honorable Jesus G. Bernal**<br><br>**DEFENDANTS' UNOPPOSED APPLICATION FOR EXPEDITED RULING ON THEIR UNOPPOSED MOTION TO SEEK AN ORDER ENFORCING THE NINTH CIRCUIT'S MANDATE**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**DECLARATION OF JAMES WALKER** |

**UNOPPOSED APPLICATION FOR EXPEDITED RULING ON UNOPPOSED MOTION TO SEEK AN ORDER ENFORCING THE NINTH CIRCUIT'S MANDATE**

For the reasons outlined below, Defendants respectfully request this Court to expedite the ruling on Defendants' Unopposed Motion to Seek an Order Enforcing the Ninth Circuit's Mandate, which is currently set for October 17, 2022.

Pursuant to Local Rule 6-1, Defendants hereby request an ex parte order expediting the ruling on Defendants' contemporaneously filed Unopposed Motion to Seek an Order Enforcing the Ninth Circuit's Mandate.

Pursuant to Local Rule 7-19.1, counsel for Defendants notified all parties of their intention to make this Application via email on September 13, 2022. *See* Declaration of James Walker ("Walker Decl.") at ¶4. Plaintiffs responded by email on September 14, 2022, indicating that they do not oppose this application. *Id.* at ¶5.

Pursuant to Local Rule 7-19, the contact information for all involved parties is as follows:

> Susan Meyers
> Southern Poverty Law Center
> 201 St. Charles Avenue, Suite 2000
> New Orleans, LA 70170
> Phone: (504) 486-8982
> Susan.meyers@splcenter.org

> Stuart Seaborn
> Disability Rights Advocates
> 2001 Center Street 4th Floor
> Berkeley, CA 94704-1204
> Phone:(510) 665-8644
> Sseaborn@dralegal.org

This Application will be based upon this notice, the attached memorandum of points and authorities, attached declaration, the proposed order lodged herewith, the documents and records on file with this Court, and any other evidence this Court may allow.

DATED: September 14, 2022                    Respectfully Submitted,

                                             BRIAN M. BOYNTON
                                             Principal Deputy Assistant Attorney General

                                             WILLIAM C. PEACHEY
                                             Director

                                             JEFFREY S. ROBINS
                                             Deputy Director

                                             JAMES WALKER
                                             Senior Litigation Counsel

                                             */s/ Michelle Ramus*
                                             MICHELLE RAMUS
                                             Trial Attorney
                                             United States Department of Justice
                                             Civil Division
                                             Office of Immigration Litigation
                                             District Court Section
                                             Washington, D.C. 20044
                                             Tel.: (202) 532-4525
                                             Fax: (202) 305-7000
                                             Email: michelle.m.ramus@usdoj.gov

                                             *Attorneys for Defendants*

2

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants hereby seek an expedited order ruling on their Unopposed Motion to Seek an Order Enforcing the Ninth Circuit's Mandate. The soonest available date Defendants can be heard is October 17, 2022. Plaintiffs do not oppose this application. Defendants continue to perform under the terms of the preliminary injunction to the extent that further orders of this Court are predicated on the preliminary injunction remaining in effect pending this Court's execution of the mandate. The Ninth Circuit issued its mandate on July 14, 2022, stating that "[t]he judgment of this Court, entered on October 20, 2021, takes effect this date." ECF No. 378. The Ninth Circuit's decision in this case reversed this Court's issuance of a preliminary injunction and remanded the case with instructions to vacate all orders premised on the preliminary injunction. *Fraihat v. U.S. Immigr. & Customs Enf't*, 16 F.4th 613, 651 (9th Cir. 2021). Defendants are unduly burdened with continued compliance with orders that were overturned two months ago by the Ninth Circuit's mandate, and Plaintiffs do not oppose Defendants' Motion to Seek an Order Enforcing the Ninth Circuit's Mandate.

## ARGUMENT

Pursuant to the requirements of Local Rule 6-1, Defendants filed a regularly noticed Motion to Seek an Order Enforcing the Ninth Circuit's Mandate for hearing more than twenty-eight (28) days out, on October 17, 2022. No earlier date was available.

