# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FAOUR ABDALLAH
FRAIHAT, *et al.*,

*Plaintiffs*,

v.

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT, *et al.*,

*Defendants*.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:19-CV-01546-JGB(SHK)

**Before The Honorable Jesus G. Bernal**

**ORDER RE: DEFENDANTS' UNOPPOSED APPLICATION FOR EXPEDITED RULING ON THEIR UNOPPOSED MOTION TO SEEK AN ORDER ENFORCING THE NINTH CIRCUIT'S MANDATE**

GOOD CAUSE HAVING BEEN SHOWN, Defendants' Unopposed Application for Expedited Ruling on Their Motion to Seek an Order Enforcing the Ninth Circuit's Mandate is HEREBY GRANTED.

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Seek An Order Enforcing The Ninth Circuit's Mandate is APPROVED. The preliminary injunction order and the following orders predicated on the preliminary injunction order are hereby VACATED:

1. ECF No. 132, Order on Motion for Preliminary Injunction
2. ECF No. 133, Order on Class Certification
3. ECF No. 240, Order on Motion to Enforce
4. ECF No. 281, Order on Motion to Appoint Special Master
5. ECF No. 292, Order appointing Judge Walsh as the Special Master
6. ECF No. 302, Order Compelling Disclosure of Information Withheld Pursuant to 8 U.S.C. § 1367

7. ECF No. 318, Order accepting Special Master's First Report and Recommendation

8. ECF No. 355, Order extending Special Master's appointment for 90 days

IT IS SO ORDERED.

DATED: September 16, 2022.

The Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

2