Stuart Seaborn (CA Bar 198590)
*sseaborn@dralegal.org*
Melissa Riess (CA Bar 295959)
*mriess@dralegal.org*
Rosa Lee V. Bichell (CA Bar 331530)
*rbichell@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, CA 94704
Tel.: (510) 665-8644
Fax: (510) 665-8511

Golnaz Fakhimi*
*gfakhimi@creeclaw.org*
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER
539 Atlantic Avenue #170540
Brooklyn, NY 11217
Tel.: (718) 715-1305
Fax: (303) 872-9072

Susan M. Meyers*
*susan.meyers@splcenter.org*
Emily B. Lubin*
*emily.lubin@splcenter.org*
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Tel: 504.512.8649

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | Case No.: 19-cv-01546-JGB(SHK)<br><br>**JOINT STATUS REPORT**<br><br>Date: August 21, 2023 |

| | |
|---|---|
| Cynthia L. Rice (CA Bar 87630)<br>*crice@creeclaw.org*<br>CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER<br>1245 E. Colfax Avenue, Suite 400<br>Denver, CO 80218<br>Tel.: (303) 757-7901<br>Fax: (303) 872-9072 | Maya G. Rajaratnam*<br>SOUTHERN POVERTY LAW CENTER<br>*maya.rajaratnam@splcenter.org*<br>150 East Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>Tel: 334-398-0328 |
| William F. Alderman (CA Bar 47381)<br>*walderman@orrick.com*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Tel.: (415) 773-5700<br>Fax: (415) 773-5759 | Timothy Ryan*<br>*tryan@willkie.com*<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW, Suite 100<br>Washington, DC 20006<br>Tel.: (202) 303-1000<br>Fax: (202) 303-2000 |
| Stacy W. Harrison (CA Bar 175028)<br>*sharrison@orrick.com*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 629-2020<br>Fax: (213) 612-2499 | Lisa Graybill*<br>*graybill@nilc.org*<br>NATIONAL IMMIGRATION LAW CENTER<br>P.O. Box 40476<br>Austin, TX 78704 |
| Michael W. Johnson*<br>*mjohnson1@willkie.com*<br>Heather M. Schneider*<br>*hschneider@willkie.com*<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel.: (212) 728-8000<br>Fax: (212) 728-8111 | |
| Chloe Holzman*<br>*cholzman@dralegal.org*<br>DISABILITY RIGHTS ADVOCATES<br>655 Third Avenue, 14th Floor<br>New York, NY 10017<br>Tel.: (212) 644-8644<br>Fax: (212) 644-8636 | |

Attorneys for Plaintiffs (continued from previous page)
*Admitted *Pro Hac Vice*

Brian M. Boynton
Principal Deputy Assistant Attorney General
William C. Peachey
Director
Jeffrey S. Robins
Deputy Director
*jeffrey.robins@usdoj.gov*
James Walker
Senior Litigation Counsel
*james.walker3@usdoj.gov*
Michelle M. Ramus
Trial Attorney
*Michelle.m.ramus@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
DISTRICT COURT SECTION
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 532-4023
Fax: (202) 305-7000

Attorneys for Defendants

**1**

*Fraihat v. ICE,* **Case No. 19-cv-01546-JGB (SHK)**
**JOINT STATUS REPORT**

The parties are continuing their discussions regarding the issues presented in this case, including health care access, disability access, and the use of segregation at ICE detention facilities. Plaintiffs sent a detailed demand to Defendants on April 25, 2023. Defendants are working through Plaintiffs' demands and expect to respond to Plaintiffs soon. To the extent the parties believe it would advance these efforts, they expect to seek Judge Wilner's assistance with their efforts to reach a resolution of some or all issues. The parties anticipate filing a further joint status report on or before November 20, 2023.

DATED: August 21, 2023

Respectfully submitted,

/s/ Melissa Riess
Stuart Seaborn
Melissa Riess
Chloe Holzman
Rosa Lee V. Bichell
DISABILITY RIGHTS ADVOCATES

/s/ Susan M. Meyers
Susan M. Meyers
Maya G. Rajaratnam
Emily B. Lubin
SOUTHERN POVERTY LAW CENTER

/s/ Golnaz Fakhimi
Golnaz Fakhimi
Cynthia L. Rice
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER

/s/ William F. Alderman
William F. Alderman
Stacy W. Harrison
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Michelle M. Ramus
Michelle M. Ramus
Brian M. Boynton
William C. Peachey
Jeffrey S. Robins
James Walker
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION

*Attorneys for Defendants*

2

*Fraihat v. ICE,* Case No. 19-cv-01546-JGB (SHK)
**JOINT STATUS REPORT**

1  /s/ Michael W. Johnson
2  Michael W. Johnson
   Heather M. Schneider
3  Timothy Ryan
   WILLKIE FARR & GALLAGHER
4  LLP

5  *Attorneys for Plaintiffs*

**2**

*Fraihat v. ICE,* **Case No. 19-cv-01546-JGB (SHK)**
**JOINT STATUS REPORT**