Shawna Parks (CA Bar 208301)
*sparks@dralegal.org*
Rosa Lee V. Bichell (CA Bar 331530)
*rbichell@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, CA 94704
Tel.: (510) 665-8644
Fax: (510) 665-8511

Cynthia L. Rice (CA Bar 87630)
*crice@creeclaw.org*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
Tel.: (303) 757-7901
Fax: (303) 872-9072

Susan M. Meyers*
*susan.meyers@splcenter.org*
Emily B. Lubin*
*emily.lubin@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Tel: (504) 486-4982

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No.: 19-cv-01546-JGB(SHK) <br><br> **JOINT STATUS REPORT** <br><br> Date: October 8, 2024 |

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel.: (415) 773-5700
Fax: (415) 773-5759

Stacy W. Harrison (CA Bar 175028)
*sharrison@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 629-2020
Fax: (213) 612-2499

Michael W. Johnson*
*mjohnson1@willkie.com*
Heather M. Schneider*
*hschneider@willkie.com*
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 728-8000
Fax: (212) 728-8111

Attorneys for Plaintiffs (continued from previous page)
*Admitted *Pro Hac Vice*

Brian M. Boynton
Principal Deputy Assistant Attorney General
William C. Peachey
Director
Jeffrey S. Robins
Deputy Director
*jeffrey.robins@usdoj.gov*
James Walker
Senior Litigation Counsel
*james.walker3@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
DISTRICT COURT SECTION
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 532-4023
Fax: (202) 305-7000

Attorneys for Defendants

The parties continue their settlement discussions regarding the issues presented in this case. Since the Court assigned Magistrate Judge Steve Kim as neutral mediator in this matter, the parties have engaged in substantial good-faith discussions with Magistrate Judge Kim for cumulatively no less than ten hours. The parties have agreed on a framework for further discussions that they anticipate will extend over the next several months, and which will involve periodic check-ins with Magistrate Judge Kim.

The parties will submit their next Joint Status Report on or before January 7, 2025, unless ordered to do so sooner by this Court.

DATED: October 8, 2024

Respectfully submitted,

/s/ Shawna Parks
Shawna Parks
DISABILITY RIGHTS ADVOCATES

/s/ Susan M. Meyers
Susan M. Meyers
SOUTHERN POVERTY LAW CENTER

/s/ Cynthia L. Rice
Cynthia L. Rice
CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER

/s/ William F. Alderman
William F. Alderman
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Michael W. Johnson
Michael W. Johnson
WILLKIE FARR & GALLAGHER LLP

*Attorneys for Plaintiffs*

/s/ James Walker
James Walker
Brian M. Boynton
William C. Peachey
Jeffrey S. Robins
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION

*Attorneys for Defendants*

## Attestation of Authorized Electronic Filing

    I, Cynthia L. Rice, attest that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 9, 2024                     _____

                                                       Cynthia L. Rice
                                                       Civil Rights Education and Enforcement Center