Shawna L. Parks (CA Bar 208301)
*sparks@dralegal.org*
Rosa Lee V. Bichell (CA Bar 331530)
*rbichell@dralegal.org*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, CA 94704
Tel.: (510) 665-8644
Fax: (510) 665-8511

Susan M. Meyers*
*susan.meyers@splcenter.org*
Emily B. Lubin*
*emily.lubin@splcenter.org*
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Tel: (504) 486-4982

Cynthia L. Rice (CA Bar 87630)
*crice@dlunited.org*
Disability Law United
131 Steuart Street, Suite 400
San Francisco, CA
Tel: (303) 551-9389
Fax: (303) 551-9389

Attorneys for Plaintiffs (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| FAOUR ABDALLAH FRAIHAT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No.: 19-cv-01546-JGB(SHK)<br><br>**Joint Stipulation to Dismiss Case Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)** |

William F. Alderman (CA Bar 47381)
*walderman@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Tel.: (415) 773-5700
Fax: (415) 773-5759

Stacy W. Harrison (CA Bar 175028)
*sharrison@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: (213) 629-2020
Fax: (213) 612-2499

Michael W. Johnson*
*mjohnson1@willkie.com*
Heather M. Schneider*
*hschneider@willkie.com*
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 728-8000
Fax: (212) 728-8111

Attorneys for Plaintiffs (continued from previous page)
*Admitted *Pro Hac Vice*

1  YAAKOV M. ROTH
   Acting Assistant Attorney General
2  SARAH S. WILSON
   Assistant Director
3  LINDSAY M. VICK
   Senior Litigation Counsel
4  Lindsay.Vick@usdoj.gov
   NANCY N. SAFAVI
5  Senior Trial Attorney
6  UNITED STATES DEPARTMENT OF JUSTICE
7  CIVIL DIVISION
   OFFICE OF IMMIGRATION LITIGATION
8  GENERAL LITIGATION AND APPEALS
9  P.O. Box 878 Ben Franklin Station
10 Washington, D.C. 20044
   Tel.: (202) 532-4023
11 Fax: (202) 305-7000

12 Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Fraihat v. ICE*, Case No. 19-cv-01546-JGB(SHKx)                                    3
**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE**

The parties submit the following stipulation in this matter on behalf of:

Plaintiffs Faour Abdallah Fraihat; Marco Montoya Amaya; Raul Alcocer Chavez; Jose Segovia Benitez; Hamida Ali; Melvin Murillo Hernandez; Jimmy Sudney; José Baca Hernández; Edilberto García Guerrero; Martin Muñoz; Luis Manuel Rodriguez Delgadillo; Ruben Darío Mencías Soto; Alex Hernandez; Aristoteles Sanchez Martinez; and Sergio Salazar Artaga; Inland Coalition For Immigrant Justice, an Organization; and Al Otro Lado, an Organization; and

Defendants U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security; Kristi Noem, in her official capacity as Secretary, U.S. Department of Homeland Security; Caleb Vitello, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Kenneth Genalo, in his official capacity as Acting Deputy Director, U.S. Immigration and Customs Enforcement; Todd Lyons, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; Monica Burke, in her official capacity as Assistant Director of Custody Management, Enforcement and Removal Operations; Stewart D. Smith, in his official capacity as Assistant Director, Immigration and Customs Enforcement Health Service Corps; and Ralph Ferguson, in his official capacity as Acting Assistant Director of Operations Support, Enforcement and Removal Operations[1] (collectively "Parties).

The Parties above hereby stipulate pursuant to FRCP 41(a)(1)(A)(ii) that the matter be dismissed without prejudice, and request that the Court issue an order dismissing the case in its entirety without prejudice. The Parties further stipulate that each side is to bear its own costs and attorneys' fees in this matter.

DATED: ___March 17___, 2025

---

[1] *See* Fed. R. Civ. P. 25(d) regarding automatic substitution of Defendants.

Respectfully submitted,

| | |
|---|---|
| /s/ Shawna L. Parks<br>Shawna L. Parks<br>DISABILITY RIGHTS ADVOCATES | */s/ Lindsay M. Vick*<br>Lindsay M. Vick<br>Nancy N. Safavi<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>OFFICE OF IMMIGRATION LITIGATION – GENERAL LITIGATION AND APPEALS |
| /s/ Susan Meyers<br>Susan M. Meyers<br>SOUTHERN POVERTY LAW CENTER | |
| /s/ Cynthia Rice<br>Cynthia L. Rice<br>CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER | |
| /s/ William Alderman<br>William F. Alderman<br>ORRICK, HERRINGTON & SUTCLIFFE LLP | |
| /s/ Michael Johnson<br>Michael W. Johnson<br>WILLKIE FARR & GALLAGHER LLP<br>*Attorneys for Plaintiffs* | |