In such instances, Local Rule 6-1 allows this Court to shorten the time requirements for motions. Good cause exists for an expedited order in this case because Plaintiffs do not oppose the application or the underlying motion. Furthermore, complying with the preliminary injunction and the orders premised on it while awaiting this Court's vacatur of those orders is unduly burdensome to the Defendants. The Ninth Circuit's mandate was issued two months ago on July 14, 2022. ECF No. 378. The mandate enacted the Ninth Circuit's October 20, 2022 decision that reversed the preliminary injunction and instructed this Court to vacate all orders premised on the preliminary injunction. *Id.*; *see also Fraihat*, 16 F.4th at 651. Because this Court has not yet vacated the preliminary injunction and all

orders premised on the preliminary injunction, Defendants are unduly burdened by complying with orders that the Ninth Circuit has ordered vacated. For example, Defendants continue to provide Plaintiffs with the bi-weekly production of thousands of pages of spreadsheets, documents, and miscellaneous records, as ordered by this Court on May 15, 2020, to monitor Defendants' compliance with the preliminary injunction. *See* ECF No. 150, Order Granting Plaintiffs Ex Parte Application. Defendants also continue to regularly respond to Plaintiffs' requests for information and follow-up on individual claims of non-compliance with the preliminary injunction. These functions burden Defendants' resources, and this Court has a responsibility to relieve Defendants of these obligations by vacating the preliminary injunction, class certification, and all orders premised on either of those orders in accordance with the Ninth Circuit's mandate. *See v. U.S. Dist. Ct. for W. Dist. of Washington*, 173 F.3d 713, 719 (9th Cir. 1999) ("[A]s a policy matter, litigants who have proceeded to judgment in higher courts 'should not be required to go through that entire process again to obtain execution of the judgment.'").

Accordingly, Defendants bring the instant Application to expedite ruling on their Unopposed Motion to Seek an Order Enforcing the Ninth Circuit's Mandate.

## CONCLUSION

For the reasons stated above, good cause exists to grant Defendants' Application and expedite ruling on their Unopposed Motion to Seek an Order Enforcing the Ninth Circuit's Mandate, which is currently set for October 17, 2022.

//

//

//

2

DATED: September 14, 2022

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

JAMES WALKER
Senior Litigation Counsel

JEFFREY S. ROBINS
Deputy Director

*/s/ Michelle Ramus*
MICHELLE RAMUS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
Tel.: (202) 532-4525
Fax: (202) 305-7000
Email: michelle.m.ramus@usdoj.gov

*Attorneys for Defendants*

3

1
2

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

3
4
5
6
7
8
9
10
11
12
13

| | |
|---|---|
| | Case No. 5:19-CV-01546-JGB(SHK) |
| FAOUR ABDALLAH ) | |
| FRAIHAT, *et al.*, ) | **Before The Honorable Jesus G. Bernal** |
| ) | |
| *Plaintiffs*, ) | |
| ) | **[PROPOSED] ORDER RE:** |
| v. ) | **DEFENDANTS' UNOPPOSED APPLICATION FOR** |
| ) | **EXPEDITED RULING ON** |
| U.S. IMMIGRATION AND ) | **THEIR UNOPPOSED MOTION** |
| CUSTOMS ENFORCEMENT, *et al.*, ) | **TO SEEK AN ORDER** |
| ) | **ENFORCING THE NINTH** |
| *Defendants*. ) | **CIRCUIT'S MANDATE** |
| ) | |

14
15
16

GOOD CAUSE HAVING BEEN SHOWN, Defendants' Unopposed Application for Expedited Ruling on Their Motion to Seek an Order Enforcing the Ninth Circuit's Mandate is HEREBY GRANTED.

17
18
19
20

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Seek An Order Enforcing The Ninth Circuit's Mandate is APPROVED. The preliminary injunction order and the following orders predicated on the preliminary injunction order are hereby VACATED:

21
22
23
24
25
26
27

1. ECF No. 132, Order on Motion for Preliminary Injunction
2. ECF No. 133, Order on Class Certification
3. ECF No. 240, Order on Motion to Enforce
4. ECF No. 281, Order on Motion to Appoint Special Master
5. ECF No. 292, Order appointing Judge Walsh as the Special Master
6. ECF No. 302, Order Compelling Disclosure of Information Withheld Pursuant to 8 U.S.C. § 1367

28

7. ECF No. 318, Order accepting Special Master's First Report and Recommendation

8. ECF No. 355, Order extending Special Master's appointment for 90 days

IT IS SO ORDERED.

DATED: September ___, 2022.     _____

The Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE